*T T*

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# RECEIVED

NOV 21 2017 PX

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Carlen Colbert

**1:17-cv-08467
Judge Charles R. Norgle, Sr
Magistrate Judge Susan E. Cox**

Plaintiff

V

Pamela E. Loza, Michael I. Bender, Timothy C.
Evans, Grace Dickler, Anton Colbert , Debra B. Walker

**Jury Demand:** $6.9 Million Dollars

Defendants

## Complaint of Civil Rights Violations
## Trespassing of the Laws
## Treason
## Jim Crow Violations
## Judicial Corruption Conspiracy
## Unequal Protection of the Laws

To the Honorable Judges of the United States District Court for the Northern District:

Complainant a United States Citizen, Carlen Colbert, hereby respectfully represents as Pro Se shows this court with corroboration/admissions and affidavit the noted reasons why this matter should be within this court's Jurisdiction; {Pursuant to **(A) Color (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)
(B) Race (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)**
**Racial Discrimination, Racial Retaliation, Racial Hatred, Racial Oppression, Civil Rights Violations, Unequal Applications of the Laws, and Disparate Treatment on the basis of race, color or national origin (42 U.S.C. 1981).**

This court has Jurisdiction over the statutory violation alleged as conferred as follows: over **Title V11 claims by U.S.C. {1331, 28 U.S.C. {1343 (a) (3), and 42 U.S.C. {2000e-5 (F) (3); over 42 U.S.C. {1981 and {1983 by 42 U.S.C. {1988; over the A.D.E.A. by 42 U.S.C. {12117}.**

*1.)* In addition, alleged violations of the noted Sections the **7ᵗʰ Cir**. Held that the Cook County Courts were a Criminal enterprise. *U.S. v. Murphy, 768 F. 2d 1518, 1531 where precedent was enacted by Judges Frank H. Easterbrook, Richard D. Cudahy and former Chief judge Luther Merritt Swygert;*

# TRESPASSERS OF THE LAW

The Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." Von Kettler et.al. v. Johnson, 57 Ill. 109 (1870) Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - it had no authority to make that finding." The People v. Brewer, 128 Ill. 472, 483 (1928).

In addition, when judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason (see below).

The Court in Yates v. Village of Hoffman Estates, Illinois, 209 F. Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in exercise of his judicial function. ... It is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse." When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judge's orders are void, of no legal force or effect.

The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied

in original]. By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person).

To: Pamela E. Loza 50 West Washington, Chicago, IL 60601 Room 3009;

Michael I. Bender, 70 West Madison, Suite 2222 Chg. IL 60602,

Timothy C. Evans 50 West Washington, Chg. IL. 60601 Room 2600;

Anton Colbert, 140 Percy Julian Sq., Oak Park, IL. 60302-2619

Grace Dickler 50 West Washington, Chg, IL 60601 Room 1905;

Debra B. Walker, 50 West Washington, Chg. Il 60601 Room 2108

 

**PLEASE BE ADVISED** that on November 21, **2017,** A Civil Rights Complaint has been filed before the United States District Court.

Respectfully Submitted

*Carlen Colbert*

Carlen Colbert

1805 Jamestown Cir.

Hoffman Estates, IL. 60169

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I Carlen Colbert, certify that I have on this day filed said Notice of Civil
Complaint and Jurisdictional Statement before the Northern District Court of
Illinois.

Dated November 21, 2017

*Carlen Colbert*

**Carlen Colbert**
**Pro Se**

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Carlen Colbert

Plaintiff

V

Pamela E. Loza, Michael I. Bender, Timothy C. Evans, Grace Dickler, Anton Colbert

Defendants

Civil Action #

Hon:

CIVIL RIGHTS COMPLAINT ET AL

## Jurisdictional Statement

**Order entered:  Nov. 8, 2017**
**Notice of Civil Rights Complaint: Nov. 21, 2017**

**Statute: Treason, Trespassing upon the Laws, Unequal Protection of the Laws Violations, Disparate Unequal Protection of the Laws, Civil Rights Violations, Jim Crow Violations,  Judicial Abuse of  Discretion, Racial Terrorism Conspiracy, Perjury, Admission of all facts by all Defendants, No Objections by any Defendants, Public, Political, Fraternal Corruption Conspiracies, Fraud on the Courts and other Un-Constitutional Lawless Violations.**

   Plaintiff is appealing to the **United States District Court**, for a reversal and remand with instructions based on the foregoing stated above:

   The **United States District Court**  has the Jurisdiction, to correct any error, and establish any precedent in the law where deemed necessary, without fear of reprisals from any political organization, terrorist fraternal orders, elected or otherwise, for the mandate of their decision;

The **United States District Court** has the Jurisdiction and Wisdom to recognize when an individual has not been afforded sapiency in accordance to the United States Constitution

Plaintiff is before the **United States District Court** because as a"*Pro Se*" "*Informa Pauper's*" the admissions recorded in this instrument demonstrates under the Illinois Legal system Black and Brown lives don't matter and the Jim Crow methods still being exercised criminalizing persons of color for attempting to rise above racial injustice perpetrated on innocent persons.

Plaintiff is before the **United States District Court** because of the color of her skin all defendants have admitted to all criminal acts and civil rights violations but the judges have ignored all admissions affidavits, the Laws and laws the United States Constitution and Plaintiffs Civil Liberties, validating the veracity Plaintiff is a nobody merely because of her skin color, every ruling has been dispensated according to racial political guidelines;

For all of the aforementioned reasons is why Plaintiff is before the **United States District Court for Jurisdiction and Enforcement.**

I affirm the above as being true.

Respectfully Submitted, Pro Se

*Carlen Colbert*

Carlen Colbert
1805 Jamestown Cir.
Hoffman Estates, IL. 60169

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**AFFIDAVIT**

**In support of Civil Rights Complaint et al.**

**{Pursuant to 28 U.S.C.A. 1446 (a)}**

I  Carlen Colbert., Pro Se, being duly sworn on oath states: That all Defendant's acted knowingly, intentionally, committed **"Treason" "Trespassed upon the Laws"** willfully and maliciously, due to her skin color and because they were within the Democratic Political Machine and deemed themselves untouchable
:

>A- Pursuant to **Sup Ct. Rule 272** *"if at the time of announcing final judgment the judge requires the submission of a form of written judgment to be signed by the judge et al" the judgment becomes final only when the signed judgment is filed*— Judges are bound by this rule before their court orders are valid;

>1.) That on Oct. 10, 2017,  Plaintiff filed **Motion for Disqualification of Judge for Cause Due to "Fraud"   (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2 ---1001 (a) (2, 3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void" a "Nullity"**

>2.) That pursuant to **Page 4, 5 Par. 1,** That because it is an norm for judges to violate their oath and commit **"Treason"** "Trespass upon the Laws willfully acting as Terrorist , judge Loza allowed

fabricated admissions full of inconsistencies from Respondents brother and colleague judge/attorney(Michael I Bender) she appointed as child rep which corroborates these very criminal acts as active collusion, and demonstrates Bias and Prejudiced conduct surpassing the Preponderance of Evidence legal standard required in this matter where "Fraud" is concerned;

    A- Hereto attached, Ex **A,** <u>DCFS (June 20, 2012) Investigation of Suspected</u>
       <u>Child Abuse or Neglect-No Action;</u>

    B- That said DCFS Administrator (Rosa Friaz) informed the Respondent, *"she informed her brother if he report any more allegations of abuse against his sister, she was going to bring him up on charges";*

3.)   That Petitioner (Robert Stafford) appeared before judge Loza June 15, 2015, hereto attached, **Ex B**, said court order was not only false but it was in violation **Sup Ct Rule 272** it was not signed;

**4.)**   That former judge (Michael I Bender) filed a **"Fraudulent Emergency Ex Parte Motion** et al., hereto attached;
    A- That **Par 4** states *"In May of 2012 DCFS opened an investigation et a!".,* this is an egregious falsehood, in that there was never an investigation opened against the Respondent for any reason;

5.)   That the aforementioned parties colluded in an **"Organized Conspiracy"** and abducted Plaintiffs child and giving him to her brother in an unlawful bizarre manner!

6.)   That **Gr Ex 1**, hereto attached, <u>Motion to Return Minor back into Custody of Mother (Defendant) Instanter Due to "Fraud" "Kidnapping" et al.</u> That no one DENIED or objected to any of the pleadings properly asserted thereby admitting to the veracity of every pleading.

7.) Hereto attached as **Gr Ex B, In Re The Parentage of Clarence Parker v. April Redeaux, Motion for Disqualification of judge for "Cause" Due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2--- 1001 (a) (2,3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had jurisdiction et al. Page 10, Par 10,** states *"That judge Karen J. Bowes satisfied the Preponderance of Evidence Standard by taking part in an **"Organized Conspiracy"** by interfering and unlawfully obstructing with Respondents parental responsibility keeping her from having custody per judge Walker's order, in an attempt to keep black families stressed oppressed exercising terrorist tactics thereby, validating the veracity of colluding with said parties in said conspiracy where "Fraud" and "Perjury" was apparent in reference to all attachments; "*

**8.)** That in addition to the aforementioned acts of **"Treason Offenses"** former judge now Child Rep (Michael I. Bender) attorney is now trying to <u>EXTORT</u> money from the Plaintiff hereto attached, **Gr Ex C Petition for Rule to Show Cause for Indirect Civil Contempt** (Filed September 14 and Motioned for September 15, 2017)

    A- Plaintiff had her fees waived but Michael Bender being a former judge knew how to **"Trespass upon the Laws"** by colluding with Judge Loza, she became a law unto herself by acting as a Private citizen and not as a Judicial Officer of the State of Illinois violating her oath in every way.

9.) That **Par A** of **Page 10**, states *"Democratic judges in Illinois are still enforcing Jim Crow laws outlawed by the United States Supreme Court";*

10.)  Pursuant to **Gr Ex , B** <u>In Re The Parentage of Clarence Parker v. April Redeaux, 12 D 8436,</u> (Judge Karen Bowes) <u>Motion for Disqualification of Judge for Cause due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2—1001 (a) (2,3) and to Vacate all Orders due to</u> <u>"Trespassing upon the Laws"</u> Court never had Jurisdiction Orders are **"Void"** Judge Gregory Emmitt Ahern, Jr. ignored the Defendants unchallenged Affidavits stated, *"Judge Bowes did not do anything wrong" and that the laws indicated were generalizations".* Denied the Motion.

11.)  Pursuant to the <u>Notice of Service</u> hereto attached, are the court orders of Oct. 17, 2017 Associate Judge Karen J. Bowes did not sign the court order transferring the matter to the presiding judge in violation of **Sup Ct Rule 272**, Directed Evidence of Trespassing upon the Laws;

12.)  Pursuant to the Presiding Judge transferring the matter to judge Ahern it was not signed in violation to **Sup Ct. Rule 272**, Directed Evidence of Trespassing upon the Laws;

13.)  That Associate Judge Gregory Emmett Ahern, Jr. became complicit in an **"Organized Conspiracy"** Denied the Motion with his certified signature corroborating his role **"Trespassing upon the Laws"** enforcing a void order deemed a nullity;

14.)  That said judges engaged in an illegal **"Organized Conspiracy"** **"trespassed upon the laws".**

**Section 1983** of U.S.C.S. contemplates the depravation of Civil Rights through the Unconstitutional Application of a Law by conspiracy or otherwise. <u>Mansell v. Saunders</u> (CA 5 F 1A) 372 F 573, especially if the conspiracy was actually carried into effect, where an action is for a conspiracy to interfere with Civil Rights under 42 U.S.C.S. 1985 (3), or for the depravation of such rights under 42 U.S.C.S. 1983, if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights, privileges, or immunities secured by the United States Constitution and Laws, the gist of the action

may be treated as one for the depravation of rights under 42 U.S.C.S. 1983, <u>Lewis v. Brautigam</u> (CA 5 F 1a) 227 F 2d 124, 55 Alr 2d 505, John W. Strong, 185, 777-78 (4 the ed. 1992).

15.)    That said mother another Plaintiff had to file a Complaint in Federal Court **17 cv- 08060** Judge Virginia M. Kendall, Magistrate Susan E. Cox filed Nov. 7, 2017, she too had her son taken from her unlawfully.

16.)    That the Chief Judge Judge being an African American Negroe or Black Man has received **Notice** and **Knowledge** of the aforementioned violations of the judges engaging in a plethora of criminal violations **"Trespassing upon the laws engaging in Treason"** has closed his eyes and ears to the injustices perpetrated on innocent persons of color so as to keep collecting a paycheck.

 A- The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - and it had no authority to make that finding." The People v. Brewer, 128 Ill. 472, 483 (1928).

 When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason.

**17.)**    That Plaintiff did not have to file a Post-Trial Motion for Reconsideration because pursuant to **Gr Ex D Page 4** the Plaintiff in that matter, due-diligently filed a motion to Disqualify Judge Valderrama for "Cause" et al. the Democratic judges closed their eyes to said judges unlawful acts as they became **"trespassers making their orders void a nullity"**

18.)    That Plaintiff did not need to file an Appeal because this was not a matter involving a legal issue but a criminal and Federal issue, in that, said Plaintiff due-diligently filed an Appeal a Motion Corroborating "Fraud" and Domestic Terrorism in the Courts et al. Pursuant to **Gr Ex B**, The Appellate Court Judges closed their eyes to the Civil Rights violations and other judges trespassing upon the laws became **"trespassers" themselves making their orders void a nullity;**

**19.)**    That Plaintiff did not need to file a <u>Writ of Mandamus/Supervisory Order to the Illinois Supreme Court</u> compelling the lower courts to comply to the rules of law because someone form the Illinois Supreme Court mailed to the Plaintiff a <u>blank court order denying the Mandamus/Supervisory Order</u> further validating the verity of the County Courts being a Criminal enterprise and further validating said order was the act of judges in the Supreme Court part of **an "Organized**

**Conspiracy" engaging in "Treason" "Trespassing upon the laws" making their order void a nullity.**

20.) That two elderly retired public servants had to litigiously fight and defend themselves in court as Judge Lyle is **"trespassing upon the laws"** engaging in **"Treason"** helping bank attorneys hereto attached **Gr Ex C** <u>Respondents Response Motion Reply Objecting Judge Lyle's Court Order due to her and & Plaintiffs' Attorneys "Trespassing upon the Laws" Judge Acting as a Private Citizen entering Court Orders Void a Nullity w/Affidavit.</u>

21.) That another Plaintiff filed a Complaint in the District Court **Lee Oties Love, Jr.** v. **Supreme Court of Illinois, Pamela Loza, Luciano Panici, James P. Murphy, Joshua P. Haid** <u>Case 17-cv- 05482</u>  **Complaint of Civil Rights Violations**

Trespassing of the Laws
Treason
Jim Crow Violations
Judicial Corruption Conspiracy
Unequal Protection of the Laws

22.) That due to the aforementioned it was imperative that the Federal jurisdiction be ascertained promptly because all other venues are deemed moot.

A- That said Directed Evidence of Democratic judges described in said Exhibits demonstrates how judges not having jurisdiction on the Plaintiff or any other Plaintiffs 'are willing to engage in **"Treason"** and **"Trespass upon the Laws"** violate their oaths in office so as to Induce others to become complicit in an **"Organized Conspiracy"** Inducing Reliance on other agencies and offices because of their criminal Civil rights actions.

**Section 1983 of USCS contemplates the depravation of Civil Rights through the unconstitutional application of a law by conspiracy or otherwise. Mansell V. Saunders (CA 5 FLa) 372 F 2d 573, especially if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights privileges, or immunities secured by the Constitution and laws, the gist of the action may be treated as one for the depravation of rights under 42 USCS 1983 Lewis V. Brautigam (CA 5 Fla) 227 F 2d 124, 55 Alr 2d 505.**

# DEMOCRATIC PARTY HAS ROOTS IN VIOLENCE, RACISM AND BIGOTRY

DECEMBER 18, 2013| **BY** ROBERT GEHL

11

History can be an annoying, pernicious thing. Especially for those who try to hide it.

When I read this morning that a high school in the South was going to drop its racist, confederate name, I immediately thought of Democrats Strom Thurmond or Robert Byrd, who were Klan members and staunch segregationists.

But no … the school is Nathan B. Forrest High School in Jacksonville, Fla. Forrest was a Confederate General and a leader of the Ku Klux Klan.

I decided to research a little bit into General Forrest and it turns out he was honored at the 1868 Democratic National Convention. In fact, the KKK was founded by Democrats to terrorize blacks and white Republicans.

The history of the Democratic Party is rooted in racism, violence, lynchings and bigotry. The National Review published an article detailing the racist history of the Democratic Party:

*May 22, 1856: Two years after the Grand Old party's birth, U.S. Senator Charles Sumner (R., Mass.) rose to decry pro-slavery Democrats. Congressman Preston Brooks (D., S.C.) responded by grabbing a stick and beating Sumner unconscious in the Senate chamber. Disabled, Sumner could not resume his duties for three years.*

*July 30, 1866: New Orleans's Democratic government ordered police to raid an integrated GOP meeting, killing 40 people and injuring 150.*

*September 28, 1868: Democrats in Opelousas, Louisiana killed nearly 300 blacks who tried to foil an assault on a Republican newspaper editor.*

*October 7, 1868: Republicans criticized Democrats' national slogan: "This is a white man's country: Let white men rule."*

*April 20, 1871: The GOP Congress adopted the Ku Klux Klan Act, banning the pro-Democrat domestic terrorist group.*

*October 18, 1871: GOP President Ulysses S. Grant dispatched federal troops to quell Klan violence in South Carolina.*

*September 14, 1874: Racist white Democrats stormed Louisiana's statehouse to oust GOP Governor William Kellogg's racially integrated administration; 27 are killed.*

*August 17, 1937: Republicans opposed Democratic President Franklin Delano Roosevelt's Supreme Court nominee, U.S. Senator Hugo Black (D., Al.), a former Klansman who defended Klansmen against race-murder charges.*

*February 2005: The Democrats' Klan-coddling today is embodied by KKK alumnus Robert Byrd, West Virginia's logorrhea U.S. senator and, having served since January 3, 1959, that body's dean. Thirteen years earlier, Byrd wrote this to the KKK's Imperial Wizard: "The Klan is needed today as never before and I am anxious to see its rebirth here in West Virginia." Byrd led Senate Democrats as late as December 1988. On March 4, 2001, Byrd told Fox News's Tony Snow:*

*"There are white niggers. I've seen a lot of white niggers in my time; I'm going to use that word." National Democrats never have arranged a primary challenge against or otherwise pressed this one-time cross-burner to get lost.*
*Contrast the KKKozy Democrats with the GOP. When former Klansman David Duke ran for Louisiana governor in 1991 as a Republican, national GOP officials scorned him. Local Republicans endorsed incumbent Democrat Edwin Edwards, despite his ethical baggage. As one Republican-created bumper sticker pleaded: "Vote for the crook: It's important!"*

*Republicans also have supported legislation favorable to blacks, often against intense Democratic headwinds:*

*In 1865, Congressional Republicans unanimously backed the 13th Amendment, which made slavery unconstitutional. Among Democrats, 63 percent of senators and 78 percent of House members voted: "No."*

*In 1866, 94 percent of GOP senators and 96 percent of GOP House members approved the 14th Amendment, guaranteeing all Americans equal protection of the law. Every congressional Democrat voted: "No."*

*February 28, 1871: The GOP Congress passed the Enforcement Act, giving black voters federal protection.*

*February 8, 1894: Democratic President Grover Cleveland and a Democratic Congress repealed the GOP's Enforcement Act, denying black voters federal protection.*

*January 26, 1922: The U.S. House adopted Rep. Leonidas Dyer's (R., Mo.) bill making lynching a federal crime. Filibustering Senate Democrats killed the measure.*

*May 17, 1954: As chief justice, former three-term governor Earl Warren (R., Calif.) led the U.S. Supreme Court's desegregation of government schools via the landmark Brown v. Board of Education decision. GOP President Dwight Eisenhower's Justice Department argued for Topeka, Kansas's black school children. Democrat John W. Davis, who lost a presidential bid to incumbent Republican Calvin Coolidge in 1924, defended "separate but equal" classrooms.*

*September 24, 1957: Eisenhower deployed the 82nd Airborne Division to desegregate Little Rock's government schools over the strenuous resistance of Governor Orval Faubus (D., Ark.).*

*May 6, 1960: Eisenhower signs the GOP's 1960 Civil Rights Act after it survived a five-day, five-hour filibuster by 18 Senate Democrats.*

*July 2, 1964: Democratic President Johnson signed the 1964 Civil Rights Act after former Klansman Robert Byrd's 14-hour filibuster and the votes of 22 other Senate Democrats (including Tennessee's Al Gore, Sr.) failed to scuttle the measure. Illinois Republican Everett Dirksen rallied 26 GOP senators and 44 Democrats to invoke cloture and allow the bill's passage. According to John Fonte in the January 9, 2003, National Review, 82 percent of Republicans so voted, versus only 66 percent of Democrats.*

*True, Senator Barry Goldwater (R., Ariz.) opposed this bill the very year he became the GOP's presidential standard-bearer. However, Goldwater supported the 1957 and 1960 Civil Rights Acts and called for integrating Arizona's National Guard two years before Truman desegregated the military. Goldwater feared the 1964 Act would limit freedom of association in the private sector, a controversial but principled libertarian objection rooted in the First Amendment rather than racial hatred.*

*June 29, 1982: President Ronald Reagan signed a 25-year extension of the Voting Rights Act of 1965.*

*The Republican Party also is the home of numerous "firsts." Among them: Until 1935, every black federal legislator was Republican. America's first black U.S. Representative, South Carolina's Joseph Rainey, and our first black senator, Mississippi's Hiram Revels, both reached Capitol Hill in 1870. On December 9, 1872, Louisiana Republican Pinckney Benton Stewart "P.B.S." Pinchback became America's first black governor.*

*August 8, 1878: GOP supply-siders may hate to admit it, but America's first black Collector of Internal Revenue was former U.S. Rep. James Rapier (R., Ala.).*

*October 16, 1901: GOP President Theodore Roosevelt invited to the White House as its first black dinner guest Republican educator Booker T. Washington. The pro-Democrat Richmond Times newspaper warned that consequently, "White women may receive attentions from Negro men." As Toni Marshall wrote in the November 9, 1995, Washington Times, when Roosevelt sought reelection in 1904, Democrats produced a button that showed their presidential nominee, Alton Parker, beside a white couple while Roosevelt posed with a white bride and black groom. The button read: "The Choice Is Yours."*

GOP presidents Gerald Ford in 1975 and Ronald Reagan in 1982 promoted Daniel James and Roscoe Robinson to become, respectively, the Air Force's and Army's first black four-star generals.

November 2, 1983: President Reagan established Dr. Martin Luther King Jr.'s birthday as a national holiday, the first such honor for a black American. President Reagan named Colin Powell America's first black national-security adviser while GOP President George W. Bush appointed him our first black secretary of state.

President G.W. Bush named Condoleezza Rice America's first black female NSC chief, then our second (consecutive) black secretary of State. Just last month, one-time Klansman Robert Byrd and other Senate Democrats stalled Rice's confirmation for a week. Amid unanimous GOP support, 12 Democrats and Vermont Independent James Jeffords opposed Rice — the most "No" votes for a State designee since 14 senators frowned on Henry Clay in 1825.

By the way, if we're going to strip schools of the names of racists, Strom Thurmond High School in South Carolina and Robert C Byrd high school in West Virginia should be at the top of the list.

> Civil Rights Act of 1866- first section, enacted by the Senate and House of Representatives of the United States of America in Congress assembled. That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold and convey real and personal property, and to full and equal benefit of the laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinances, regulation, or custom, to the contrary notwithstanding, Act of April 9, 1866, Ch. 31, 1, 14 Stat. 27, 42 U.S.C.A. 1981 (a).

In the 20th century, the Supreme Court began to overturn Jim Crow laws on constitutional grounds. In *Buchanan v. Warley* 245 US 60 (1917), the court held that a Kentucky law could not require residential segregation. The Supreme Court in 1946, in *Irene Morgan v. Virginia* ruled segregation in interstate transportation to be unconstitutional, in an application of the commerce clause of the Constitution. It was not until 1954 in *Brown v. Board of Education of Topeka* 347 US 483 that the court held that separate facilities were inherently unequal in the area of public schools, effectively overturning *Plessy v. Ferguson*, and outlawing Jim Crow in other areas of society as well. This landmark case consisted of complaints filed in the states of Delaware (*Gebhart v. Belton*); South Carolina (*Briggs v. Elliott*); Virginia (*Davis v.*

15

*County School Board of Prince Edward County*); and <u>Washington, D.C.</u> (*Spottswode Bolling v. C. Melvin Sharpe*). These decisions, along with other cases such as <u>*McLaurin v. Oklahoma State Board of Regents*</u> 339 US 637 (1950), <u>*NAACP v. Alabama*</u> 357 US 449 (1958), and <u>*Boynton v. Virginia*</u> 364 US 454 (1960), slowly dismantled the state-sponsored segregation imposed by Jim Crow laws.

As the color line itself solidified at the turn of the nineteenth century, Jim Crow imposed on black people clear tactical disadvantages: restricted economic possibilities, narrow educational opportunities, inadequate housing options, high rates of death and disablement, persistent unemployment, and unrelenting poverty. Inasmuch as Jim Crow represented the race problem described by Gunnar Myrdal (1898–1987) in his 1944 treatise *The American Dilemma*, it was Jim Crow that created the race quandary; whites constructed the obstacles African Americans confronted, while also blaming them for their conditions, denying them access to the resources of problem solving, and daring them— under threat of violence—to complain, protest, or advance.

Finally, protests or challenges to Jim Crow often proved futile, given law enforcement's complicity in the structure. From emancipation to the turn of the century, the Ku Klux Klan operated as a paramilitary arm of the Democratic Party in the South. The Klan, nightriders, red shirts, and other white terrorists intimidated African Americans with personal attacks, school burnings, and lynching's. African Americans rarely served as policemen, sheriffs, or deputies before the late 1940s. During the 1950s and 1960s, the connections between municipal and state governments, law enforcement, and racial violence were well known by officials and citizens alike. White officers were known to harass black people, disrupt black neighborhoods, and assault black women. Arrested for inflated charges, denied satisfactory counsel, and serving harsh sentences, African Americans were further disadvantaged in the courtroom. Rarely did they receive good counsel, nor could they serve on juries. When black lawyers could appear in the courtroom to argue cases, white judges and juries rarely listened. All-white juries decided against black defendants, even in the most obvious cases of innocence, but rarely convicted white defendants, despite evidence of guilt. African Americans—including the innocent—suffered the harsher punishments of extended jail time, forced farm labor, and peonage. Even women could be placed on the chain gangs working the roads and tracks across the South.

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, <u>*"Illinois is apparently a Petri dish for corruption. It is a real breeding ground"*.</u>

That <u>*Chicago is the most Corrupt City in America,*</u> Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, "<u>*The two worst crime zones in Illinois are the governor's mansion…..and the City Council Chambers in*</u>

*Chicago." Simpson a former Chicago Alderman told the AP "no other State can match us."*

Turner 24 F. Cas. 337 (No. 14247) C.C.D. Md. 1867) The "equal benefit" clause is cited in what would appear to be the earliest reported case enforcing the section. The plaintiff was an emancipated slave who was indentured as an apprentice to her former master. Although both whites and blacks could be indentured as an apprentice, under the law of Maryland, indentured blacks were not accorded the same educational benefits as whites and, unlike whites, were subject to being transferred to any other person in the same county. Circuit Judge Chase granted a writ of habeas corpus upon finding that the purported apprenticeship was in fact involuntary servitude and a denial under the Civil Rights Act of 1866 of the "full and equal benefit of all laws.

23.)     Despite the United States Constitution and Civil Rights Act Plaintiff has not been treated as a citizen of the United States in that whites under this Political System has been able to circumvent the laws and commit Terrorist Acts of Treason Trespassing upon the laws at will because they are the majority in control of Chicago, Ill. Political system;

A-  That because Plaintiff complained and fought back the terrorists in the legal system abducting her child now he is trying to extort money from her so as to pay Michael I. Bender;

That said judges are now validating the verity of many of them committing "**Treason Trespassing upon the laws**" of the United States Constitution engaging in **"WAR"** against the United States Constitution making every order rendered against the Petitioner. *If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he or she is without jurisdiction, and he/she has engaged in an act or acts of treason;*

24.)     That said case demonstrates multiple acts of systemic applications of constitutional violations, in that judges and State Agencies acted as decision makers possessing final authority, Brown v. Bryan County, OKL., 67 F. 3d 1174 (1995), Stokes v. Bullins, 844 F. 2d 269, 275 (5th Cir. 1988), Wassum v. City of Bellaire, Texas, 861 F. 2d 453, 456 (5th Cir. 1988), Benavides v. County of Wilson, 955 F. 2d 968, 972 (5th Cir.) cert. denied,__ U.S.__, 113 S.Ct. 79, 121 L. Ed. 2d 43 (1992), "Liability will accrue for the acts of a municipal official when the official possess "final policymaking authority" to establish municipal policy with respect to the conduct that resulted in a violation of constitutional rights. Pembaur v. City of Cincinnati, 475 U.S. 469, 483, 106 S. Ct. 1292, 1300, 89 L.Ed. 2d 452

A-  That  their appears to be a systemic pattern of racial retaliation upon black women fighting back racial injustice in the courts hereto attached, **Gr Ex C** elderly retired female senior citizens fighting to

keep their home as crooked a judge **"trespassing upon the laws"**
helping the bank try to still their home disguised as a "Foreclosure"

25.)      Lynching has taken on a different identity as demonstrated in this case while groups of whites stand by frolicking at a Black man hanging from a tree from a rope, racial injustice where several judges are trying to Bully and intimidate the Plaintiff because she is fighting to get her child back without using violence.

26.)      The same level of Democratic Racial Hatred is still being spewed in a Terrorist manner as many are still ignoring the plights of innocent persons of color victimized by these same acts.

In the wake of extensive investigations by Federal Law enforcement authorities revealing widespread corruption in the Illinois court system ("Operation Greylord") and elsewhere, indicating not only that significant professional misconduct was occurring but also that the requirement to report misconduct was frequently ignored, particularly in the cases of judges with regard to the conduct of other judges.

27.)      That by virtue of the legal standard Preponderance of the Evidence the Law is clear judges have committed fraud on all legal entities and has done so with Contempt for the laws of the United States Constitution, in that due to their ethnicity and political affiliation to the *"Democratic Political Machine"* makes them invincible and untouchable by any court on the state side.

28.)      That Pursuant to **Sup Ct. Rule 272** *"if at the time of announcing final judgment the judge requires the submission of a form of written judgment to be signed by the judge et al" the judgment becomes final only when the signed judgment is filed*— Judges are bound by this rule before their court orders are valid;

Where the trial court requests that a written judgment be prepared, and where the attorney who obtains the judgment prepares it and submits it to the judge for approval and entry, the judge's oral announcement of his decision and the reasons thereof have no effect; the judgment is not the act of the court until it is signed or approved and entered of record. *In re Marriage of Dwan, App 1st Dist. 1982, 64 Ill. Dec 340, 108 Ill. App 3d 808, 439 N. E. 2d 1005.*

29.)      That said Defendants and all parties associated in these matters unanimously with Contempt for the United States Constitution and this Federal Court without legal constitutional authority has demonstrated their resolve and necessary methodologies of what they are willing to do and have done upholding Terrorism and all related acts ignored and disregarded the facts affidavits s;

a. That said Judges of the Illinois Supreme Court and Circuit Court, Appellate Courts violated all Rules of law Canon Ethics, Code of Judicial Conduct Rule 62 Scott, 377 Mass. 364, 386 N.E. 2d 218, 220 (1979) See Lopez-Alexander, Unreported Order No. 85-279 (Colo. May 3, 1985) (Judge removed for, inter alia, a persistent pattern of abuse of the contempt power. The Mayor of Denver accepted the findings of the Denver County Court Judicial Qualification Commission that the judge's conduct could not be characterized as mere mistakes or errors of law and that the conduct constituted willful misconduct in office and conduct prejudicial to the administration of justice that brings the judicial office into disrepute). Canon Ethics where there is a pattern of disregard or indifference, which warrant discipline.

b. The Supreme Court of Georgia removed a judge from office for disregarding defendant's Constitutional rights, including refusing to set appeal bonds for two defendant's in timely fashion, issuing bench warrants without probable cause, and forcing a defendant to enter a guilty plea in the absence of Counsel. The Court stated, that the judge's "cavalier disregard of these defendants' basic and fundamental constitutional rights exhibits an intolerable degree of judicial incompetence, and a failure to comprehend and safeguard the very basis of our constitutional structure Id at 735 See also In re Hammel, 668 N.E. 2d 390 (N.Y. 1996). (Judge removed for improperly jailing defendants for their alleged failure to pay fines and make restitution which the judge had imposed, disregarding the defendant's basic constitutional rights).

30.) A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government can not demand respect of the laws by its citizens when its tribunals ignore those very same laws")

## U. S Sup Court Digest 24(1) General Conspiracy

**U.S. 2003**. Essence of a conspiracy is an agreement to commit an unlawful act.—U.S. v. Jimenez Recio, 123 S. Ct. 819, 537 U.S. 270, 154 L.Ed.2d 744, on remand 371F.3d 1093

*Agreement to commit an unlawful act, which constitutes the essence of a conspiracy, is a distinct evil that exist and be punished whether or not the substantive crime* ensues.-Id.

Conspiracy poses a threat to the public over and above the threat of the commission of the relevant substantive crime, both because the combination in crime makes more likely the commission of other crimes and because it decreases the part from their path of criminality.-Id.

**CONSPIRACY**

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy, and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy *Illinois Rockford Corp. V. Kulp, 1968, 242 N.E. 2d 228, 41 ILL. 2d 215.*

# CANON 1

A judge should uphold the integrity and independence of the judiciary. The integrity and independence of judges depend in turn upon their acting without fear or favor. Although judges should be independent, they should comply with the law, as well as provisions of this code. Public confidence in the impartiality of the judiciary is maintained by the adherence of each judge to this responsibility. Conversely, violation of this code diminishes public confidence in the judiciary and thereby does injury to the system of government under law.

Adoption of E.L.. "A VOID JUDGEMENT OR ORDER" is one that is entered by a court lacking jurisdiction over the parties or the subject matter, or lacking the inherent power to enter the particular order of judgment or where the ORDER was procured by "FRAUD". That no judge ever had proper jurisdiction on the Plaintiff.

Mississippi Comm'n on Judicial Performance v. Fletcher, *686 So. 2d 1075 (Miss. 1996)*; Mississippi Comm'n on Judicial Performance v. Byers, *757 So. 2d 961 (Miss. 2000) inquiry concerning a judge, 462 S.E. 2d 728 (GA 1995) Dash, 564 S.E. 2d 672 S.C.2002).*

That certain Judges of the Illinois Democratic Machine party have satisfied by the preponderance of evidence and met the full criteria's of Biasness, Prejudice and Civil Rights Violations, Terrorists acts at Plaintiff, by "Trespassing upon the Laws" corroborating their roles engaging in "Treason" 794 S.W. 2d 692 (Mo. App. 1990) "No system of justice can function at its best or maintain broad public confidence if a litigant can be compelled to submit his case in a court where the litigant sincerely believes the judge is incompetent or prejudicial ____(T)hat is the price to be paid for a judicial system that seeks to free a litigant from a feeling of oppression". State ex Rel. McNary V. Jones, 472 S.W. 2d 637, 639-640 (Mo. App. 1971) Indeed, the right to disqualify a judge is "one of the keystones of our legal administration edifice" State ex Rel. Campbell V. Cohn, 606 S.W. 2d 399-401 (Mo. App. 1980). It is vital to public confidence in the legal system that the decisions of the court are not only fair, but also appear fair. Thus whether the

disqualification of a judge hinges on a statute or rule in favor of the right to disqualify. A liberal construction is necessary if we wish to promote and maintain public confidence in the judicial system. Kohn, 606 S.W. at 401; State ex Rel. Ford Motor Co. V. Hess S.W. 2d 147, 148 (Mo. App 1987).

**See that is why, the Ku Klux Klan Act of 1871 (was enacted) - Section 1 (42 U.S.C.) 1983.**

"Of all the Civil Rights legislation enacted in the aftermath of the Civil War, none has had a greater contemporary impact than the Ku Klux Klan Act of 1871. The Act grew out of a special one-paragraph message sent to the 42d Congress on March 23, 1871, by President Ulysses S. Grant, urgently requesting the enactment of legislation".

**Section 2 (42 U.S.C.) In the House of Representatives.**

"Congressional Debate of the second section of the **Ku Klux Klan Act** was more extensive and enduring than that of <u>Section 1; As originally presented, Sec. 2 made it a felony for any "two or more persons" to conspire to commit certain enumerated crimes "in violation of the rights and privileges, or immunities of any person, to which he is entitled under the Constitution and laws of the United States.</u>

"Throughout the debates, supporters of the Act made repeated references to the depredations of the Ku Klux Klan; Victims of these atrocities included not only blacks but white Republicans as well. The crimes that were perpetrated, therefore, were not viewed as isolated occurrences, but as part of an "Organized Conspiracy....Political in its origin and aims", "crimes perpetrated by concert and agreement, by men in large numbers acting with a common purpose for the injury of a certain class of citizens entertaining certain political principles, id, at 457 *(remarks of Rep. Coburn). See also e.g., id. At 437 (remarks of Rep. Cobb) ("None but Democrats belong or can belong to these societies") et al.,*

"Where these gangs of Assassins show themselves the rest of the people look on, if not with sympathy, at least with forbearance. The boasted courage of the South is not courage in their presence. Sheriffs, having eyes to see, see not; judges, having ears to hear, hear not; witnesses conceal the truth or falsify it; grand or petit juries act as if they might be accomplices. In the presence of these gangs all the apparatus and machinery of civil government, all the processes of justice, skulk away as if government and justice were crimes and feared detection. Among the most dangerous things an injured party can do is to appeal to justice. Of the uncounted scores and hundreds of atrocious mutilations and murders it is credibly stated that not one has been punished. Cong. Globe, supra note 2, app. At 78 *(remarks of Rep. Perry). ("While murder is stalking abroad in disguise, while whippings and lynching's and banishment have been visited upon unoffending American citizens, the local administrations have been found inadequate or unwilling to apply the proper corrective") et al., .... And the State made no successful effort to bring the guilty to punishment or afford protection or redress to the outraged and innocent.")*

## <u>REPORTING JUDICIAL MISCONDUCT</u>
## <u>CANON 3D (1)</u>

Under Section **3D (1),** a judge who receives information that indicates "a substantial likelihood that another judge *"has violated the Code of Judicial "should take appropriate action"*. The Canon does not require the judge to

hold a hearing and make a definitive decision that a violation has occurred before the reporting requirement is triggered and at least one state's judicial ethics committee has advised that the reporting requirement is triggered when the judge has "sufficient information" to conclude that a "substantial issue" has been raised that a violation has occurred, Mass. Comm. On Judicial Ethics, Op. 2002-04 (2002)

**"Appropriate action"** may include direct communication with the judge who has committed the violation and reporting the violation to the appropriate or other agency or body. See Commentary to Canon 3D (1). "Appropriate authority" is the authority with responsibility for initiation of disciplinary proceedings with respect to the violation reported. Some jurisdictions' rules specify to whom a judge must report misconduct. For instance, Massachusetts Rule 3D (1) provides that if a judge becomes aware of another judge's unprofessional conduct he must report his knowledge to the Chief Justice of the Massachusetts Supreme Court and the court of which the judge in question is a member.

> Note that the term "knowledge", as defined in the Terminology Section, denotes actual knowledge of the fact in question and as such, a person's knowledge may be inferred from circumstances. In drafting Section 3D (1), the Committee rejected the suggestion that the criteria of raising substantial question as to honesty or trustworthiness be applied in the context of reporting judicial misconduct as well, on the grounds that those criteria are implicit in the present criterion of raising a substantial question as to a judge's fitness for office.

> **Under Section 4 of the Ku Klux Klan Act of 1871:**
> The President had additional power in case of rebellion within a state to suspend the writ of habeas corpus and to declare and enforce marital law. *Cong. Globe, supra note 1, at 317.* With respect to a definition of rebellion, Section 4 provided;

> "Whenever in any State or part of a State......unlawful combinations........shall be organized and armed, and so numerous and powerful as to be able, by violence, to either overthrow or set at defiance the constituted authorities of such State, or when the constituted authorities are in complicity with or shall connive at the unlawful purposes of such powerful and armed combinations; and whenever, by reason of either or all of the causes aforesaid, the conviction of such offenders and the preservation of the public safety shall become.... Impracticable, in every such case such combinations shall be deemed a rebellion against the Government of the United States...."

<u>Wherefore the Foregoing Reasons</u>, Plaintiff prays for the following relief:

1.) Plaintiff requests that this Honorable Court accept Jurisdiction or alternatively transfer this matter to a Circuit outside of Illinois  and Invoke authority Instanter;

2.) Impose Sanctions/Remands against and all parties for Contempt of the United States Constitution for their crimes against the Plaintiff/Government;

3.) Punitive Damages, due to Fraud Criminal Conspiracies Civil Rights Violations by all applicable parties associated in said matter;

4.) Have this case tried by a Jury and not ruled by any bench trial;

5.) Order the United States Marshall's to effect service on all named parties.

6.) Order all Defendants to absorb the costs of the enforcement of this matter;

7.) Order a Hearing to ascertain all Defendants responsible for Perjury and others for their roles in said Treason offenses perpetrated in State and County Courts for Remands Instanter;

8.) Order that all orders entered against the Plaintiff entered by all judges for the foregoing acts within without jurisdiction be Void Instanter;

9.) That all parties be charged with Terrorism Treason and other related crimes for ignoring acts recorded within;

10.) Alternatively, allow Plaintiff to amend said Complaint to satisfy this Honorable Court's requirement for jurisdiction;

11.) Order that said parties be tried as Domestic Terrorists;

That because of the heinous acts Plaintiff have been harmed by said Civil Rights Violations and no one objected to said assertions put before any tribunal, Plaintiff is seeking $6.9 Million Dollars as punitive damages; Smith v. Wade, 461 U.S. 30, 35, 103 S. Ct. 1625, 1629, 75 L Ed 2d 632 (1983) Justice Brennen "The threshold standard for allowing punitive damages for reckless or callous indifference applies even in a case, such as here, where the underlying standard of liability for compensatory damages because is also one of recklessness. There is no merit to petitioner's contention that actual malicious intent should be the standard for punitive damages because the deterrent purposes of such damages would be served only if the threshold for those damages is higher in every case than the underlying standard for liability in the first instance. The common-law rule is otherwise, and there is no reason to depart from the common-law rule in the context of {1983}"

Finally, this Affidavit is best closed by a jurist who has stated"; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

> Federal Court **FEDERAL JUDGE GETTLEMAN**: stated, Tuesday March 10, 2009, where he found Superintendent of police Jody Weiss in Contempt of Court and Ordered the City to Pay $100,000.00, ***"No one is***

*above the Law",* he cited a 1928 decision by Supreme Court Justice Louis Brandeis, that said, "If the Government becomes the law breaker, it breeds Contempt for the Law, It invites everyman to become a law unto himself. It invites Anarchy."

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground".*

That *Chicago is the most Corrupt City in America,* Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion.....and the City Council Chambers in Chicago." Simpson a former Chicago Alderman told the AP "no other State can match us." _*

# Corruption

Chicago has a long history of political corruption,[11] dating to the incorporation of the city in 1833.[12] It has been a de facto monolithic entity of the Democratic Party from the mid 20th century onward.[13][14] Research released by the University of Illinois at Chicago reports that Chicago and Cook County's judicial district recorded 45 public corruption convictions for 2013, and 1642 convictions since 1976, when the Department of Justice began compiling statistics. This prompted many media outlets to declare Chicago the "corruption capital of America".[15] Gradel and Simpson's *Corrupt Illinois* (2015) provides the data behind Chicago's corrupt political culture.[16][17] They found that a tabulation of federal public corruption convictions make Chicago "undoubtedly the most corrupt city in our nation",[18] with the cost of corruption "at least" $500 million per year.[19]

## FURTHER AFFIANTH SAYETH NOT

Respectfully Submitted

*Carlen Colbert*

Carlen Colbert
1805 Jamestown Cir.
Hoffman Estates, IL. 60169

**IN THE CIRCUIT COURT**
**OF**
**COOK COUNTY, ILLINOIS**
**DOMESTIC RELATIONS DIVISION**

|  |  |  |
|---|---|---|
| In Re: The Parentage of | ) | 2008 **D** 80400 |
|  | ) |  |
| Robert Stafford | ) | **Hon. Pamela E. Loza** |
| Petitioner | ) | **Room 3009** |
|  | ) |  |
|  | ) |  |
| V | ) |  |
| Carlen Colbert | ) |  |
| Respondent | ) |  |
|  | ) |  |
|  | ) |  |

## Motion for Disqualification of Judge for Cause Due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2 ---1001 (a) (2,3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void" a "Nullity"

Now comes Respondent, Carlen Colbert Pro Se in this cause, files herewith her affidavit, factually establishing the Bias "Fraud" (Civil Rights Violations) Prejudice alleged herein, with exhibits, in accordance to Supreme Court of Illinois and Canon rules in accordance to the American Jurisprudence and pleadings (rev.) to show that the Honorable Pamela Loza has a Personal <u>Bias</u> and or **Prejudice** against the Respondent and has satisfied the preponderance of the evidence standards by engaging in a criminal conspiracy assisting the Petitioner allowing him to kidnap said minor;

Said judge treated Respondent as if she was a Deportee, Illegal Immigrant or non U.S. citizen ignored all documents demonstrating the Petitioner was committing perjury but enforced an order absent her jurisdiction due to her <u>"Trespassing upon the Laws"</u> and engaged in overt "**Fraud Bias** and <u>Prejudice"</u> <u>acting as a private individual on the bench not as a Honorable</u> judge;

Based thereon Respondent respectfully moves that the Honorable Pamela E. Loza proceed no further herein, and that the Honorable Timothy C. Evans Chief Judge or Presiding Judge of Domestic Relations of the Circuit Court of

 Group Exhibit        1

Cook County assign this matter accordingly and notify Federal Officials to ascertain other violations of the laws pursuant to Respondents Affidavits and the judges' actions in this matter.


This is the first motion to recuse this judge for cause Pursuant to S.H.A. 735 ILCS 5/2---1001 (a) (3) in this cause made by the movant, the party seeking substitution must establish, by a preponderance of the evidence, actual prejudice and must demonstrate, through specific allegations supported by affidavit, facts that if true, constitute actual Prejudice;

Respectfully Submitted,

By: _Carlen Colbert_

Carlen Colbert
Pro Se

1805 Jamestown Cir.
Hoffman Estates, Il 60169
(708) 200-9437

2

 A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

A- Fraud upon the court is a basis for equitable relief. Luttrell v. United States, 644 F. 2d 1274, 1276 (9th Cir. 1980); see Abatti v. C.I.R. , 859 F 2d 115, 118 (9th Cir. 1988) "it is beyond question that a court may investigate a question as to whether there was fraud in the procurement of a judgment" Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 66 S. Ct. 1176, 90 L. Ed. 1447. The power of the court to unearth such a fraud is the power to unearth it effectively. See Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 64 S. Ct. 997, 88 L. Ed. 1250; Sprague v. Ticonic National Bank, 1184 and United States v. Throckmoiton, 98 U.S. (8 Otto) 61, 25 L. Ed. 93.

B- _"A judge is an officer of the court, as are all members of the Bar. A judge is a judicial officer, paid by the Government to act impartially and lawfully"._ People v. Zajic, 88 Ill. App 3d 477, 410 N.E. 2d 626. **"A void judgment is regarded as a nullity, and the situation is the same as it would be if there was no judgment. It has no legal or binding force or efficacy for any purpose or at any place....It is not entitled to enforcement.** 30A Am Judgments 43, 44, 45. Henderson v Henderson 59 S.E. 2d 227-232

C- _"A Void Judgment from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force and effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. "A void judgment, order or decree may be attacked at any time or in any court, either directly or collaterally"_ Oak Park Nat Bank v. Peoples Gas Light & Coke Col, 46 Ill. App. 2d 385, 197 N.E. 3d 73, 77, (1st Dist. 1964)

That under 18 U.S.C. 242 and 42 U.S.C. 1985 (3) (b). A judge does not have the discretion on whether or not to follow Supreme Ct. Rules, but a duty to follow. People v. Gersh, 135 Ill. 2d 384 (1990).

1.) I am informed and believe and based on such information and belief, demonstrate beyond the Preponderance of the evidence standard that Judge Loza is **BIAS**, **Prejudiced**

3

and has **"Trespassed upon the laws"** whom this cause has pended before, has demonstrated taking part in an **"Organized Conspiracy"** with an attorney whom I later learned was a former judge in the Circuit Court of Cook County;

2.) Respondent lived in a "Gang" infested area of Central & Potomac, where she allowed her brother to have temporary guardianship of her minor son so that he could be enrolled in Oak Park School District and attend school safely without any problems;

3.) That during the month of Dec 2014 is when the agreement was initiated on June 6, 2015 Respondent terminated said arrangement that was agreed upon because she had moved in Hoffman Estates and registered said minor in the school district;

4.) That brother Anton Colbert returned the minor to the Petitioner every weekend without any problems;

5.) That Respondent initiated temporary guardianship papers notarized at the currency exchange but never filed in Circuit Court because her brother stated, he was being followed by someone at Oak Park school district, so that he would not get in trouble is why said papers were drafted;

6.) That said guardianship papers were only valid for 365 days and had to be renewed every December, but said agreement was terminated if Respondent removed her son with the condition that he was able to complete fifth grade but in September he was being transferred to Hoffman Estates in June 2015;

7.) That Respondent had paid all fees of the minor for the enrollment of him entering sixth grade;

In the wake of extensive investigations by Federal Law enforcement authorities revealing widespread corruption in the Illinois court system ("Operation Greylord") and elsewhere, indicating not only that significant professional misconduct was occurring but also that the requirement to report misconduct was frequently ignored, particularly in the cases of judges with regard to the conduct of other judges.

1. That because it is an norm for judges to violate their oath and commit **"Treason"** "Trespass upon the Laws" willfully <u>acting as Terrorist</u> , judge Loza allowed

fabricated admissions full of inconsistencies from Respondents brother and colleague judge/attorney(Michael I Bender) she appointed as child rep which corroborates these very criminal acts as active collusion, and demonstrates **Bias** and **Prejudiced conduct** surpassing the Preponderance of Evidence legal standard required in this matter where **"Fraud"** is concerned;

- A- Hereto attached, **Ex A**, <u>DCFS (June 20, 2012) Investigation of Suspected Child Abuse or Neglect-No Action</u>;

- B- That said DCFS Administrator (Rosa Friaz) informed the Respondent, *"she informed her brother if he report any more allegations of abuse against his sister, she was going to bring him up on charges"*;

2. That Petitioner (Robert Stafford) appeared before judge Loza June 15, 2015, hereto attached, **Ex B**, said court order was not only false but it was in violation **Sup Ct Rule 272** it was not signed;

3. That former judge (Michael I Bender) filed a "Fraudulent Emergency Ex Parte Motion et al., hereto attached as **Gr Ex C**;
- A- That **Par 4** states *"In May of 2012 DCFS opened an investigation et al".,* this is an egregious falsehood, in that there was never an investigation opened against the Respondent for any reason;

## Ethics

**All Illinois lawyers must be familiar with the Illinois Rules of Professional Conduct, and trail lawyers must be particularly familiar with the rules that apply specially to them.**

**RPC 3.3, entitled "Conduct Before a Tribunal," sets forth the standards to be followed by the trial lawyer during "battle." Section (a) of that rule states:**

- (a) In appearing in a professional capacity before a tribunal, a lawyer shall not:

    - (1) make a statement of material fact or law to a tribunal which the lawyer knows or reasonably should know is false;

    - (2) fail to disclose to a tribunal a material fact known to the lawyer when disclosure is necessary to avoid assisting a criminal or fraudulent act by the client;

    - (3) fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel;

    - (4) Offer evidence that the lawyer knows to be false. If a lawyer has offered material evidence and comes to know of its falsity, the lawyer shall take reasonable remedial measures;

5

(5) participate in the creation or preservation of evidence when the lawyer knows or reasonably should know the evidence is false ;

(6) counsel or assist the client in conduct the lawyer knows to be illegal of fraudulent;

(7) engage in other illegal conduct or conduct in violation of these Rules;

(8) fail to disclose the identities of the clients represented and of the persons who employed the lawyer unless such information is privileged or irrelevant;

(9) Intentionally degrade a witness or other person by stating or alluding to personal facts concerning that person which are not relevant to the case;

(10) in trial, allude to any matter that the lawyer does not reasonably believe is relevant or that will not be supported by admissible evidence, assert personal knowledge of facts in issue except when testifying as a witness, or state a personal opinion as to the justness of a cause, the credibility of a witness, the culpability of a civil litigant or the guilt or innocence of and accused, but a lawyer may argue, on analysis of evidence, for any position or conclusion with respect to the matter stated herein;

## Acts constituting direct, criminal contempt

A wide variety of acts may constitute a direct, criminal contempt. And act may be criminal contempt even though it is also an indictable crime. *Beattie v. People,* 33 Ill. App 651, 1889 WL 2373 (1st Dist. 1889). As is making false representations to the court. *People v. Kate/hut,* 322 Ill. App. 693, 54 N.E.2d 590 (1st Dist. 1944). Misconduct of an officer of the court is punishable as contempt. *People ex ref. Rusch v. Levin,* 305 Ill. App. 142, 26 N.E. 2d 895 (1st Dist. 1939).

Official misconduct is a criminal offense; and a public officer or employee commits misconduct, punishable by fine, imprisonment, or both, when, in his official capacity, he intentionally or recklessly fails to perform any mandatory duty as required by law; or knowingly performs an act which he knows he is forbidden by law to perform; or with intent to obtain a personal advantage for himself or another, he performs an act in excess of his lawful authority ....S.H.A. Ch 38 33*3.

B- That **Ex A** further amplifies the verity of said former judge using his influence and name by defaming the Respondent by whatever means necessary because

the Judge supported and corroborated his every move by engaging in **Bias Prejudiced conduct** <u>"Trespassing upon the Laws"</u> engaging in **"Treason"**

In 2008, the Illinois Supreme Court appointed Bender as a judge for the Circuit Court of Cook County where he was assigned to the Domestic Relations Division, Parentage and Child Support Section. During this time, he heard matters involving child abuse, custody, support, parentage, visitation, and college contribution. Bender stepped down from the bench in 2013 to reopen his private practice and concentrate exclusively on family law, and to protect the rights of children.
**Pamela E. Loza** is a judge of the Cook County 12th Sub circuit in Illinois. She was elected to the bench in 2008.

4. That Pursuant to **Ex D**, hereto attached, Respondent and sons father appeared before the judge September 3, 2015 of the minor; filed a Motion stating, *"RS was removed from my custody with an Emergency Order, I was not served with any paperwork"*

   A- That Judge Pamela E. Loza stated to the parties in a venomous arrogant tone *"Get out of her courtroom and that custody had been granted to Anton Colbert"*

5. That Judge Pamela E. Loza never had jurisdiction on the Respondent the Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." <u>Von *Kett* er et.a . v. **Johnson,**</u> 57 Ill. 109 (1870)

   Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." ***Elliot v. Pierso,*** 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

   B- That said act further demonstrates the judges **Bias** and **Prejudice** disposition as she engaged in **"Treason" "Trespassing upon the Laws"** at the Respondent and natural father who happens to be a foreman at the Chicago Transit Authority

C- That said judge continuously entered a **"Void Order"** by signing a No Show Order indicating both parties present, September 3, 2015, " *This matter is stricken from the call*", order previously entered on 8- 31-15, hereto attached, **Ex E;**

D- That Judge Pamela E. Loza demonstrated **Perjury Bias** and **Prejudiced** contemptuous behavior in her continuous acts **"Trespassing upon the Laws"** never entered any order on 8-31-15;

6. That on September 1, 2015, Judge Pamela E. Loza accepted the hearsay <u>"Fraudulent"</u> testimony of Respondent's brother and slanderous accusations recorded by her colleague Michael I. Bender granting him unlawful authority to **kidnap her minor son**, states *"Mr. Anton Colbert is to immediately retrieve RS from Eisenhower Junior School, the court finds that Mr. Anton Colbert has standing because he had possession of the minor child"*

    A- Said judge further stated, *"Mr. Anton Colbert is granted immediate physical possession of the minor child, RS. He is to immediately enroll RS in the school district 97 in Oak Park. Carlen Colbert is to have no contact with RS. The court finds that these orders are needed due to the serious endangerment to the minor child by Carlen Colbert"*

7. To show fraud upon the court, the complaining party must establish that the alleged misconduct affected the integrity of the judicial process, either because the court itself was defrauded or because the misconduct was perpetrated by officers of the court. Alexander v. Robertson, 882, F. 2d 421,424 (9th Cir. 1989);

    a. A void judgment does not create any binding obligation. Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L, Ed 370.

    b. Fraud upon the court is a basis for equitable relief. Luttrell v. United States, 644 F. 2d 1274, 1276 (9th Cir. 1980); see Abatti v. C.I.R. , 859 F 2d 115, 118 (9th Cir. 1988) "it is beyond question that a court may investigate a question as to whether there was fraud in the procurement of a judgment" Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 66 S. Ct. 1176, 90 L. Ed. 1447. The power of the court to unearth such a fraud is the power to unearth it effectively. See Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 64 S. Ct. 997, 88 L. Ed. 1250; Sprague v. Ticonic National Bank, 1184 and United States v. Throckmorton, 98 U.S. (8 Otto) 61, 25 L. Ed. 93.

    c. <u>*"A judge is an officer of the court, as are all members of the Bar. A judge is a judicial officer, paid by the Government to act impartially and lawfully".*</u> People v. Zajic, 88 Ill. App 3d 477, 410 N.E. 2d 626. <u>**"A void judgment is regarded as a nullity, and the situation is the same as it would be if there was no judgment. It has no legal or binding force or efficacy for any purpose or at any place....It is not entitled to**</u>

8

enforcement. 30A Am Judgments 43, 44, 45. Henderson v Henderson 59 S.E. 2d 227-232

d. *"A Void Judgment from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force and effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. "A void judgment, order or decree may be attacked at any time or in any court, either directly or collaterally"* Oak Park Nat Bank v. Peoples Gas Light & Coke Col, 46 Ill. App. 2d 385, 197 N.E. 3d 73, 77, (1st Dist. 1964)

8. That under 18 U.S.C. 242 and 42 U.S.C. 1985 (3) (b). A judge does not have the discretion on whether or not to follow Supreme Ct. Rules, but a duty to follow. People v. Gersh, 135 Ill. 2d 384 (1990).

That because of the above; **Fraud admissibility** great latitude is permitted in proving fraud C.J.S. Fraud 104 ET Seg. Fraud 51-57. where a question of fraud and deceit is the issue involved in a case, great latitude is ordinarily permitted in the introduction of evidence, and courts allow the greatest liberality in the method of examination and in the scope of inquiry *Vigus V. O'Bannon, 1886 8 N.E 788, 118 ILL 334. Hazelton V. Carolus, 1907 132 ILL. App. 512.*

A- In the matter of Lee Oties Love, Jr. v. Natasha Broomfield, Mr. Lee experienced the same plethora of Civil Rights violations where said matter is pending before the United States Court of Appeals, he has complained to everyone in authority but nobody stood up for him against judge Loza. in that a post was generated on unlawful1.blogspot.com describing the heinous acts experienced by this judge keeping him from seeing his child; see the Dec. 29, 2015 post.

In **Re Marriage of O'Brien 912 N.E. 2d 729 (Ill App. 2 Dist. 2009)**, When a party moves for substitution of the trial judge for cause based upon an alleged violation of rule setting forth mandatory bases for recusal, the movant need only show the existence of that factor and that an objective, reasonable person would conclude that the judge's impartiality might reasonably be questioned, and need not show actual prejudice. S.H.A. 735 ILCS 5/2-----1001 (a) (3); Sup. Ct. Rule 63 (C) (1).

**735 ILCS 5/2—1001(a)(3) (West 2006).** Although the statute does not define "cause", Illinois courts have held that in such circumstances, actual prejudice has been required to FORCE REMOVAL of a judge from a case, that is , either prejudicial trial conduct or personal bias. **Rosewood Corp. n Transamerica Insurance Co., 57 Ill 2d 247, 311 N.E. 2d 673 (1974; In re Marriage of Kozloff, 101 Ill 2d 526, 532, 79 Ill. Dec 165 463 N.E. 2d 719 (1984); see also People v. Vance, 76 Ill. 2d 171, 181, 28 Ill. Dec. 508, 390 N.E. 2d 867 (1979).** Moreover, in construing the term "cause" for

purposes of a substitution once a substantial ruling has been made in a case, Illinois courts have consistently required actual prejudice to be established, not just under the current statute, but under every former version of the statute

The facts and reasons for the belief that such **Bias** and or **Prejudice conduct** with incredible corroboration and Civil Rights Violations exists, are that, the following laws were noticeably maliciously violated, said Judge having complete knowledge and was aware of all **"fraudulent"** acts perpetrated at the Plaintiff but ignored them and engaged in the same conspiracy, either ignored Petitioners Motions or Petitions accompanied with affidavits but granted every frivolous motion defendants filed without any affidavits;

> _Turner_ 24 F. Cas. 337 (No. 14247) C.C.D. Md. 1867) The "equal benefit" clause is cited in what would appear to be the earliest reported case enforcing the section. The plaintiff was an emancipated slave who was indentured as an apprentice to her former master. Although both whites and blacks could be indentured as an apprentice, under the law of Maryland, indentured blacks were not accorded the same educational benefits as whites and, unlike whites, were subject to being transferred to any other person in the same county. Circuit Judge Chase granted a writ of habeas corpus upon finding that the purported apprenticeship was in fact involuntary servitude and a denial under the Civil Rights Act of 1866 of the "full and equal benefit of all laws

9. That because the judge has committed a series of **"Fraudulent Acts"** demonstrates deliberate "Anarchy" in her rulings acting as the Hispanic Hitler trying to destroy any family of color by whatever means necessary;

The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - it, had no authority to make that finding." **_The People v. Brewer_**, 128 Ill. 472, 483 (1928). The judges listed below had no legal authority (jurisdiction) to hear or rule on certain matters before them. They acted without any jurisdiction.

10. When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason.

   B. That due to the judges **Bias** and directed evidence of **Prejudice conduct** **"Trespassing upon the Laws"** engaging in **"Treason"** pursuant to **Sup Ct Rule 71**, Sufficient for Removal, conduct which does not constitute a criminal offense may be sufficiently violative of the Judicial Canons to warrant removal for cause. **Napolitano v Ward, 457 F 2d 279 (7ᵗʰ Cir.), cert denied, 409 U.S. 1037, 93 S. Ct. 512, 34 L. Ed. 2d 486 (1972).**

C. Said Judge violated all <u>Rules of law Canon Ethics, Code of Judicial Conduct.</u> <u>Rule Scott,</u> 377 Mass. 364, 386 N.E. 2d 218, 220 (1979) See Lopez-Alexander, Unreported Order No. 85-279 (Colo. May 3, 1985) (Judge removed for, inter alia, a persistent pattern of abuse of the contempt power. The Mayor of Denver accepted the findings of the Denver County Court Judicial Qualification Commission that the judge's conduct could not be characterized as mere mistakes or errors of law and that the conduct constituted willful misconduct in office and conduct prejudicial to the administration of justice that brings the judicial office into disrepute). Canon Ethics where there is a pattern of disregard or indifference, which warrant discipline.

11. Said judge demonstrated <u>Bias</u> and <u>**Prejudice conduct**</u> as she continuously <u>**"Trespassed upon the Laws"**</u> engaging in <u>**"Treason"**</u> when she acted outside of her jurisdiction; The judge became venomously agitated and angry when she told the Respondent and sons father to get out of her court room pursuant to **Ex D**, "Judges, of course are presumed impartial, and the burden of overcoming the presumption by showing prejudicial trial conduct or personal bias rests on the party making the charge. **Eychaner v. Gross, 202 Ill. 2d 228, 280, 269 Ill. Dec. 80, 779 N. E. 2d 1115 (2002).**

A. Judge Pamela E. Loza used her robe and unlawful authority in the same identical manner as other judges in the Democratic Party **"Fixing cases Fraudulently"** violating their oaths systematically Trespassing upon the Laws" as a norm committing "Treason"; **735 ILCS 5/2—1001(a)(3) (West 2006)**. Although the statute does not define "cause", Illinois courts have held that in such circumstances, actual prejudice has been required to FORCE REMOVAL of a judge from a case, that is, either prejudicial trial conduct or personal bias. **Rosewood Corp. n Transamerica Insurance Co., 57 Ill 2d 247, 311 N.E. 2d 673 (1974; In re Marriage of Kozloff, 101 Ill 2d 526, 532, 79 Ill. Dec 165 463 N.E. 2d 719 (1984); see also People v. Vance, 76 Ill. 2d 171, 181, 28 Ill. Dec. 508, 390 N.E. 2d 867 (1979).**

Civil Rights Act of 1866- first section, enacted by the Senate and House of Representatives of the United States of America in Congress assembled. That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold and convey real and personal property, and to full and equal benefit of the laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinances, regulation, or custom, to the contrary notwithstanding, Act of April 9, 1866, ch. 31, 1, 14 Stat. 27, 42 U.S.C.A. 1981

Despite the United States Constitution and Civil Rights Act Plaintiff has not been treated as a citizen of the United States in that whites under this Political System has been able to circumvent the laws and commit treason like offenses because they are the majority in control in Chicago, Ill. Political system; Pursuant to Vigus v. O'Bannon is an example of the "Fraudulent" Racist Acts perpetrated against persons like the Plaintiff standing up to Racial Injustice and Terrorism!

## CANON 1
A Judge should uphold the INTEGRITY and independence of the JUDICIARY.

**The integrity and independence of judges depend in turn upon their acting without fear or favor. Although judges should be independent, they should comply with the law, as well as the provisions of this code. Public confidence in the impartiality of the judiciary is maintained by the adherence of each judge to this responsibility. Conversely, violation of this code diminishes public confidence in the judiciary and thereby does injury to the system of government under law.**

12. That judge Pamela E. Loza satisfied the Preponderance of Evidence Standard by taking part in an **"Organized Conspiracy"** by signing all of the court orders with her signature; thereby, validating the veracity of colluding with said parties in said conspiracy where "Fraud" and "Perjury" was apparent in reference to all attachments;

A. That judge Loza has demonstrated an unknown interest in this matter which has blinded his objectivity in adjudicating the merits of this matter, due to the aforementioned; **Sup Ct. Rule 63 (c) (1) (d) mandates disqualification where the judge has an interest in the proceeding. (eff. April 16, 2007).**

A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

"The Seventh Circuit Court of Appeals held that the Circuit Court of Cook County is a criminal enterprise. U.S. v. Murphy, 768 F.2d 1518, 1531 (7th Cir. 1985)".

13. Jim Crow Laws are still being enacted and enforced in Chicago, Illinois courts Black and Brown lives simply don't matter unless you give your soul to Terrorists and abide by their rules and doctrines;

12

In the 20th century, the Supreme Court began to overturn Jim Crow laws on constitutional grounds. In *Buchanan v. Warley* 245 US 60 (1917), the court held that a Kentucky law could not require residential segregation. The Supreme Court in 1946, in *Irene i. organ v. Virginia* ruled segregation in interstate transportation to be unconstitutional, in an application of the commerce clause of the Constitution. It was not until 1954 in *Brown v. Board of Education of Topeka* 347 US 483 that the court held that separate facilities were inherently unequal in the area of public schools, effectively overturning *Plessy v. Ferguson*, and outlawing Jim Crow in other areas of society as well. This landmark case consisted of complaints filed in the states of Delaware (*Gebhart v. Belton*); South Carolina (*Briggs v. Elliott*); Virginia (*Davis v. County School Board of Prince Edward County*); and Washington, D.C. (*Spottswode Bolling v. C. Melvin Sharpe*). These decisions, along with other cases such as *McLaurin v. Oklahoma State Board of Regents* 339 US 637 (1950), *NAACP v. Alabama* 357 US 449 (1958), and *Boynton v. Virginia* 364 US 454 (1960), slowly dismantled the state-sponsored segregation imposed by Jim Crow laws.

**U. S Sup Court Digest 24(1) General Conspiracy**

**U.S. 2003**. Essence of a conspiracy is an agreement to commit an unlawful act.—U.S. v. Jimenez Recio, 123 SCt. 819, 537 U.S. 270, 154 L.Ed.2d 744, on remand 371F.3d 1093

*Agreement to commit an unlawful act, which constitutes the essence of a conspiracy, is a distinct evil that exist and be punished whether or not the substantive crime* ensues.-Id.
<u>Conspiracy poses a threat to the public over and above the threat of the commission of the relevant substantive crime, both because the combination in crime makes more likely the commission of other crimes and because it decreases the part from their path of criminality.-Id.</u>

**CONSPIRACY**
Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy, and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp. V. Kulp, 1968, 242 N.E. 2d 228, 41 ILL. 2d 215.**

<u>Conspirators to be guilty of offense need not have entered into conspiracy at same time or have taken part in all its actions.</u> *People V. Hardison, 1985, 911 Dec. 162, 108*. Requisite mens rea elements of conspiracy are satisfied upon showings of agreement of offense with intent that offense be committed; Actus reas element is satisfied of act in furtherance of agreement *People V. Mordick, 1981, 50 ILL, Dec. 63*

    A- That due to the judges **Bias** and or **Prejudice conduct** pursuant to **Sup Ct Rule 71**, Sufficient for Removal, conduct which does not constitute a

13

criminal offense may be sufficiently violative of the Judicial Canons to warrant removal for cause. **Napolitano v Ward, 457 F 2d 279 (7ᵗʰ Cir.), cert denied, 409 U.S. 1037, 93 S. Ct. 512, 34 L. Ed. 2d 486 (1972).**

14. That said judge Inza has demonstrated beyond the Preponderance of how this legal precedent fits her crime Section 1983 of U.S.C.S. contemplates the depravation of Civil Rights through the Unconstitutional Application of a Law by conspiracy or otherwise. Mansell v. Saunders (CA 5 F 1A) 372 F 573, especially if the conspiracy was actually carried into effect, where an action is for a conspiracy to interfere with Civil Rights under 42 U.S.C.S. 1985 (3), or for the depravation of such rights under 42 U.S.C.S. 1983, if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights, privileges, or immunities secured by the United States Constitution and Laws, the gist of the action may be treated as one for the depravation of rights under 42 U.S.C.S. 1983, Lewis v. Brautigam (CA 5 F 1a) 227 F 2d 124, 55 Alr 2d 505, John W. Strong, 185, 777-78 (4the ed. 1992).

Finally, this document is best closed by a jurist who has stated"; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

Most recently stated in Federal Court **FEDERAL JUDGE GETTLEMAN:** stated, Tuesday March 10, 2009, where he found Superintendent of police Jody Weiss in Contempt of Court and Ordered the City to Pay $100,000.00, *"No one is above the Law"*, he cited a 1928 decision by Supreme Court Justice Louis Brandeis, that said, *"If the Government becomes the law breaker, it breeds Contempt for the Law, It invites everyman to become a law unto himself. It invites Anarchy."*

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground".*

That *Chicago is the most Corrupt City in America,* Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion......and the City Council Chambers in Chicago."* Simpson a former Chicago Alderman told the AP *"no other State can match us."*

Respectfully Submitted

*Carlen Colbert*

Carlen Colbert

WHEREFORE the aforementioned reasons Defendant respectfully prays that said Judge be recused and all orders VACATED pursuant to them being "VOID" based upon the reasons cited in this document and noted in the Affidavits and appropriate Sanctions be imposed pursuant to Supreme Court Rule 137:

14

2.)   That the Chief Judge or Presiding Judge summon Federal authorities to ascertain the criminal allegations noted to determine what prosecutorial remedies are afforded in this matter;

3.)   That this matter be reassigned per computer generation to a judge competent of the laws and can rule in accordance to his oath and laws of the United States Constitution.

Under penalties as provided by law pursuant to 735 1265 5\1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Respectfully Submitted

Carlen Colbert

Carlen Colbert

15

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLNOIS
## DOMESTIC RELATIONS DIVISION

In Re: The Parentage of )
)
)                                    2008 D 80400
Robert Stafford )
     Petitioner )
)                          **Hon.** Pamela E. Loza
)                          Room 3009
)
V )
Carlen Colbert )
     Respondent )
)
)

Notice of
## Motion for Disqualification of Judge for Cause Due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2 ---1001 (a) (2,3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void"

TO:    **U.S. Attorney Joel R. Levin,** 219 South Dearborn Suite 500, Chg 60605
        **Chief Judge** Timothy Evans, Room 2600 Daley Center, Chg., Ill. 60601
        **Presiding Judge** Jacobius, Room Daley Center, Chg. Ill. 60601
        **States Attorney** Kim Foxx, Suite 500 Daley Center, Chg. Ill. 60601
        Anton Colbert, 140 Percy Julian Sq, Oak Park, Ill. 60302-2619
        Michael I. Bender 70 West Madison, Suite 2222, Chg. Ill. 60602

       **PLEASE BE ADVISED** that on Oct 10th**, 2017** A Motion for Disqualification of judge et al., has been filed in the Circuit Court of Cook County; and will present said legally sufficient instrument before Judge Loza or any Judge in her stead October , **at** am in room 3009.

                  Respectfully, Submitted,

                  *Carlen Colbert*
                  Carlen Colbert

1805 Jamestown Cir.
Hoffman Estates, Il 60169
(708) 200-9437

16

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above notice and all attachments were caused to be personally delivered, to the above parties at the addresses provided before 5:00 pm on October 10, 2017.

*Carlen Colbert*

Carlen Colbert
Respectfully Submitted,

17

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLNOIS
## DOMESTIC RELATIONS DIVISION

In Re: The Parentage of )
)
Robert Stafford )
    Petitioner )
)
)
    V )
Carlen Colbert )
    Respondent )
)
)

2008 **D** 80400

**Hon.** Pamela E. Loza
Room

## AFFIDAVIT

**STATE OF ILLINOIS)**
          )
**COUNTY OF COOK )**

**I Carlen Colbert being duly sworn on oath states the aforementioned pleadings enumerated within said motion pursuant to 735 1265 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.**

**Respectfully Submitted**

**Carlen Colbert**
1805 Jamestown Cir.
Hoffman Estates, Il 60169

Notary

"OFFICIAL SEAL"
Elizabeth Romero
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/06/19

OCT 0 7 2017

18



**Pat Quinn**
**Governor**

**Richard H. Calica**
**Director**

# Illinois Department of Children & Family Services

INVESTIGATION OF SUSPECTED CHILD ABUSE OR NEGLECT--NO ACTION

JUNE 20, 2012

Carlen Colbert

1247 N Central Ave
2nd Floor
Chicago, IL 60651-1249

Dear Ms. Colbert,

RE: SCR# - 2019803-A
Name - Colbert, Carlen

The Illinois Department of Children and Family Services received a report of suspected child abuse or neglect that named you as the person alleged to have caused the abuse or neglect.

After an initial investigation, we have determined that there is no reason for the Department of Children and Family Services to continue our inquiry. Therefore, we have concluded our involvement in this matter.

The Abused and Neglected Child Reporting Act permits you to request that an intentional false report be retained by the Department. If you believe that this was an intentional false report, and you wish the report to be retained, you must send a written request to the State Central Register, 406 East Monroe, Springfield, Illinois 62701. This request must be postmarked within ten (10) days of the date of this letter. If such written request is not received in accordance with the above, the information identifying you and all other persons named on the report will be removed from the State Central Register and destroyed.

If you have any questions, please direct them to my attention.

Sincerely,

James Craven, SCR Administrator
State Central Register

Ex
A

**406 E Monroe, Station 30 • Springfield, Illinois 62701-1498**

#0004 J

 ACCREDITED • COUNCIL ON ACCREDITATION FOR CHILDREN AND FAMILY SERVICES

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

*Robert Stafford,*

      Petitioner,

v.

*Carlen Colbert,*

      Respondent.

Case No. *08D80400*

Calendar 99

## ORDER

THIS MATTER coming on to be heard on the Petition of Petitioner for a rule to show cause against the Respondent, Carlen Colbert for her failure to allow visitation of Petitioner with the parties minor child, RYLAN COLBIN STAFFORD, Petitioner being present and under oath and Respondent not being present and Petitioner having testified under oath that Respondent allegedly signed away her right to her brother, TONY COLBERT and the court being advised of the premises:

DOES HEREBY ORDER:

A.  That this matter is set for hearing on the issue of the father's failure to receive visitation on August 10, 2015 at 9:30 am in CL-12 of the Richard J. Daley Center, 50 W. Washington Street, Chicago, IL. 60602.
B.  That Petitioner must give notice to Respondent as well as TONY COLBERT.
C.  That both parties are ordered to appear at the next court date.
D.  That Petitioner must show proof that Respondent received a copy of the instant order.

Entered: *6/15/2015*

Judge Pamela E. Loza

JUN 15 2015

Circuit Court-2004

Judge # 2004

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Call at School Time 1:40 ~~1:27~~ PM*
*9-1-15*

*#31179*

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

2015 SEP -1 PM 1: 15

CLERK OF THE CIRCUIT COURT
DOMESTIC RELATIONS

CLERK
DOROTHY BROWN

*Down Town Civic Center*

IN RE: CUSTODY OF )
)
ROBERT STAFFORD )
)
     Petitioner, )
)
vs. ) No. 2008 D 080400
)
CARLEN COLBERT, )
)
    Respondent. )

3521

### EMERGENCY *EX PARTE* MOTION TO SET EMERGENCY INTERVENTION AND TRANSFER POSSESSION OF THE MINOR CHILD

NOW COMES the Child's Representative, MICHAEL IAN BENDER, pursuant to Section 602 and 607 of the Illinois Marriage and Dissolution of Marriage Act, and asks this Honorable Court to (1) set this matter for Emergency Intervention on the previously set September 3, 2015 court date; (2) transfer possession of the minor child (RS), to his uncle ANTON COLBERT (ANTON); and (3) restrict Respondent CARLEN COLBERT (CARLAN), from having contact with the minor child until further court order following said Emergency Intervention; stating the following in support:

1.     ANTON and CARLEN are siblings.

2.     RS has resided with ANTON for lengthy periods of time: (1) from January to June of 2012; and (2) from November 2013 to June of 2015. ANTON provides safety and stability to RS.

3.     Since August of 2009, RS has attended five different schools due to CARLEN's unstable living arrangements.

4.     In May of 2012, DCFS opened an investigation after RS notified his teacher that he was

*Col Ex C*

not looking forward to seeing CARLEN because she "curses at him, pokes him, and hits him."

5.     CARLEN continues to physically abuse RS, and also hits RS' two-year-old sister in RS' presence.

6.     On August 19, 2015, RS contacted ANTON and informed him he did not want to switch schools for the upcoming school year as he has many friends and is excelling academically at his school in Oak Park, Illinois. The success RS experienced at the school in Oak Park occurred during the time RS resided with ANTON.

7.     None-the-less, CARLEN has enrolled RS in the Hoffman Estates schools.

8.     CARLEN is forcing RS continues to adjust to another educational environment, his sixth different school since August of 2009.

9.     RS receive no educational support from CARLEN. He cannot focus on his studies due to the daily disruptions of adults fighting in CARLEN's residence; he being left home alone to care for his two-year-old sister; he is hungry and often not fed; and CARLEN physical abuses RS.

10.    On August 19, 2015, CARLEN and her husband, JOSHUA WHITE, engaged in a physical fight in front of RS. Both CARLEN and JOSHUA were bleeding as a result of the fight. Further, RS informed ANTON that he has witnessed CARLEN pull a knife JOSHUA.

11.    On August 20, 2015, RS contacted ANTON and informed him that CARLEN was angry at RS and threatened to dislocate his shoulder. During this conversation, RS also informed ANTON that CARLEN has previously punched him in the chest, hit him with hairbrushes, and violently cursed at him.

12.    In addition to the physical abuse, RS is also forced to regularly stay home alone with his two-year old sister for several hours at a time. The whereabouts of CARLEN during

2

these periods are often unknown.

13.    On August 23, 2015, RS contacted ANTON and informed him that CARLEN was attempting to coerce RS into providing false information to the Child's Representative.  She directed him to state that he wants to reside with CARLEN and attend the school in Hoffman Estates.  In addition, RS has shown ANTON text messages received from CARLEN's friends, attempting to coerce RS into providing false information to the Child's Representative.

14.    On August 23, 2015, RS was left home alone with his younger siblings from approximately 11:00 p.m. to 12:40 a.m.  CARLEN continues to leave RS alone a night to care for his young siblings.

15.    On August 25, 2015, CARLEN left RS alone at the local park for over an hour.  RS contacted ANTON to notify him of this and was forced to rely on a group of teenage boys, whom he did not know, to help him return home.  Upon RS's return, neither CARLEN nor her husband were home, resulting in RS waiting outside the residence until CARLEN arrived.  It was dark outside.

16.    RS has resided with ANTON in the past and it was during this time that RS experienced stability and continued academic success.

17.    Moreover, ANTON is willing and has the ability to financially support RS.

18.    It is in RS' best interest to reside with ANTON and attend the Oak Park School.

19.    Residing with CARLEN seriously endangers the physical, mental, and emotional well being of RS.

20.    If CARLEN had notice of this motion she would retaliate against RS for informing the Child's Representative of the misconduct from which he suffers.

WHEREFORE, Child Representative, MICHAEL IAN BENDER, prays that this

3

Motion - General Form (This form replaces CCMD-39)                    (2/24/05) CCG N702

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Carlen Colbert/
Robert Stafford                          99

_____
**Plaintiff(s)**

v.                                       No. 08080400
                                              99
Anton Colbert
_____
**Defendant(s)**

TO: ___ The Judge        3390
        Carlen Co      298      $10

MOTION BY Robert Stafford FOR CUSTODY

9.1.2015 Rylan Stafford was removed from
my custody with an emergency order I was
not served with any paperwork the court
date resumed on 9.2.2015 but there was an
emergency hearing that Robert Stafford and
I were unaware of. On 9.3.2015 we were told
by Judge Pamela Lora to get out of her
court room and that custody was given to
Anton Colbert.

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared
and have not previously been found by the Court to be in default for failure to plead.

Dated: 9-3-2015 _____, _____     _____
                                        **Attorney Certification**

Atty. No.: _____
Name: Robert Stafford/ Carlen Colbert
Atty. for: _____
Address: 4338 Warren                    Ex
City/State/Zip: Hillside IL 60162        D
Telephone: 708-830-9232

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Copy Distribution-White: I. ORIGINAL-COURT FILE  Canary: 2. COPY 1  Pink: 3. COPY 2  Gold: 4. COPY 3

Exhibit B

NO SHOW ORDER                                                4304

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION
## PARENTAGE AND CHILD SUPPORT COURT

STAFFORD

Judge Pamela E. Loza

v.                          SEP 0 3 2015                NO. 08 D 80400

                            Circuit Court-2004
                                                       Calendar 99

Colbert

### NO SHOW ORDER

                                        Both
This case was set for today's court call. ~~Neither~~ side having appeared,

IT IS HEREBY ORDERED:

This matter is stricken from today's call.  OLDER Previously entered on 8-31-15

                E X
                  E

                                  Judge _____

                                  Date _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CONTINUANCE ORDER

add-on

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

7701
7304
(9-3-15)
4672

Stafford

v.

Colbert

Judge Pamela E. Loza

SEP 01 2015

Circuit Court-2004

NO. 2008 D 804 0 5555 D

CONTINUANCE ORDER

Expede emergency motion of the Child's Representative

This cause coming to be heard on ☐ Petitioner's ☐ Respondent's ☐ Joint Motion for _____
all parties being advised of the premises, ☐ Petitioner ☐ with counsel. ☐ pro se ☐Respondent ☐ with
counsel. ☐ pro se appearing, and this court having jurisdiction over the subject matter, ☐ by agreement
☐ after hearing.

IT IS HEREBY ORDERED: The September 3, 2015 court date is stricken

This cause is continued to _____ at _____ M at the Richard J. Daley Center,
Chicago, IL
Courtroom/hearing room _____ for:
☐ STATUS   ☐ HEARING   ☐ TRIAL   ☐ PRE-TRIAL CONFERENCE

Regarding _____

☐ PETITIONER    ☐ RESPONDENT
☐ PETITIONER    ☐ RESPONDENT    must appear.
☐ PETITIONER    ☐ RESPONDENT    is granted _____ days to file _____
                                 is granted _____ days to respond to said pleading.

Mr Anton Colbert is to immediately retrieve Rylan Stafford from Eisenhower
The Court finds that Mr Anton Colbert has standing because he had Junior/High school
Possession of the Minor child. Mr Anton Colbert is granted immediate
Physical possession of the Minor Child, Rylan Stafford. He is to
immediately enroll Rylan Stafford in the school district
97 in Oak Park. Carlen Colbert is to have no contact
with Rylan Stafford. The Court finds that these orders are
needed due to the serious endangerment to the minor child by well

NAME     as it is from Michael Bender                              Carlen Colbert.
ATTY FOR
PHONE    70 W Madison Street Ste 2222
         Chi IL 60602
         312 236-1500

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JUDGE

EX
7

Exhibit A

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLINOIS
## DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| In Re: The Parentage of | ) | 2008 **D** 80400 |
| | ) | |
| Robert Stafford | ) | **Hon. Pamela E. Loza** |
|     Plaintiff | ) | Room 3009 |
| | ) | |
| | ) | |
|     V | ) | |
| Carlen Colbert | ) | |
|     Defendant | ) | |
| | ) | |
| | ) | |

## Motion to Return Minor back into Custody of Mother (Defendant) Instanter Due to "Fraud" "Kidnapping" (Civil Rights Violations) due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void" a "Nullity"

Now comes Defendant, Carlen Colbert Pro Se in this cause, files herewith her affidavit, factually establishing the Motion to Return Minor back into Custody of Mother Instanter Due to **"Fraud" "Kidnapping"** (Civil Rights Violations) due to "Trespassing upon the Laws" Court never had Jurisdiction Orders **"Void"** a **"Nullity"**, in accordance to the Supreme Court of Illinois and Canon rules in accordance to the American Jurisprudence and pleadings (rev.) to show that the Honorable Pamela Loza has with vexatious "Contempt for the laws" has **"Trespassed" upon the Laws** and has engaged in **"Treason"** against the Defendant and has satisfied the preponderance of the evidence standards by engaging in a criminal conspiracy assisting a non custodial person allowing him to unlawfully abduct said minor;

Based thereon Defendant respectfully moves that the Honorable Pamela E. Loza proceed no further herein, and that the Honorable Timothy C. Evans Chief Judge or Presiding Judge of Domestic Relations of the Circuit Court of Cook County assign this matter accordingly to law enforcement so as to return said minor back into the custody of the Defendant Instanter;

1. That said Defendant and Plaintiff both reside in Cook County Illinois;



1

2. That said minor was born on July 22, 2003 as a result to their relationship;

3. That Defendant had custody of said minor prior to judge Loza entering a "Fraudulent" court order resulting from an unlawful ex parte motion;

4. That, as a result of an Emergency Ex Parte Motion brought by Michael Bender, (former Domestic Relations judge) the appointed child representative in the above-captioned matter, the minor child was immediately removed from the Respondent's custody.

5. Without a hearing on standing of the non-parent or fitness of the natural parents of the minor child, this Court determined ex parte on an emergency basis that Anton Colbert, the Defendant's brother, had standing and possession of the minor child on September 1, 2015. *See the attached Motion for disqualification of judge et al. describing the unlawful events;*

6. This Court order states that "Anton Colbert has standing because he had possession of the minor child" even though the child was currently at school at Eisenhower Junior High School at the time of the hearing. The Respondent, the child's natural mother, had enrolled R.S. in that school

7. Even if the Respondent's brother was in possession of the minor child at the time of the emergency hearing, possession alone does not provide that individual with legal standing to pursue custody.

8. In a brief, ex parte proceeding, this Court gave a non-parent and :non-party to the above-captioned suit, custody over the minor child despite this State's emphasis on a natural parent's superior right to legal custody of his or her child. *See case law enumerated below:*

9. Section 60I(b)(2) of the Illinois Marriage and Dissolution of Marriage Act (a) A court of this State that is competent to allocate parental responsibilities has jurisdiction to make such an allocation in original or modification proceedings as provided in Section 201 of the Uniform Child - Custody Jurisdiction and

Enforcement Act as adopted by this State. (b) A proceeding for allocation of parental responsibilities with respect to a child is commenced in the court: (3) by a person other than a parent. By filing a petition for allocation of parental responsibilities in the county in which the child is permanently resident or found, but only if he or she is not in the physical custody of one of his or her parents. 750 ILCS 5/601 (2002).

10. Under the new law, 750 ILCS 5/600parental responsibilities is "akin to legal custody". Thus the standing requirement for non-parents is the same.

2

11. Standing involves a threshold issue of whether a parent has custody of a child for the purposes of satisfying the requirements of § 601(b)(2). The standing requirement must be met before a party may proceed with a petition for custody. In re Custody of Peterson, 112 IU. 2d 48} (1986).

12. The nonparent has the burden of proving standing under § 601(b)(2). In re Custody of Groff, 332 Ill App. 3d 387 Dec. (2002).

13. Furthermore [t]he superior right of a natural parent to legal custody of his or her child is recognized and protected in the Dissolution Act by requiring a nonparent seeking custody to first meet the standing requirements of 601(b)(2) before being considered for custody under the best interest standard without the necessity of first establishing the unfitness of the parent. In re Marriage of Carey. 18 Ill. App. 3d 1040.

14. [T]he standing requirement under section 601(b)(2) should not turn on who is in physical possession, so to speak, of the child at the moment of filing the petition for custody. In re Custody of Peterson, 112 Ill 2d 48, (1986)

15. To establish standing under Section 601(b)(2), the non-parent must show that the parent has voluntarily and indefinitely relinquished custody of the child. In re Custody of Peterson, 112 Ill 2d 48, (1986); Franklin v. Devreindt, 288 Ill App. 3d 651, (1st Dist. 1997).

16. "In order to satisfy the standing requirement under § 601(b)(2), a nonparent must show that the natural parent no longer has physical custody of the child because [s/]he relinquished custody of the child not because of some fortuitous occurrence." In re Custody of Peterson, 112 Ill. 2d at 54-55, (1986)

17. When determining whether a parent voluntarily and indefinitely relinquished custody, a court should consider who was responsible for the child prior to the initiation of the custody proceedings, how the nonparent obtained physical possession, and the nature and duration of the possession. No one factor is controlling, and the determination is highly fact-dependent. The nonparent bears the burden of proving standing under § 601(b)(2). In re Custody of M.C.C., 383 IL App. 3d 913,917, Dec. 100 (2008).

18. Furthermore, the nonparent must show that the parent has relinquished "legal custody" of the child, rather than merely physical possession, before satisfying the standing requirement of §601(b)(2) of IMDMA, the nonparent must show more than merely week end; or even daily, care of the children to support standing. In re Custody of McCuan 176 IL. App 3d 421, Dec. 923 (5th District, 1988);

19. Because section 601(b)(2) of the IMDA allows for custody to be vested in a nonparent without first finding that parent is unfit, "its application must be narrowly

3

construed to ensure the sanctity of the family and the reciprocal familial rights of parents and children." In re Petition of Kirshner, 164 IL. 2d 468, (1995) citing In,re Custody of Peterson, 112 Il. 2d 48, (1986);

20. The Court defines "'physical custody" narrowly and stringently to prevent grandparents or any non-parent from obtaining standing for custody under the language of §601(b)(2) by improperly abducting, or otherwise obtaining physical possession of a child. In re Custody of Peterson, 112 III. 2d 48.491 N.E.2d 1150 (1986)

21. Although Mr. Bender presents serious allegations in his Ex Parte Emergency Motion by Inducing Reliance upon the court, these allegations alone do not satisfy the threshold requirement of standing.

22. Moreover, the Respondent and Petitioner have a legal right to contest those allegations and present their own evidence prior to the indefinite removal of their natural child.

23. Furthermore, Mr. Bender's Emergency Petition only discusses the alleged behavior of the Defendant and does not make any allegations towards the Plaintiff. However, instead of removing the child temporarily from the defendant's care, assuming arguendo there was alleged abuse, the Court orders the child to be placed indefinitely with a non party, and non-parent, Anton Colbert.

24. In said emergency Motion filed on September 1, 2015, Mr. Bender mentions a DCFS investigation in May of 2012 brought against the Defendant.

25. DCFS closed that investigation in 2012 and determined the complaint was unfounded and the Defendant was never indicated.

26. That upon information and belief, no other DCFS proceeding were ever brought against the Defendant and there were never any pending investigations.

27. That on September 3, 2015, the parties appeared for their original court date That had been stricken two days prior as a result of Mr. Bender's Emergency Ex Parte Order;

28. That on September 3, 2015, the parties attempted to contest the emergency removal of their child from school and his effective custodial placement with the child's uncle, Anton Colbert.

29. The parties were scolded by judge Loza in an venomous arrogant manner that they were to leave the courtroom, that custody was already transferred to Anton Colbert;

30. Neither the Plaintiff nor Defendant "voluntarily relinquish" the minor child to Anton Colbert, the nonparent.

4

31. Based on the allegations outlined above as well as Illinois Case Law governing non-parents' standing requirements and the placement of children with nonparents, the Defendant moves that an Order compelling the return of their minor child be rendered Instanter due to being unlawfully abducted due in part to the judges complicit acts of Trespassing upon the Laws",

WHEREFORE. Defendant respectfully prays that this Court

A. Order that said minor be returned back to the Defendant Instanter;

B. Order that all parties be investigated Instanter for the enforcement of all laws violated in this manner;

C. Invoke any and all remedies this court deems overwhelmingly just for the enforcement of this matter;

Respectfully Submitted,

By: *Carlen Colbert*

Carlen Colbert
Pro Se

1805 Jamestown Cir.
Hoffman Estates, Il 60169
(708) 200-9437

A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

5

1. To show fraud upon the court, the complaining party must establish that the alleged misconduct affected the integrity of the judicial process, either because the court itself was defrauded or because the misconduct was perpetrated by officers of the court. Alexander v. Robertson, 882, F. 2d 421,424 (9th Cir. 1989);

   a. A void judgment does not create any binding obligation. Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L, Ed 370.

   b. Fraud upon the court is a basis for equitable relief. Luttrell v. United States, 644 F. 2d 1274, 1276 (9th Cir. 1980); see Abatti v. C.I.R., 859 F 2d 115, 118 (9th Cir. 1988) "it is beyond question that a court may investigate a question as to whether there was fraud in the procurement of a judgment" Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 66 S. Ct. 1176, 90 L. Ed. 1447. The power of the court to unearth such a fraud is the power to unearth it effectively. See Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 64 S. Ct. 997, 88 L. Ed. 1250; Sprague v. Ticonic National Bank, 1184 and United States v. Throckmorton, 98 U.S. (8 Otto) 61, 25 L. Ed. 93.

   c. *"A judge is an officer of the court, as are all members of the Bar. A judge is a judicial officer, paid by the Government to act impartially and lawfully".* People v. Zajic, 88 Ill. App 3d 477, 410 N.E. 2d 626. **"A void judgment is regarded as a nullity, and the situation is the same as it would be if there was no judgment. It has no legal or binding force or efficacy for any purpose or at any place….It is not entitled to enforcement.** 30A Am Judgments 43, 44, 45. Henderson v Henderson 59 S.E. 2d 227-232

   d. *"A Void Judgment from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force and effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. "A void judgment, order or decree may be attacked at any time or in any*

Respectfully Submitted

*Carlen Colbert*
Carlen Colbert

6

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLNOIS
## DOMESTIC RELATIONS DIVISION

In Re: The Parentage of

Robert Stafford
    Petitioner

V

Carlen Colbert
    Respondent

2008 **D** 80400

**Hon.** Pamela E. Loza
Room 3009

### Notice of
## Motion to Return Minor back into Custody of Mother (Defendant) Instanter Due to "Fraud" "Unlawful Abduction" (Civil Rights Violations) due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void" a "Nullity"

TO:    **U.S. Attorney Joel R. Levin**, 219 South Dearborn Suite 500, Chg 60605
       **Chief Judge** Timothy Evans, Room 2600 Daley Center, Chg., Ill. 60601
       **Presiding Judge** Jacobius, Room Daley Center, Chg. Ill. 60601
       **States Attorney**, Kim Foxx, Suite 500 Daley Center, Chg. Ill. 60601
       Anton Colbert, 140 Percy Julian Sq, Oak Park, Ill. 60302-2619
       Michael I. Bender 70 West Madison, Suite 2222, Chg. Ill. 60602
       Robert Stafford c/o CTA Kedzie Garage 358 S Kedzie Chg IL 60612

      **PLEASE BE ADVISED** that on Oct 10th, 2017 A Motion to return minor back into custody of mother (Defendant) Instanter et al., has been filed in the Circuit Court of Cook County; and will present said legally sufficient instrument before Judge Loza or any Judge in her stead October , at am in room 3009.

Respectfully Submitted

*Carlen Colbert*
Carlen Colbert

1805 Jamestown Cir.
Hoffman Estates, Il 60169
(708) 200-9437

7

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above notice and all attachments were caused to be personally delivered, to the above parties at the addresses provided before 5:00 pm October 10, 2017.

Carlen Colbert
Respectfully Submitted,

# IN THE CIRCUIT COURT
## OF
# COOK COUNTY, ILLNOIS
# DOMESTIC RELATIONS DIVISION

In Re: The Parentage of    )
    )
Robert Stafford    )
        Petitioner    )
    )
    )
    V    )
Carlen Colbert    )
        Respondent    )
    )
    )

2008 **D** 80400

**Hon.** Pamela E. Loza
Room

## AFFIDAVIT

**STATE OF ILLINOIS)**
          )
**COUNTY OF COOK**  )

**I Carlen Colbert being duly sworn on oath states the aforementioned pleadings enumerated within said motion pursuant to 735 1265 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.**

**Respectfully Submitted**

*Carlen Colbert*
**Carlen Colbert**
1805 Jamestown Cir.
Hoffman Estates, Il 60169

Notary

*Elizabeth Romero*

"OFFICIAL SEAL"
Elizabeth Romero
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/06/19

OCT 0 7 2017

Attorney No. 31179

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ROBERT STAFFORD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **and** | ) | No. 2008 D 80400 |
| | ) | |
| **CARLEN COLBERT,** | ) | Calendar: 99 |
| **Respondent.** | ) | |

### NOTICE OF MOTION

To:    Carlen Colbert                    Robert Stafford
       1805 Jamestown Cir.              4338 Warren Ave.
       Hoffman Estates, IL 60669       Hillside, IL 60162
       ccolber06@gmail.com             bigbadrob3@gmail.com


On November 15, 2017 at 10:30 a.m. or as soon thereafter as counsel may be heard, Michael Ian Bender shall appear before the **Honorable Judge Pamela E. Loza** or any Judge sitting in her stead, in Courtroom **3009**, Richard J. Daley Center, Chicago, Illinois, and then and there present the attached "**PETITION FOR RULE TO SHOW CAUSE AND FOR A FINDING OF INDIRECT CIVIL CONTEMPT** ".

_____
Michael Ian Bender

Michael Ian Bender
Child's Representative
70 West Madison Street, Ste. 2222
Chicago, Illinois 60602
Telephone: (312) 236-1500
Attorney No.: 31179

### CERTIFICATE OF SERVICE

I hereby certify under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that this Notice of Motion and the pleading(s) or other document(s) to which it relates has been served upon the above name person(s) at the above-referenced address(es) [  ] via facsimile transmission to the number(s) listed above [X] via email and [  ] by placing a copy of the same in the U.S. Mail property addresses, with first class postage prepared, to the parties at the addresses set forth above, before the hour of 5:00 p.m. on November 14, 2017.

_____
Michelle Milstein

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: THE SUPPORT OF:                        )
                                              )
ROBERT STAFFORD,                              )
                                              )
    *Petitioner,*                             )
                                              )   No. 2008 D 80400
    and                                       )
                                              )
CARLEN COLBERT,                               )   Calendar: 99
                                              )
    *Respondent.*                             )

## PETITION FOR RULE TO SHOW CAUSE AND FOR A FINDING OF INDIRECT CIVIL CONTEMPT

**NOW COMES** the Child's Representative, MICHAEL IAN BENDER, and pursuant to 750 ILCS 5/506(b), asks this Honorable Court to issue a Rule to Show Cause against Respondent, CARLEN COLBERT (hereinafter "CARLEN"), to show cause why she should not be held in indirect civil contempt for her contumacious disregard of this Court's September 7, 2017 and October 30, 2017 Order; and in support thereof states as follows:

    1.    On August 10, 2015, this Honorable Court appointed Michael Ian Bender as the Child's Representative in this matter.

    2.    On September 7, 2017 an Order was entered. Carlen Colbert is to pay Michael Bender $3,206.25 within 30 days. A copy of said order is attached hereto at "Exhibit A".

    3.    On October 30, 2017, an Order was entered requiring Ms. Colbert to provide all 13.3.2 documents within ten (10) days. A copy of said order is attached hereto at "Exhibit B".

    3.    To date, CARLEN has failed to make any payments toward the September 7, 2017 Order or provide her 13.3.2 documents.

    4.    A finding of indirect civil contempt requires proof of a valid court order and a willful violation of that order. *Cetera v. DiFilippo*, 404 Ill. App. 3d 20, 41. 934 N.E.2d 506, 343 Ill. Dec. 182 (2010). The burden initially falls on the opposing party to show a violation of a

court order by a preponderance of the evidence. *Id.* The burden then shifts to the alleged

contemnor to show that the violation was not willful or contumacious and that he had a valid

reason for noncompliance. *Id.*

     5.     A Rule to Show Cause should be entered against Respondent CARLEN

COLBERT to show cause, of any she has, why she should not be held in indirect civil contempt

of court for her continuous failure and refusal to comply with this Court's Order without

compelling cause or justification. Said rule should be returnable *instanter*.

     **WHEREFORE**, Child Representative, MICHAEL IAN BENDER, prays that this

Honorable Court:

     A.     Enter an Order *instante*r issuing a Rule to Show Cause requiring CARLEN

COLBERT to show cause, if any, why she should not be held in indirect civil contempt of court

for her willful violation of the September 7, 2017 and October 30, 2017 Order;

     B.     Cause Respondent CARLEN COLBERT to demonstrate as to why she should not

be held in contempt of court;

     C.     Find CARLEN COLBERT in willful indirect civil contempt of court;

     D.     Remand CARLEN COLBER to the custody of the Sheriff of Cook County until

she tenders the Court Ordered amount and her 13.3.2 documents; and

     E.     For any and all other relief this Honorable Court deems equitable and just.

Respectfully Submitted,

MICHAEL IAN BENDER
Child's Representative

## VERIFICATION

Under the penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure, the undersigned verifies that the statements set forth in this pleading are true and correct, except to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
MICHAEL IAN BENDER
Child's Representative

Michael Ian Bender
THE LAW OFFICE OF MICHAEL IAN BENDER
Child Representative
70 W. Madison Street, Suite 2222
Chicago, IL 60606
(312) 236-1500
Attorney No.: 31179

3

Order            (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EXHIBIT A

Robert Stafford

v.

Carlos Colbert

No. 2008 D 80400

CAL 99

### ORDER

This matter coming to be heard on all matters for case management, notice being proper, this Honble Court being fully advised in the premises. It is hereby ordered that (1) Mr Stafford is granted parenting time on Wednesdays from 5:00pm to 7:00 pm. He will pickup and drop off the child. He is to permit no contact with Carlos Colbert who failed to come to court today (2) Judgment is entered in favor of Michael Bender and against Robert Stafford in the amount of $2,571.25. (3) Carlos Colbert is to pay Michael Bender $3,206.25 within 30 days. (4) The fees are for Child's Repossed tax fees and are fair and reasonable. This matter is set for status on parenting time and payment on October 30, 2017 at 9:30 am

Attorney No.: 34779
Name: Michael Bender
Atty. for: CC
Address: 7 W. Madison St Suite 2227
City/State/Zip: Ch. IL 60602
Telephone: 312 236-1500

**ENTERED:**

Dated: _____ Judge Pamela E. Loza , _____

SEP 07 2017

Circuit Court 2004

Judge           Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

4405 Pre-Trial Assignment, 4406 Status Report, 4482 Hearing/Trial Assignment, 4295 Close Discovery-Allowed.
Orders of Continuance

(11/04/11) CCDR N015

**EXHIBIT**
**B**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE ☐ MARRIAGE ☑ CIVIL UNION ☐ CUSTODY
☐ SUPPORT OF:

No. _Zoo8 D 80400_

_Robert Stafford_
**PETITIONER**

AND

Calendar _99_

_Carlos Colbert_
**RESPONDENT**

## ORDERS OF CONTINUANCE

THIS CAUSE being properly before the Court on motion of ☐ Petitioner ☐ Respondent ☐ Agreement of Counsel,
and the Court being advised in the premises:

☐ IT IS ORDERED that this cause is set for:

☑ STATUS REPORT regarding _Commant Pretrial_
4406
on _Dec 6_ _2016_, at _2:00_ _p_ .m. before this Court.

☑ PRE-TRIAL CONFERENCE on _Dec 6_ _2016_ _2:00_ _p_ , at _____ _p_ .m. before this Court.
4405
☑ All parties shall be present. _If not all pleadings to be stricken_

☑ HEARING/TRIAL regarding _____
4482
on _____, _____, at _____ .m. before this Court.

☐ All parties to appear in Courtroom _____ on the stated date and time.
4250

☐ Discovery is closed as of _____, _____.
4295

☐ PETITIONER/RESPONDENT is granted leave to file _____
and the PETITIONER/RESPONDENT is granted _____ days to respond to said pleading.

☑ _Mr Stafford respectfully shall be mailed of the CTA_
_Product/Broker has leave by mr. Colbert per Rule upon mr Colbert_
_Colbert to have 28 days to file response related w/ mr. Colbert to provide all J.S.S docs within_
_10 day's standard ArP_

NOTE: CASES SET FOR TRIAL CAN ONLY BE CONTINUED FOR CAUSE ON MOTION PURSUANT TO SUPREME
COURT RULE AND DOMESTIC RELATIONS GENERAL ORDER 86-D-1.

Atty. No.: _31179_
Name: _Michael Border_
Atty. for: _C R_
Address: _70 w madison st Suite 2222_
City/State/Zip: _Ch, Il 60602_
Telephone: _312 236-1500_

**ENTERED:**

Dated: ~~Judge Pamela E. Loza~~

OCT 30 2017

Judge _____ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLINOIS
## DOMESTIC RELATIONS DIVISION

| | |
|---|---|
| In Re: The Parentage of | ) 12 D 8436 |
| | ) ~~2007 D 00400~~ |
| Clarence Parker | ) |
| Petitioner | ) **Hon.** Karen Bowes |
| | ) Room 1902 |
| V | ) |
| April Redeaux | ) |
| Respondent | ) |
| | ) |

## Notice of
# Motion for Disqualification of Judge for Cause Due to"Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2 ---1001 (a) (2, 3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void"

TO:  Gordon Nelson                       Steve Wasko
     CN Law, PC                          Steponate & Wasko
     100 N. LaSalle St. Suite 800        1440 Renaissance Dr, Suite 230.
     Chicago, IL. 60602                   Park Ridge, IL. 60068

**PLEASE BE ADVISED** that on Oct 12th, 2017 A Motion for Disqualification of judge et al., has been filed in the Circuit Court of Cook County; and will present said legally sufficient instrument before Judge Bowes or any Judge in her stead October 17, at 2:00 pm in room 1902.

~~Voluntary~~ Group Exhibit

Respectfully, Submitted,

April Redeaux

April Redeaux
1414 W. Welland Court
Roselle, IL 60172

Subscribed and sworn to before me
this 12th day of October 20 17
at Oak Park, County of Cook, State of Illinois.

Notary Public

NICOLE R MIDDERHOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 14, 2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above notice and all attachments were caused to be personally delivered, to the above parties at the addresses provided before 5:00pm by US mail October 12th, 2017.

April Redeaux

Subscribed and sworn to before me

This 13th day of October 20 17 at Oak Park, County of Cook, State of Illinois.

Notary Public.

NICOLE R MIDDERHOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 14, 2020

16

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLINOIS
## DOMESTIC RELATIONS DIVISION

12 D 8436

In Re: The Parentage of

~~2008 D 80400~~

Clarence Parker
    Petitioner

**Hon.**  Karen Bowes
Room   1902

V
April Redeaux
    Respondent

## Motion for Disqualification of Judge for Cause Due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2 ---1001 (a) (2, 3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void"

Now comes Respondent, April Redeaux Pro Se in this cause, files herewith her affidavit, factually establishing the Bias "Fraud" (Civil Rights Violations) Prejudice alleged herein, with exhibits, in accordance to Supreme Court of Illinois and Canon rules in accordance to the American Jurisprudence and pleadings (rev.) to show that the Honorable Karen J. Bowes has a **Personal Bias** and or **Prejudice** against the Respondent and has satisfied the preponderance of the evidence standards by engaging in a criminal conspiracy assisting the Petitioner allowing him to take said minor unlawfully bypassing court order signed by judge Debra Walker ordering Petitioner to return minor to the State of Illinois;

Said judge treated Respondent as if she was an Illegal Immigrant or non U.S. citizen ignored all documents demonstrating the Petitioner was responsible for minors unstable issues but enforced an order absent her jurisdiction due to her **"Trespassing upon the Laws"** and engaged in overt **"Fraud Bias and Prejudice" acting as a private individual on the bench not as a Honorable judge;**

Based thereon Respondent respectfully moves that the Honorable Karen J. Bowes proceed no further herein, and that the Honorable Timothy C. Evans Chief Judge or Presiding Judge of Domestic Relations of the Circuit Court of Cook

County assign this matter accordingly and notify Federal Officials to ascertain other violations of the laws pursuant to Respondents Affidavits and the judges' actions in this matter.

This is Respondents first motion Pro Se to recuse this judge for cause Pursuant to S.H.A. 735 ILCS 5/2---1001 (a) (3) in this cause made by the movant, the party seeking substitution must establish, by a preponderance of the evidence, actual prejudice and must demonstrate, through specific allegations supported by affidavit, facts that if true, constitute actual Prejudice;

Respectfully Submitted,

By: _____

**April Redeaux**
Pro Se

Subscribed and sworn to before me

This _____ day of __October__ 20 17
at Oak Park, County of Cook, State of Illinois.

Notary Public _____

NICOLE R MIDDERHOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 14, 2020

A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

A- Fraud upon the court is a basis for equitable relief. Luttrell v. United States, 644 F. 2d 1274, 1276 (9th Cir. 1980); see Abatti v. C.I.R. , 859 F 2d 115, 118 (9th Cir. 1988) "it is beyond question that a court may investigate a question as to whether there was fraud in the procurement of a judgment" Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 66 S. Ct. 1176, 90 L. Ed. 1447. The power of the court to unearth such a fraud is the power to unearth it effectively. See Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 64 S. Ct. 997, 88 L. Ed. 1250; Sprague v. Ticonic National Bank, 1184 and United States v. Throckmorton, 98 U.S. (8 Otto) 61, 25 L. Ed. 93.

B- **_"A judge is an officer of the court, as are all members of the Bar. A judge is a judicial officer, paid by the Government to act impartially and lawfully"_**. People v. Zajic, 88 Ill. App 3d 477, 410 N.E. 2d 626. **"A void judgment is regarded as a nullity, and the situation is the same as it would be if there were no judgment. It has no legal or binding force or efficacy for any purpose or at any place....It is not entitled to enforcement.** 30A Am Judgments 43, 44, 45. Henderson v Henderson 59 S.E. 2d 227-232

C- _"A Void Judgment from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force and effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. "A void judgment, order or decree may be attacked at any time or in any court, either directly or collaterally"_ Oak Park Nat Bank v. Peoples Gas Light & Coke Col, 46 Ill. App. 2d 385, 197 N.E. 3d 73, 77, (1st Dist. 1964)

That under 18 U.S.C. 242 and 42 U.S.C. 1985 (3) (b). A judge does not have the discretion on whether or not to follow Supreme Ct. Rules, but a duty to follow. People v. Gersh, 135 Ill. 2d 384 (1990).

1.) I am informed and believe and based on such information and belief, demonstrate beyond the Preponderance of the evidence standard that Judge Bowes is **BIAS**, **Prejudiced** and has **"Trespassed upon the laws"** whom this cause has pended before, has demonstrated taking part in an **"Organized Conspiracy"** with said attorney;

2.) That on June 11, 2017, judge Debra B. Walker certified said court order, ordering the *"That A. shall remain in North Carolina with the Petitioner until July 31, 2017, where he shall be returned to Illinois ---at the expense of Mr. Parker"*

3.) That the Petitioner with vexatious contempt for the judges court order had his attorney to circumvent said directive by filing a frivolous untimely motion, hereto attached **Ex A**, file stamped July 28, 2017;

    A- That attorney Gordon Nelson Induced Reliance upon the court engaging in "Fraudulent Acts" filed an Emergency Motion to Vacate July 10, 2017 Order in Part;

    B- That attorney Gordon Nelson methodically had his client to submit an affidavit hereto attached, as **Ex C** not notarized;

In the wake of extensive investigations by Federal Law enforcement authorities revealing widespread corruption in the Illinois court system ("Operation Greylord") and elsewhere, indicating not only that significant professional misconduct was occurring but also that the requirement to report misconduct was frequently ignored, particularly in the cases of judges with regard to the conduct of other judges.

**INDUCING RELIANCE**

To prevail in a cause of action for fraud, plaintiff must prove that defendant made statement of material nature which was relied on by victim and was made for purposes of inducing reliance, and that victim's reliance led to his injury. ***Parsons V. Winter, 1986, 1 Dist., 491 N.E. 2d 1236, 96 ILL Dec. 776, 142 ILL App 3d 354, Appeal Denied.***

In ***Carter V. Mueller 457 N.E. 2d 1335 ILL. App. 1 Dist. 1983*** The Supreme Court has held that: "The elements of a cause of action for fraudulent misrepresentation (sometimes referred to as "fraud and deceit" or deceit) are: (1) False statement of material fact; (2) known or believed to be false by the party making it; (3) intent to induce the other party to act; (4) action by the other party in reliance on the truth of the statement; and (5) damage to the other party resulting from such reliance.

4.) That because it is an norm for judges to violate their oath and commit **"Treason"** **"Trespass upon the Laws"** willfully <u>acting as Terrorist</u> , judge Bowes acted outside of her lawful jurisdiction and allowed a untimely motion into her court, hereto attached **Gr Ex B**, Emergency Motion to Vacate et al.,

5.) That said judge ignored the fact she had no jurisdiction, stated *"That the July 10, 2017 order is stayed in part, as it relates to Petitioner returning AP to the State of Illinois, AP shall remain in the care of*

*Petitioner"* which corroborates these very criminal acts as active collusion, and demonstrates **Bias** and **Prejudiced conduct** surpassing the Preponderance of Evidence legal standard required in this matter where **"Fraud"** is concerned;

6.) Not only is the fact said judge acting outside of her jurisdiction but the time period to attack the merits of the court order was within 30 days but is was 17 days outside the timeline;

## Ethics

All Illinois lawyers must be familiar with the Illinois Rules of Professional
Conduct, and trial lawyers must be particularly familiar with the rules that apply specially to them.

RPC 3.3, entitled "Conduct Before a Tribunal," sets forth the standards to be followed by the trial lawyer during "battle." Section (a) of that rule states:

(a) In appearing in a professional capacity before a tribunal, a lawyer shall not:

(1) Make a statement of material fact or law to a tribunal which the lawyer knows or reasonably should know is false;

(2) Fail to disclose to a tribunal a material fact known to the lawyer when disclosure is necessary to avoid assisting a criminal or fraudulent act by the client;

(3) Fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel;

(4) Offer evidence that the lawyer knows to be false. If a lawyer has offered material evidence and comes to know of its falsity, the lawyer shall take reasonable remedial measures;

(5) participate in the creation or preservation of evidence when the lawyer knows or reasonably should know the evidence is false;

(6) Counsel or assist the client in conduct the lawyer knows to be illegal of fraudulent;

(7) Engage in other illegal conduct or conduct in violation of these Rules;

(8) Fail to disclose the identities of the clients represented and of the persons who employed the lawyer unless such information is privileged or irrelevant;

(9) Intentionally degrade a witness or other person by stating or alluding to personal facts concerning that person which are not relevant to the case;

(10) in trial, allude to any matter that the lawyer does not reasonably believe is relevant or that will not be supported by admissible evidence, assert personal knowledge of facts in issue except when testifying as a witness, or state a personal opinion as to the justness of a cause, the credibility of a witness, the culpability of a civil litigant or the guilt or innocence of and accused, but a lawyer may argue, on analysis of evidence, for any position or conclusion with respect to the matter stated herein;

## Acts constituting direct, criminal contempt

A wide variety of acts may constitute a direct, criminal contempt. And act may be criminal contempt even though it is also an indictable crime. *Beattie v. People,* 33 Ill. App 651, 1889 WL 2373 (1st Dist. 1889). As is making false representations to the court. *People v. Kate/hut,* 322 Ill. App. 693, 54 N.E.2d 590 (1st Dist. 1944). Misconduct of an officer of the court is punishable as contempt. *People ex ref. Rusch v. Levin,* 305 Ill. App. 142, 26 N.E. 2d 895 (1st Dist. 1939).

Official misconduct is a criminal offense; and a public officer or employee commits misconduct, punishable by fine, imprisonment, or both, when, in his official capacity, he intentionally or recklessly fails to perform any mandatory duty as required by law; or knowingly performs an act which he knows he is forbidden by law to perform; or with intent to obtain a personal advantage for himself or another, he performs an act in excess of his lawful authority ....S.H.A. Ch 38 33-3

2. That said judge corroborated her role exercising **Bias Prejudice conduct** towards the Defendant as she **"Trespassed upon the Laws"** engaging in **"Treason"** in that said court order was not only false but it was in violation **Srp Ct Rule 272** it was not signed;

3. That Judge Karen J. Bowes never had jurisdiction on the Respondent the Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with nim, or execute his process, are trespassers." ***Von Kettler et.al. v. Johnson***, 57 Ill. 109 (1870)

   A- Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." ***Elliot v. Piersol***, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

   B- That said act further demonstrates the judges **Bias** and **Prejudice** disposition as she engaged in <u>**"Treason"**</u> <u>**"Trespassing upon the Laws"**</u> at the Respondent by engaging in criminal acts after only being appointed to the bench April 2014 as an Associate judge; whereby, judge Debra B. Walker was elected to her judgeship in 2008;

That because of the above; <u>**Fraud admissibility**</u> great latitude is permitted in proving fraud C.J.S. Fraud 104 ET Seg. Fraud 51-57. where a question of fraud and deceit is the issue involved in a case, great latitude is ordinarily permitted in the introduction of evidence, and courts allow the greatest liberality in the method of examination and in the scope of inquiry *Vigus V. O'Bannon, 1886 8 N.E 788, 118 ILL 334. Hazelton V. Carolus, 1907 132 ILL. App. 512.*

4. Judge Loza in the matter of Lee Oties Love, Jr. 13 D 80423, he had to go to the Ill Sup Ct and District Court and Court of Appeals on the judge just to see and have visitation with his daughter surrounded by "Fraudulent Acts" because nobody in the State addressed the unlawful allegations, in that said judge demonstrated a personal hate towards him used her robe (keeping Mr. Love from having any visitation or custody of his minor child for four years) and authority obstructing any success, he had being with his daughter; due to the systemic <u>"Hate"</u> Democrats have towards persons of color;

   A- Judge Loza again in the matter of Carlen Colbert 08 D 80400 mother had her child taken from her based on allegations of **"Fraud"** and was given to her brother unlawfully, she never got the opportunity to see her son graduate from 8th grade for two years because of the racist hateful acts separating her from her children;

   In **Re Marriage of O'Brien 912 N.E. 2d 729 (Ill App. 2 Dist. 2009),**

When a party moves for substitution of the trial judge for cause based upon an alleged violation of rule setting forth mandatory bases for recusal, the movant need only show the existence of that factor and that an objective, reasonable person would conclude that the judge's impartiality might reasonably be questioned, and need not show actual prejudice. S.H.A. 735 ILCS 5/2-----1001 (a) (3); Sup. Ct. Rule 63 (C) (1).

**735 ILCS 5/2—1001(a) (3) (West 2006).** Although the statute does not define "cause", Illinois courts have held that in such circumstances, actual prejudice has been required to FORCE REMOVAL of a judge from a case, that is, either prejudicial trial conduct or personal bias. **Rosewood Corp. n Transamerica Insurance Co., 57 Ill 2d 247, 311 N.E. 2d 673 (1974; In re Marriage of Kozloff, 101 Ill 2d 526, 532, 79 Ill. Dec 165 463 N.E. 2d 719 (1984); see also People v. Vance, 76 Ill. 2d 171, 181, 28 Ill. Dec. 508, 390 N.E. 2d 867 (1979).** Moreover, in construing the term "cause" for purposes of a substitution once a substantial ruling has been made in a case, Illinois courts have consistently required actual prejudice to be established, not just under the current statute, but under every former version of the statute

> _Turner_ 24 F. Cas. 337 (No. 14247) C.C.D. Md. 1867) the "equal benefit" clause is cited in what would appear to be the earliest reported case enforcing the section. The plaintiff was an emancipated slave who was indentured as an apprentice to her former master. Although both whites and blacks could be indentured as an apprentice, under the law of Maryland, indentured blacks were not accorded the same educational benefits as whites and, unlike whites, were subject to being transferred to any other person in the same county. Circuit Judge Chase granted a writ of habeas corpus upon finding that the purported apprenticeship was in fact involuntary servitude and a denial under the Civil Rights Act of 1866 of the "full and equal benefit of all laws

B. That due to the judges **Bias** and or **Prejudice conduct** pursuant to **Sup Ct Rule 71,** Sufficient for Removal, conduct which does not constitute a criminal offense may be sufficiently violative of the Judicial Canons to warrant removal for cause. **Napolitano v Ward, 457 F 2d 279 (7ᵃ Cir.), cert denied, 409 U.S. 1037, 93 S. Ct. 512, 34 L. Ed. 2d 486 (1972).**

C. Said Judge violated all Rules of law Canon Ethics, Code of Judicial Conduct Rule Scott, 377 Mass. 364, 386 N.E. 2d 218, 220 (1979) See Lopez-Alexander, Unreported Order No. 85-279 (Colo. May 3, 1985) (Judge removed for, inter alia, a persistent pattern of abuse of the contempt power. The Mayor of Denver accepted the findings of the Denver County Court Judicial Qualification Commission that the judge's conduct could not be characterized as mere mistakes or errors of law and that the conduct constituted willful misconduct in office and conduct prejudicial to the administration of justice that brings the judicial office into disrepute). Canon Ethics where there is a pattern of disregard or indifference, which warrant discipline.

5. Said judge demonstrated **Bias** and **Prejudice conduct** when she acted outside of her jurisdiction as she engaged in **"Treason" "Trespassing upon the Laws";** "Judges, of course are presumed impartial, and the burden of overcoming the presumption by showing prejudicial trial conduct or personal bias rests on the party making the charge. Eychaner v. Gross, 202 Ill. 2d 228, 280, 269 Ill. Dec. 80, 779 N. E. 2d 1115 (2002).

794 S.W. 2d 692 (Mo. App. 1990) "No system of justice can function at its best or maintain broad public confidence if a litigant can be compelled to submit his case in a court where the litigant sincerely believes the judge is incompetent or prejudicial _____ (T)hat is the price to be paid for a judicial system that seeks to free a litigant from a feeling of oppression". State ex Rel. McNary V. Jones, 472 S. W. 2d 637, 639-640 (Mo. App. 1971) Indeed, the right to disqualify a judge is "one of the keystones of our legal administration edifice" State ex Rel. Campbell V. Cohn, 606 S.W. 2d 399-401 (Mo. App. 1980). It is vital to public confidence in the legal system that the decisions of the court are not only fair, but also appear fair.

Thus whether the disqualification of a judge hinges on a statute or rule in favor of the right to disqualify. A liberal construction is necessary if we wish to promote and maintain public confidence in the judicial system. Kohn, 606 S.W. at 401; State ex Rel. Ford Motor Co. V. Hess S.W. 2d 147, 148 (Mo. App 1987).

Civil Rights Act of 1866- first section, enacted by the Senate and House of Representatives of the United States of America in Congress assembled. That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold and convey real and personal property, and to full and equal benefit of the laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinances, regulation, or custom, to the contrary notwithstanding, Act of April 9, 1866, Ch. 31, 1, 14 Stat. 27, 42 U.S.C.A. 1981

Despite the United States Constitution and Civil Rights Act Plaintiff has not been treated as a citizen of the United States in that whites under this Political System has been able to circumvent the laws and commit treason like offenses because they are the majority in control in Chicago, Ill. Political system; Pursuant to Vigus v. O'Bannon is an example of the "Fraudulent" Racist Acts perpetrated against persons like the Respondent standing up to Racial Injustice and Terrorism in the courts because the number of judges perpetrating said acts of **"Treason"** are demonstrating

just how Democrats really feel about African Americans and other persons of color they are not deemed citizens of Equal Protection of the Laws in Chicago, Illinois courts;

A- Democratic judges in Illinois are still enforcing Jim Crow laws outlawed by the United States Supreme Court;

B- This case had several judges that has the appearance of being *forum-shopped* until the Petitioner and his attorney allegedly found the right judge that would provide him favor, in that the following judges were on this matter (MATHEIN, VERONICA B., KATZ NANCY J., DICKLER, GRACE G., WALKER, DEBRA B., SCHLEIFER, ANDREA M.,)

C- That this matter demonstrates the mindset of many white women on African American woman, in that, they are not capable of making rational family decisions for their children, a white person in authority have to tell them what to do or how to do when it involves their children as if this is Mississippi or other part of the city that views persons of color less than them;

D- That Judge Bowes on many occasions heard Respondents issues on said Petitioner, in that, the judge stated, in open court "that 90% of the minor's issues is attributed to the Petitioner" but the most disturbing statement judge Walker stated on the June 11, 2017 court *was "Neither M. nor A. shall provide child care for Respondent's other children from a different relationship"*

## CANON 1
A Judge should uphold the INTEGRITY and independence of the JUDICIARY.

**The integrity and independence of judges depend in turn upon their acting without fear or favor. Although judges should be independent, they should comply with the law, as well as the provisions of this code. Public confidence in the impartiality of the judiciary is maintained by the adherence of each judge to this responsibility. Conversely, violation of this code diminishes public confidence in the judiciary and thereby does injury to the system of government under law.**

10.    That judge Karen J. Bowes satisfied the Preponderance of Evidence Standard by taking part in an **"Organized Conspiracy"** by interfering and unlawfully obstructing with Respondents parental responsibility keeping her from having custody per judge Walker's order, in an attempt to keep black families stressed oppressed exercising terrorist tactics thereby, validating the veracity of colluding with said parties in said conspiracy where "Fraud" and "Perjury" was apparent in reference to all attachments;

11.    That said judge unlawfully circumvented Judge Walker's order and ordered said minor to stay with said Petitioner arrested in a "Prostitution Sting" (sic) hereto attached, **Ex B**

> A-  That judge Bowes has demonstrated an unknown interest in this matter which has blinded her objectivity in adjudicating the merits of this matter, due to the aforementioned; <u>**Sup Ct. Rule 63 (c) (1) (d) mandates disqualification where the judge has an interest in the proceeding. (eff. April 16, 2007).**</u>

> A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

12.    Jim Crow Laws are still being enacted and enforced in Chicago, Illinois courts Black and Brown lives simply don't matter, in that said racial injustice in Illinois Courts by said Democrats is how they really feel about persons of color, they hate them but make empty false promises using other blacks and Hispanics who are willing to sell out their ethnicity seeking their votes, so as to keep persons of color oppressed and keep families divided and in a disarray;

> In the 20th century, the Supreme Court began to overturn Jim Crow laws on constitutional grounds. In *Buchanan v. Warley* 245 US 60 (1917), the court held that a <u>Kentucky</u> law could not require <u>residential segregation</u>. The Supreme Court in 1946, in *Irene Morgan v. Virginia* ruled segregation in interstate transportation to be unconstitutional, in an application of the <u>commerce clause</u> of the Constitution. It was not until 1954 in *Brown v. Board of Education of Topeka* 347 US 483 that the court held that separate facilities were inherently unequal in the area of public schools, effectively overturning *Plessy v. Ferguson*, and outlawing Jim Crow in other areas of society as well. This landmark case consisted of complaints filed in the states of Delaware (*Gebhart v. Belton*); South Carolina (*Briggs v. Elliott*); Virginia (*Davis v. County School Board of Prince Edward County*); and <u>Washington, D.C.</u> (*Spottswode Bolling v. C. Melvin Sharpe*). These decisions, along with other cases such as *McLaurin v. Oklahoma State Board of Regents* 339 US 637 (1950), *NAACP v. Alabama* 357 US 449 (1958), and *Boynton v. Virginia* 364 US 454 (1960), slowly dismantled the state sponsored segregation imposed by Jim Crow laws.

**U. S Sup Court Digest 24(1) General Conspiracy**

**U.S. 2003**. Essence of a conspiracy is an agreement to commit an unlawful act.—U.S. v. Jimenez Recio, 123 S Ct. 819, 537 U.S. 270, 154 L.Ed.2d 744, on remand 371F.3d 1093

*Agreement to commit an unlawful act, which constitutes the essence of a conspiracy, is a distinct evil that exist and be punished whether or not the substantive crime* ensues.-Id.

*Conspiracy poses a threat to the public over and above the threat of the commission of the relevant substantive crime, both because the combination in crime makes more likely the commission of other crimes and because it decreases the part from their path of criminality.-Id.*

## CONSPIRACY

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy, and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp. V. Kulp, 1968, 242 N.E. 2d 228, 41 ILL. 2d 215.**

**Conspirators to be guilty of offense need not have entered into conspiracy at same time or have taken part in all its actions.** *People V. Hardison, 1985, 911 Dec. 162, 108.* Requisite mens rea elements of conspiracy are satisfied upon showings of agreement of offense with intent that offense be committed; Actus reas element is satisfied of act in furtherance of agreement *People V. Mordick, 1981, 50 ILL, Dec. 63*

*Vaughn 462 S. E. 2d 728 (Ga.1995),* The Supreme Court of Georgia removed a Judge from office for disregarding defendant's Constitutional rights*; Hammel, 668 N. E. 2d 390 (N.Y. 1996)* (Judge removed for improperly jailing defendants for their alleged failure to pay fines and make restitution which the judge had imposed, disregarding the defendants basic constitutional rights;

13. That Plaintiff has demonstrated beyond the Preponderance of Evidence that said acts demonstrates how Section 1983 of U.S.C.S. contemplates the depravation of Civil Rights through the Unconstitutional Application of a Law by conspiracy or otherwise. Mansell v. Saunders (CA 5 F 1A) 372 F 573, especially if the conspiracy was actually carried into effect, where an action is for a conspiracy to interfere with Civil Rights under 42 U.S.C.S. 1985 (3), or for the depravation of such rights under 42 U.S.C.S. 1983, if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights, privileges, or immunities secured by the United States Constitution and Laws, the gist of the action may be treated as one for the depravation of rights under 42 U.S.C.S. 1983, Lewis v. Brautigam (CA 5 F 1a) 227 F 2d 124, 55 Alr 2d 505, John W. Strong, 185, 777-78 (4the ed. 1992).

Finally, this document is best closed by a jurist who has stated"; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1,** Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground".*

That *Chicago is the most Corrupt City in America*, Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion.....and the City Council Chambers in Chicago."* Simpson a former Chicago Alderman told the AP *"no other State can match us."*

WHEREFORE the aforementioned reasons Defendant respectfully prays that said Judge be recused and all orders VACATED based upon the reasons cited in this document and noted in the Affidavits and appropriate Sanctions be imposed pursuant to Supreme Court Rule 137:

2.)   That the Chief Judge or Presiding Judge summons Federal authorities to ascertain the criminal allegations noted to determine what prosecutorial remedies are afforded in this matter;

3) Order the reimbursement of any and fees and costs for the enforcement of this matter;

4.)  Order that all past and future legal costs be absorbed by the Petitioner who has hidden all of assets so as to keep from paying child support.

Under penalties as provided by law pursuant to 735 1265 5\1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Respectfully Submitted

April Redeaux
1414 W. Welland Court
Roselle, IL 60172

Subscribed and sworn to before me

this 12th day of October 2017

at Oak Park, County of Cook, State of Illinois.

Notary Public:

NICOLE R MIDDERHOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 14, 2020

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLINOIS
### DOMESTIC RELATIONS DIVISION

|  |  |  |
|---|---|---|
| In Re: The Parentage of | ) | 2012 D 8436 |
|  | ) | ~~2555 D 85400~~ |
| Clarence Parker | ) |  |
| Petitioner | ) | **Hon.**   Karen Bowes |
|  | ) | Room   1902 |
|  | ) |  |
| V | ) |  |
| April Redeaux | ) |  |
| Respondent | ) |  |
|  | ) |  |
|  | ) |  |

---

## AFFIDAVIT

STATE OF ILLINOIS  )
                    )
COUNTY OF COOK  )


I April Redeaux being duly sworn on oath states the aforementioned pleadings
enumerated within said motion pursuant to 735 1265 5/1-109, the undersigned
certifies that the statements set forth in this instrument are true and correct,
except as to matters therein stated to be on information and belief and as to such
matters, the undersigned certifies as aforesaid that he verily believes the same to
be true.

Respectfully Submitted ,                                    Notary

April Redeaux

Subscribed and sworn to before me

This ____ day of _October__ 20 __

at Oak Park, County of Cook, State of Illinois.

Notary Public

NICOLE R MIDDERHOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 14, 2020

17

#57708

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: MARRIAGE OF:                     )
                                    )
CLARENCE PARKER,                        )
  Petitioner,                  )
and                                     )   No.: 12 D 8436
                                    )
                                    )
APRIL REDEAUX,                          )   Cal. 21
Respondent.                             )

### EMERGENCY MOTION TO VACATE JULY 10, 2017 ORDER, IN PART

NOW COMES THE PETITIONER, CLARENCE PARKER, by and through his

attorneys, CN LAW P.C. and pursuant to 735 ILCS 5/2-1203, 5/602.7 and 610.5(c), and in

support of his Emergency Motion to Vacate July 10, 2017 Order, In Part, thereof, states as

follows:

1. That a Judgment for Dissolution of Marriage incorporating a Marital Settlement

   Agreement (hereinafter JUDGMENT) was entered in this cause on November 29, 2006.

2. That two (2) children were born to the parties, namely, **MAXIMUS PARKER,** now age

   16; and **AURELIUS PARKER,** and now age 15.

3. That on June 12, 2017, Petitioner filed an Emergency Motion to Increase Parenting Time.

   See Exhibit "A."

4. That on June 15th, 2017, the Honorable Judge Katz entered an Order allowing the

   AURELIUS to remain in the possession of the Petitioner in Illinois and/or North Carolina

   until further order of court.

5. That on July 10, 2017, the Honorable Judge Walker entered an order requiring

   AURELIUS to be returned to Illinois and the care of the Respondent by July 31, 2017.

   On that date, Steve Wasko was appointed as a Child's Representative. See Exhibit "B."

6. Since July 10, 2017, Steve Wasko has met multiple times with the Peti

EXHIBIT

A

Order                                          (Rev. 02/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Clarence Parker

v.

April Redmond

No: 2 12 D 8436

### ORDER

Cause coming before the court for an emergency intervention, both parties and Petitioner's counsel present, court being fully advised

It is Ordered:

1. That Aurelius shall remain in North Carolina with the Petitioner until 7/31/17, when he shall be returned to Illinois – at the expense of Mr. Parker.

2. Neither Maximus nor Aurelius shall provide child care for Respondent's other children from a different relationship.

3. Both parties shall participate in family counseling, so long as same is available to Petitioner via telephone or other similar means

4. Petitioner shall have telephone / (Skype) facetime communication with both children every Tuesday and Thursday at 8:30 p.m. C.S.T. Any missed calls shall be promptly returned.

5. Neither party shall use or allow other parties to use corporal punishment on either child.

Attorney No.: 57706
Name: CN Law
Atty. for: Pet
Address: 100 N. LaSalle #580
City/State/Zip: Chicago, IL 60602
Telephone: 312. 957. 9999

ENTERED:

Judge Debra B. Walker

JUN 11 2017

Dated: _____ Circuit Court – 2016

Debra B. Walker
Judge                                    Judge's No.
                                          2976

6. Matter is set for status to 8/18/17 at 9:30 a.m

EXHIBIT
B

#57708

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - DOMESTIC RELATIONS DIVISION

IN RE: MARRIAGE OF: )
                                )

CLARENCE PARKER, )
  Petitioner, )
and )               No. : 12 D 8436
                                )

APRIL REDEAUX, )
Respondent. )

### AFFIDAVIT OF CLARENCE PARKER

CLARNECE PARKER, affiant herein, being first duly sworn, on oath states and deposes as follows:

1.  I am the affiant herein and the Petitioner in the above referenced cause.

2.  That all the allegations contained in this Emergency Motion to Vacate July 10, 2017

    Order are true and accurate.

3.  Further affiant sayeth not.


_____
CLARENCE PARKER

SUBSCRIBED and SWORN to
before me this ____ day of
July, 2017.


_____
   NOTARY PUBLIC

*Ex*
*C*

KSTP.com  kstc45.com



## Hennepin County
### KSTP.COM

 

More KSTP Sites

Find stories and video          Search

Log in   Contact us

Twins to Add New Bar in $2.5M        Bail Set for Suspended Gophers        Landmark Minneapolis        Snowmobile Trails Officially
in Changes ...                       Guard ...                              Restaurant to Close ...     Open In ...

# Ten "Johns" Arrested in Richfield Prostitution Sting | Crime

### Title (Max 100 Characters)
**Ten "Johns" Arrested in Richfield Prostitution Sting**

Submitted by *Amanda Theisen (visdle/2004/amanda-theisen)*
Thursday, February 21st, 2013, 2:28pm

Print   E-mail

Topics: Crime (/news/crime)








Clarence Anthony Parker,
.Chicago, IL          Kintop
                     Panc
                     6 rai

A prostitution sting has led Richfield Police to arrest ten "johns".

According to the Richfield Police Facebook Page, the Special Investigations Unit and Bloomington Police conducted the sting February 19 along the 494 corridor. The men all face charges of engaging in prostitution in a public place.

The men arrested are:

Clarence Anthony Parker, Chicago, IL
                                              ee, MN

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

NOV 07 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

April Redeaux

Civil Action #

Plaintiff

**1:17-cv-08060**
**Judge Virginia M. Kendall**
**Magistrate Judge Susan E. Cox**

V

Karen Bowes, Gordon Nelson, Steve Wasko
Clarence Parker, Grace Dickler,
Gregory Emmett Ahern, J

**Jury Demand:** $6.9 Million Dollars

Defendants

### Complaint of Civil Rights Violations
### Trespassing of the Laws
### Treason
### Jim Crow Violations
### Judicial Corruption Conspiracy
### Unequal Protection of the Laws

To the Honorable Judges of the United States District Court for the Northern District:

Complainant a United States Citizen, April Redeaux., hereby respectfully represents as Pro Se shows this court with corroboration/admissions and affidavit the noted reasons why this matter should be within this court's Jurisdiction; {Pursuant to **(A) Color (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)**
**(B) Race (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)**
**Racial Discrimination, Racial Retaliation, Racial Hatred, Racial Oppression, Civil Rights Violations, Unequal Applications of the Laws, and Disparate Treatment on the basis of race, color or national origin (42 U.S.C. 1981).**

This court has Jurisdiction over the statutory violation alleged as conferred as follows: over **Title V11 claims by U.S.C. {1331, 28 U.S.C. {1343 (a) (3), and 42 U.S.C. {2000e-5 (F) (3); over 42 U.S.C. {1981 and {1983 by 42 U.S.C. {1988; over the A.D.E.A. by 42 U.S.C. {12117}.**

1



RECEIVED

JUL 2 6 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Lee Oties Love, Jr.

                              1:17-cv-05482
                              Judge Sharon Johnson Coleman
    Plaintiff                 Magistrate Judge M. David Weisman

    V

Supreme Court of Illinc··, Pamela E. Loza,
Luciano Panici, James P. Murphy, Joshua P. Haid    **Jury Demand:** $7.9 Million Dollars

Defendants


## Complaint of Civil Rights Violations
## Trespassing of the Laws
## Treason
## Jim Crow Violations
## Judicial Corruption Conspiracy
## Unequal Protection of the Laws

To the Honorable Judges of the United States District Court for the Northern District:

    Complainant a United States Citizen, Lee Otis Love. Jr., hereby respectfully
represents as Counsel Pro Se shows this court with corroboration/admissions and
affidavit the noted reasons why this matter should be within this court's
Jurisdiction; {Pursuant to (A) Color (Title V11 of the Civil Rights Act of 1964 and
42 U.S.C. 1981)
    (B) Race (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)
  Racial Discrimination, Racial Retaliation, Racial Hatred, Racial Oppression, Civil
Rights Violations, Unequal Applications of the Laws, and Disparate Treatment on
the basis of race, color  r national origin (42 U.S.C. 1981).

This court has Jurisdiction over the statutory violation alleged as conferred as follows: over
**Title V11 claims by U.S.C. {1331, 28 U.S.C. {1343 (a) (3), and 42 U.S.C. {2000e-5 (F)
(3); over 42 U.S.C. {1981 and {1983 by 42 U.S.C. {1988; over the A.D.E.A. by 42 U.S.C.
{12117}.**

1

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT--CHANCERY DIVISION

U.S. Bank National Association, As Trustee Under )
Pooling and Servicing Agreement Dated as of )
December 1, 2006 Mastr Asset–Backed Securities )
Trust 2006-NC3 Mortgage Pass-Through )  Case # 2008 **CH 33616**
Certificates, Series 2006-NC3 )
                       Petitioner )
                            )  JUDGE FREDRENNA LYLE
V. )
                            )
                            )  ROOM 2808
Monzella Y. Johnson, A/K/A Monzella )
Johnson; Marcia E. Johnson A/K/A Marcia )
Johnson: Mortgage Electronic Registration )
Systems, Inc. As Nominee for New Century )
Mortgage Corporation; Monzella Y. Johnson )
( C ) Cestui Que Trust; Discover Bank; )
Unknown Owners and Non-Record Claimants, )
                            )
                     Respondents )

**FILED·3**

2017 NOV 15 D 12: 23

## RESPONDENT'S RESPONSE MOTION REPLY OBJECTING JUDGE LYLE'S COURT ORDER DUE TO HER & PLAINTIFFS' ATTORNEYS "TRESPASSING UPON THE LAWS" JUDGE ACTING AS A PRIVATE CITIZEN ENTERING COURT ORDERS <u>VOID A NULLITY</u> w/AFFIDAVIT

    Now comes Respondent, Monzella Y. Johnson et al. being represented Pro Se in this cause respectfully represents to this court the reasons and files herewith her Affidavit in support of Respondent's Response Motion Reply Objecting judge Lyle's court order due to her & Plaintiffs' "Trespassing upon the Laws" acting as a Private Citizen entering court orders Void a Nullity w/Affidavit.

        1.) To show fraud upon the court, the complaining party must establish that the alleged misconduct affected the integrity of the judicial process, either because the court itself was defrauded or because the misconduct was perpetrated by officers of the court. <u>Alexander v. Robertson, 882, F. 2d 421,424 (9th Cir. 1989);</u>

        A- A void judgment does not create any binding obligation. <u>Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L, Ed 370.</u>

1

Group Exhibit

C

2. That Pursuant to the Oct 20, 2017 court transcript, Page 4 Lines 11-20, Judge Lyle stated, *"The reason that I mentioned these details is because I think it would be difficult for the Plaintiff, who does have this file in her statement, being that that is an indication that she – that her firm did not receive it, but she's just opining it –she is not swearing to it under oath et al."*

3. That Page 10 Lines 21-24, Page 11 Lines 1-2 Judge Lyle stated, *"If they have not filed a reply, then they will just argue orally, and they will not be required to submit it to the court, because I certainly would not – it would be late for me to get a reply at this point. They would have to get it to me within seven days"*

4. That Page 10 Lines 20-22, Judge Lyle stated, *"And do we have a response to that Motion for their – they got a Motion for Summary Judgment. Did you respond?*

5. That Page 10 Lines 23-24 Ms. Shaw *"I'm not sure, your Honor. I don't have the file in front of me"*

6. That Page 12 Lines 22-24, Page 13 Line 1, Judge Lyle stated, *"There's one thing that's ripe before the court right now, and that is their Motion for Summary Judgment". "And I'm going to take your Motion for Reconsideration – I'll take that on Monday also".*

7. That Page 16 Lines 17-22 Judge Lyle stated, *"They've given up the right to submit in writing to me in response to your pleading. But they have an ability and right to argue on their Motion based on the law of the case. And that's what I'm going to allow them to do on Monday, if they so desire".*

   A– Judge Lyle is not making it a secret as she violates her oath violating Rules of Civil Procedure and Ill Sup Ct Rules.

8. That Page 17 Lines 17-20 Ms. Shaw states, *"Your Honor is there any way we could get a copy of their order – well not their order – their Motion to Reconsider in the event that my office did not receive anything?"*

   A– Pursuant to said Affidavit hereto attached as Ex A, Postestivo & Assoc. were served via Brian receptionist September 22, 2017 at 3:10 pm by Joe Louis Lawrence.

9.

10. That Page 17 Lines 8-9 Ms. Monzella Johnson stated, *"The law says they defaulted when they failed to honor your order period."*

2

11. Pursuant to Illinois Civil Procedure Rules, failure to file an answer, where an answer is required, results in the admission of the allegations of the complaint, ILL. S. Ct. R. 286 (a) Pinnacle Corp. v Village of Lake in the Hills, 258 ILL. App. 3d 205, 196 ILL. Dec 567, 630 N.E. 2d 502 (2d Dist. 1994).

12. That Plaintiff properly plead to all facts correctly in <u>said Motion Striking and Objecting Plaintiffs' Motion for Entry of Default Judgment et al. w/ Affidavit</u> negates any extension of time for the Plaintiff to respond, due to <u>*there not being "Good Cause Shown"*</u> Bright v. Dicke, 166 ILL. 2d 204, 209 ILL. Dec. 735 652 N.E. 2d 275 (1995).

   *Justice Harrison delivered the opinion of the court:*
   *The issue in this case is whether a circuit court may permit a party to respond to a request for the admission of facts or the genuineness of documents once the 28 day time limit specified by Rule 216 (C) (134 ILL. 2d R. 216 (c) has expired. For the reasons that follow, we hold that the court may allow an untimely response where the delinquent party has shown good cause for the delay in accordance with Rule 183 (134 ILL. 2d R. 183) Because No Good Cause was shown here, permission to make a late response was properly denied. The circuit court's order denying such permission and the judgment of the appellate court affirming the circuit court's order are therefore affirmed.*

13. That Page 17 Lines 13-15 Judge Lyle stated, *"well, I just want it to be clear that's not the law. They have a right to respond in writing. It is not mandatory that they do so".*

14. That Page 18 Lines 12-22 Ms. Monzella stated, *"I just had wanted to say when you had spoken to us and said that we were incorrect about the law, I just had wanted, for the record, say the law; Pursuant to 735 ILCS slash 2612. Counsel never objected to suffiency of Petitions in our Pleadings either in form or substance. They must be made in a trial court. And if they're not made they'll be considered waived and cannot be raised for the first time on appeal".*

15. That Page 19 Lines 2-7 Judge Lyle stated, *"Again, the entire code deals with different sections, deals with different parts of the proceeding. It deals with things that happen in the beginning, things that happen in the middle, things that happen in the end. And there are different regularities that regulate those activities"*

16. That Page 19 Lines 9-13 Judge Lyle stated, *"I have discretion, every day that I take the bench to allow people additional time. I could allow her more time*

3

*to file a reply because she alleged that she didn't get the document that you submitted".*

17. From the October 23, 2017 Court Transcript That Page 4 Lines 12-24, Page 5 Lines 1-2, Ms. Monzella Johnson, *"Good morning. We argue on the Motion for Reconsideration to vacate the order for September 1, 2017 – excuse me – due to the fraud and trespassing from the laws, making order void an a nullity due to fraud on the Court pursuant to Supreme Court Rule 137. We've attached our affidavit validating the validity of our claims being properly asserted pursuant to Illinois Supreme Court Rules, and the Rules of Illinois Civil Procedure. One, that, that under 42 USC 1985, 3 (b) a judge does not have the discretion of whether or not to follow the Supreme Court Rule, but a duty to follow the rules, People versus Girshall et al."*

18. That Page 6 Lines 17-22 Ms. Monzella Johnson, stated *"And so thirdly, that the Plaintiffs have failed to comply to the Judge's court order, never requested leave to answer or respond later, thereby, defaulting, and summary judgment was properly filed and served upon the Plaintiffs in a proper and timely manner".*

19. That Page 8 Lines 20-24, Page 9 Lines 1-13 *"And so, pursuant to the Court's directive, when they failed, the August 23rd – when they failed to respond – so pursuant to the court's directive, the 23rd – August 23, 2017 motion for Summary Judgment that we filed was – was, in fact, filed and presented in a timely manner, because the trespassing – because the Plaintiff appears to be replying on this Court to go along with their mess by trespassing upon the law. And so this was properly served". And also, with that being said, your Honor, the Plaintiffs have failed to follow any of your court orders, which I find just as disrespectful as them trying to steal our home, and ask this court to accelerate the date for default motion because Plaintiff has no credible merit being here". I have – they have not presented a written copy to your Honor, as you have asked us".*

20. That Page 9 Lines 14-15 Judge Lyle stated, *"And now, we are on the Motion for Reconsideration"?*
    A- That it is clear the judge's mind was elsewhere.

21. That Page 9 Lines 19-24, Page 10 Lines 1-5 Ms. Monzella Johnson stated, *"And you had asked us to always give you a courtesy copy. They failed to give you a courtesy copy, and we have not received anything either. And our default and our Summary Judgment were filed timely. And so we're asking*

for the consideration of the Court to recognize, as we have stated, that they have – I have been out of order and disrespectful to the court as well as to us in following your orders – in failing to follow your orders, your Honor. Thank you".

22. That Page 10 Line 7–8 Judge Lyle stated, "Okay. Counsel, would you like to take this opportunity to respond to her argument"?

23. That Page 10 Lines 9–22 Mr. Shleypak stated, "Yes, briefly, your Honor. There's no dispute that there was a scheduling order that was set on July 18th, and that we weren't able to file a reply by that deadline, mainly, because, as my colleague presented on the September 1st hearing, that we didn't have a copy of their response in order for us reply to. Now, I don't dispute that they may have dropped off a copy with our office. Something happened, and we just didn't have one to reply to. That's why when we came in on September 1st, we asked for an extension of time. And your Honor gave us the 28 days. We have complied with that order, and that order should stand".

A– Counsel never denied or objected to any of the pleadings of the Respondent thereby validating the veracity of facts properly plead.

B– That it is a general Rule a failure to deny an allegation results in it being admitted, in addition to this legal precedent and because they have failed to articulate sufficient cause pursuant to In Re Estate of Michalak, 404 ILL. App 3d 75; 3d 75 ILL. Dec 373, 934 N.E. 2d 697 (1st Dist. 2010), makes it impossible for any court to apply discretion allowing an extension of time'.

C– That said Plaintiffs must assert some independent ground as to why their untimely response should be allowed. Hernandez, 73 ILL. 2d at 96; Greene, 73 ILL. 2d at 107;

D– That Rule 183 does give judge's discretion to allow responses to be served beyond the 28 day limit, that discretion does not come into play under the rule unless the responding party can first show good cause for the extension. Hernandez v. Power Construction Co. (1978) 73 ILL. 2d 90, 95–97).

24. That Page 10 Line 23–24 Ms. Monzella Johnson stated, "Excuse me ma'am I object – Counsel was saying—"

A– That Judge Lyle never sustained or overruled any objections the Defendants made in court.

5

25. That Page 11, Line 1 Judge Lyle stated, "*Now—*

26. That Page 11 Line 10-11 Ms. Monzella Johnson stated, *"I'm sorry. I thought he had finished his sentence".*

27. That Page 11 Lines 16-20 Mr. Shleypak stated, *"And as your Honor had mentioned, at the September 1st hearing, this is just a common courtesy that the parties do amongst themselves, ask for an extension of time when something goes missing".*

    A- It is the counsels' admission before the court it is a normal practice for them to "Trespass upon the Laws" violate their oaths and engage in "Treason" as innocent citizens who are victims in the courts have their Civil Rights Violated.

    B- On the judges Court order it states "A responding party who fails to file a written response will not be permitted to argue orally".

    C- Also, it states, "The court will not consider requests for extensions of time which are made on the hearing date".

    D- The court directs the parties' attention to the general standing orders of the Mortgage Foreclosure/Mechanics Lien Section which govern all filings in this case. Motions or Briefs may be stricken for violation of this order.

28. That said attorney had the audacity to try and pass off a "Fraudulent" document that was purportedly e filed, in that Page 28 Lines 15-19 Judge Lyle stated, "The Motion for Reconsideration, asking me to vacate the September 1st order, I'm going to deny, because they, in fact, did —they did comply with the September 1st order by getting it filed;

    A- This scheme may have worked on persons with challenges in the laws or ordinary Pro se individuals but not on a retired Police sergeant, pursuant to the document tendered in court, Page 33 Line 5-6 Mr. Shleypak stated, *"Your Honor, I'm willing to give them my copy".*

    B- Judge Lyle, stated, Page 33 Lines 7-9 *"You've got a copy. I just want to make sure you get one now. Then he's going to give it to you right now."*

    C- That said document purported to being a properly e filed document was a "FRAUD" it states in the upper right hand corner

6

ELECTRONICALLY FILED 9/29/2017 6:29 pm <u>Page 1 of 2 there</u> <u>are no additional pages noted;</u>

D~ That an additional FRAUDULENT DOCUMENT WAS E FILED, hereto attached, another ELECTRONICALLY FILED document 9/29/2017 6:22pm <u>Page 1 of 44</u> but at the bottom CERTIFICATE OF SERVICE, I Artapong Sriratana an attorney, certify .........<u>depositing</u> <u>the same in the U.S. mail at 223 W. Jackson Street</u> .......<u>before the hour</u> <u>of 5:00 pm on February 5, 2015</u> with proper postage prepaid.

29. That Page 11 Line 24, Page 12 Line 1 Ms. Monzella stated, *"Yes I wanted to object."*

    A~ That is why Judge Lyle did everything in her unlawful power trying t to confuse the issues of what the Defendants had properly argued in her court;

    B~ That the judge and attorneys assumed the Defendants were ignorant of the laws when in fact it was their ignorance trying to use the laws and a crooked judge in trying to steal said home!

    C~

30. That Page 13 Lines 2-9 Judge Lyle stated, *"All right. We are looking at Respondent's Motion for Reconsideration to Vacate my Order of September 1st, which allowed them 28 days or until September 29th, to reply to your Motion for Summary Judgment. It is clear, and Counsel has acknowledged that they, in fact, did not file a reply. That however, is not grounds for me to vacate an order giving them time to reply."*

31. That Page 16 Lines 3-8 Judge Lyle stated, *"And so that's why I'm saying, that's one of the problems that we're having. I'm trying to keep everything straight. So it's response to pleading, basically, it's a Motion to Strike their Motion for Summary Judgment. Did you respond to that"?*

32. That Page 16 Lines 9-10 Mr. Shleypak stated, *"That's why we didn't respond"*

Pursuant to Roth v Roth, 45 ILL. 2d 19, 256 N.E. 838 (1970), Pleading—Failure to respond to adversary pleading may constitute admission of all facts pleaded. As a purpose of pleading is to develop the issues to be determined, a failure to respond to an adversary pleading may constitute an admission of all facts well pleaded by the adversary, and admissions thus drawn from failure to plead may be considered as evidence. (See Mooney v. Underwriters at Lloyd's London, 33 ILL. 2d 566. People ex rel. Lacanski

v. Backes, 19 ILL. 2d 541, 543; see also, ILL. Rev Stat. 1967, ch 110 par. 40 (2); Nichols, Illinois Civil Practice, 1960, sec 1233.

33. That Plaintiff's original Complaint was filed on September 11, 2008 and the First Amended Complaint was filed June 7, 2016".

    A~ That on the face of Plaintiff's legal instrument demonstrates 735 ILCS 5/13-205 is applicable to the aforementioned matter;

34. Plaintiffs never challenged or attempted to vacate the courts order vacating the June 2, 2010 Foreclosure judgment, pursuant to 735 ILCS 5/2 1301 an untimely motion to vacate judgment will ordinarily be construed as petition for relief from final judgment under Illinois Code of Civil Procedure. Lodolce v. Central Du Page Hosp., App. 2 Dist. 1991, 159 Ill. Dec. 789, 216 Ill. App. 3d 902, 576 N. E. 2d 458, appeal denied 164 Ill. Dec. 918 et al.

35. That the Plaintiffs had a number of attorneys to appear before the court inducing reliance without filing appearances in an attempt to bully and intimidate the defendant's accepted the aforementioned order which is deemed a judgment of June 2, 2010---where judgment was entered in trial court at time when plaintiff was represented by counsel and defendant was in court in person, and judgment order was okayed by defendant in person and by plaintiff through his attorney, judgment was not void. Nicholson v. Lowenstein, App. 1966, 77 Ill. App. 2d 97, 222 N. E. 2d 157, certiorari denied 88 S. Ct. 62, 389 U.S. 825 et al.

36. That pursuant to ILCS 5/2-1401 (a) is germane in this cause, in that said order was never challenged or vacated whereby any court order entered after this order is <u>Void a Nullity</u>

    A~ That on June 2, 2010 Court order signed by Cook County Judge Pamela Gillespie <u>*"The court on its own motion vacates the judgment of foreclosure for lack of a proper affidavit in support"*</u>

37. That the Plaintiffs are expecting this court to ignore the Defendants legal affidavits and meritorious defenses and deny anything they submit and continue to "Trespass upon the Laws" and corroborate their roles in an "Organized Conspiracy" engaging in "Treason" due to their skin color being African American and the fact they are Pro se and that Judge Lyle has demonstrated her allegiance to the Democratic Party as a "Trespasser of the Laws" <u>entering orders Void in nature a Nullity assisting the Plaintiffs;</u>

    Section 2-1401 also codifies the common law that a void order can be attacked at any time. The petitioner does not have to allege facts to support a

8

meritorious defense or the exercise of due diligence to vacate a void order. Since a void order is a nullity from its inception, the order will have no legal effect. The most common example of a void order is one where the court lacked personal or subject matter jurisdiction over the subject matter or parties. A court will not set aside a judgment lightly. Courts are mindful that collaterally attacking judgments could have disastrous consequences in an orderly administration of justice. Thus a court will only void an order if there is no other alternative. Ford Motor Credit Co. v. Sperry, 214 Ill. 2d 371, 827 N.E. 2d 422, 292 Ill. Dec 893 (2005).

38. That the Plaintiffs have exhausted every method unimaginable trying to steal Defendant's home in the disguise of "Foreclosure" in spite of the laws demonstrating "Fraud" and that the Defendants are entitled to Equal of Protection of the Laws in Illinois, pursuant to Federal statutes;

In order to determine whether trial court has abused its discretion in deciding motion for leave to file amended complaint, Appellate Court looks at the following four factors: 1) whether proposed amendment would cure defective pleading; 2.) whether other parties would sustain prejudice or surprise by virtue of proposed amendment; 3.) whether proposed amendment is timely; and 4.) whether previous opportunities to amend pleading could be identified. McHale v. W.D. Trucking, Inc., App 1 Dist. 2015, 396 Ill. Dec 46, 39 N.E. 3d 595, appeal denied et al.

A- That attorney Dutton, Barbara never at any time filed a timely appearance pursuant to the Illinois Code of Civil Procedures every appearance shall be filed within the time fixed by the rule of the Supreme Court;

B- That because the attorneys as demonstrated in this manner have been able to mislead the court successfully the court never had jurisdiction on the original complaint; thereby, nullifying any legal action in this matter due to diabolical acts of "Fraud"

Fraud admissibility great latitude is permitted in proving fraud C.J.S. Fraud 104 ET Seg. Fraud 51-57. where a question of fraud and deceit is the issue involved in a case, great latitude is ordinarily permitted in the introduction of evidence, and courts allow the greatest liberality in the method of examination and in the scope of inquiry *Vigus V. O'Bannon, 1886 8 N.E 788, 118 ILL 334. Hazelton V. Carolus, 1907 132 ILL. App. 512.* Pursuant to this precedent, hereto attached, **Gr Ex A** In the matter of Elena Fedorova v. Chicago Community Management,

9

Inc. et al.14-L 3632 Petition to Vacate Void Judgment actual assertions of judges acting as "Trespassers of the Laws".

Hereto attached **Gr Ex B** Motion for Reinstatement of Default & Summary judgment due to Judge Valderrama Trespassing upon the Laws Committing Treason Making the Order "Void A Nullity" w/Affidavit, the case was never reassigned back to him from Judge Mikva's court, Judge Valderrama entered orders outside of his jurisdiction "fixing" it for the Defendant's DENIED Plaintiff's Motion hereto attached court order;

> 1.) In that said, Seventh Circuit Court of Appeals held that the Circuit Court of Cook County is a criminal enterprise, *U. S. v. Murphy, 768 F. 2d 1518, 1531 (7th Cir. 1985).* In that, said judges are now deemed as "Organized Terrorist"
>
> *"Since judges who do not report the criminal activities of other judges become principals in the criminal activity, 18 U.S.C. Section 1, and since no judges have reported the criminal activity of the judges who have been convicted, the other judges are as guilty as the convicted judges"*
>
> 2.) That because of the continuous unlawful acts of so many Democratic judges engaging in "Treason" When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason.
>
> 3.) That because of the aforementioned continuous acts of Democratic judges not following the laws of the United States Constitution they continue to "Trespass upon the Laws" engaging in "Treason".

**INDUCING RELIANCE**
To prevail in a cause of action for fraud, Plaintiff must prove that Defendant made statement of material nature which was relied on by victim and was made for purposes of inducing reliance, and that victim's reliance led to his injury. *Parsons V. Winter, 1986, 1 Dist., 491 N.E. 2d 1236, 96 ILL Dec. 776, 142 ILL App 3d 354, Appeal Denied.*

 *In Carter V. Mueller 457 N.E. 2d 1335 ILL. App. 1 Dist. 1983* The Supreme Court has held that: "The elements of a cause of action for fraudulent misrepresentation (sometimes referred to as "fraud and deceit" or deceit) are: (1) False statement of material fact; (2) known or believed to be false by the party making it; (3) intent to induce the other party to act; (4) action by the

other party in reliance on the truth of the statement; and (5) damage to the other party resulting from such reliance.

**U. S Sup Court Digest 24(1) General Conspiracy**

**U.S. 2003.** Essence of a conspiracy is an agreement to commit an unlawful act.—U.S. v. Jimenez Recio, 123 S. Ct. 819, 537 U.S. 270, 154 L.Ed.2d 744, on remand 371F.3d 1093

*Agreement to commit an unlawful act, which constitutes the essence of a conspiracy, is a distinct evil that exist and be punished whether or not the substantive crime* ensues.-Id.
*Conspiracy poses a threat to the public over and above the threat of the commission of the relevant substantive crime, both because the combination in crime makes more likely the commission of other crimes and because it decreases the part from their path of criminality.-Id.*

-

**CONSPIRACY**

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy, and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy ***Illinois Rockford Corp. V. Kulp, 1968, 242 N.E. 2d 228, 41 ILL. 2d 215.***

Conspirators to be guilty of offense need not have entered into conspiracy at same time or have taken part in all its actions. *People V. Hardison, 1985, 911 Dec. 162, 108.* Requisite mens rea elements of conspiracy are satisfied upon showings of agreement of offense with intent that offense be committed; Actus reas element is satisfied of act in furtherance of agreement *People V. Mordick, 1981, 50 ILL, Dec. 63*

Supreme Court Rule [137] provides in pertinent part:
If a pleading, motion, or other paper is signed in violation of this Rule, the court, upon motion or upon its own initiative, may impose upon the person who signed it, a represented party, or both, an appropriate sanction, which may include an order to pay to the other party or parties the amount of reasonable expenses incurred because of the filling of the pleading, motion, or other paper, including a reasonable attorney fee. Not only will the courts consider an award of sanctions for active false statements: failures to disclose material facts to the court can also justify an award of sanctions.

BRUBAKKEN v. Morrison, No. 1-9-1670, 1992 III App. LEXIS 2144 (1st Dist. Dec. 30, 1992). Additionally, the fact that a false statement or omission is the result of an honest mistake is no defense to entry of a sanction. ID. To the extent that an individual lawyer has engaged in

**sanctionable conduct, that lawyer's firm can also be jointly and severally liable with the lawyer.**

In that every attorney has properly admitted to every assertion properly presented in all Affidavits and Motions but some judges are still operating and enforcing Jim Crow Laws trying to steal said home.

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground".*

That *Chicago is the most Corrupt City in America,* Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion......and the City Council Chambers in Chicago." Simpson a former Chicago Alderman told the AP "no other State can match us."*

In Accordance to all of The Cook County Circuit Court Rules

### MEMORANDUM OF LAW IN SUPPORT OF THE RELIEF REQUESTED

## TRESPASSERS OF THE LAW

The Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." Von Kettler et.al. v. Johnson, 57 Ill. 109 (1870) Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - it had no authority to make that finding." The People v. Brewer, 128 Ill. 472, 483 (1928).

When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason (see below).

The Court in Yates v. Village of Hoffman Estates, Illinois, 209 F. Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in exercise of his judicial function. ... It is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse." When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judge's orders are void, of no legal force or effect.

The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original]. By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person).

The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958).

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Illinois, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below). If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

# TREASON

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. U.S. v. Will, 449 U.S. 200, 216, 101

S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

Any judge or attorney who does not report the above judges for treason as required by law may themselves be guilty of misprision of treason, 18 U.S.C. Section 2382.

The canons of ethic in the Rules of Professional Conduct constitute a safe guide for professional conduct, and attorneys may be disciplined for not observing them. *In re Himmel,* 125 Ill.2d 531, 533 N.E.2d 790, 127 Ill. Dec 708 (1988). Although they represent the best thoughts of the organized bar, it has been held that these canons are non-enforceable other than through the disciplinary proceedings. Ettinger v. Rolewick, 140 Ill.App.3d 295, 488 N.E.2d 598, 94 Ill.Dec.599 (1st Dist. 1986). Disciplinary proceedings and sanctions are strictly within the province of the Supreme Court. *Reed Yates Farms, Inc. v. Yates,* 172 Ill.App.3d 519, 526 N.E2d 1115, 122 Ill.Dec 576 (4th Dist.), *appeal denied,* the Illinois Supreme Court, through its disciplinary arm, the Attorney Registration and Disciplinary Commission, is the only forum for exacting such punishment. *Beale v. Edgemark Financial Corp.,* 297 Ill. App. 3d 999, 697 N.E.2d 820, 232 Ill. Dec. 78 (1st Dist. 1998). The ultimate authority to regulate and define the practice of law rests with the Supreme Court. *Perto v. Board of Review, Illinois Department of Employment Security.* 274 Ill. App.3d 485, 654 N.E.2d 232, 210 Ill. Dec. 933 (2d Dist.), *appeal denied,* 164 Ill. 2d 581 (1995).

## Ethics

All Illinois lawyers must be familiar with the **Illinois Rules of Professional Conduct**, and trail lawyers must be particularly familiar with the rules that apply specially to them.

RPC 3.3, entitled "Conduct before a Tribunal," sets forth the standards to be followed by the trial lawyer during "battle." Section (a) of that rule states:

(a) **In appearing in a professional capacity before a tribunal, a lawyer shall not:**

    (1) make a statement of material fact or law to a tribunal which the lawyer knows or reasonably should know is false;

    (2) fail to disclose to a tribunal a material fact known to the lawyer when disclosure is necessary to avoid assisting a criminal or fraudulent act by the client;

    (3) fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel;

(4) Offer evidence that the lawyer knows to be false. If a lawyer has offered material evidence and comes to know of its falsity, the lawyer shall take reasonable remedial measures;

(5) participate in the creation or preservation of evidence when the lawyer knows or reasonably should know the evidence is false ;

(6) counsel or assist the client in conduct the lawyer knows to be illegal of fraudulent;

(7) engage in other illegal conduct or conduct in violation of these Rules;

(8) fail to disclose the identities of the clients represented and of the persons who employed the lawyer unless such information is privileged or irrelevant;

(9) intentionally degrade a witness or other person by stating or alluding to personal facts concerning that person which are not relevant to the case;

(10) in trial, allude to any matter that the lawyer does not reasonably believe is relevant or that will not be supported by admissible evidence, assert personal knowledge of facts in issue except when testifying as a witness, or state a personal opinion as to the justness of a cause, the credibility of a witness, the culpability of a civil litigant or the guilt or innocence of and accused, but a lawyer may argue, on analysis of evidence, for any position or conclusion with respect to the matter stated herein;

## Acts constituting direct, criminal contempt

A wide variety of acts may constitute a direct, criminal contempt. And act may be criminal contempt even though it is also an indictable crime. *Beattie v. People*, 33 Ill. App 651, 1889 WL 2373 (1st Dist. 1889). As is making false representations to the court. *People v. Katelhut,* 322 Ill. App. 693, 54 N.E.2d 590 (1st Dist. 1944). Misconduct of an officer of the court is punishable as contempt. *People ex rel. Rusch v. Levin,* 305 Ill. App. 142, 26 N.E. 2d 895 (1st Dist. 1939).

**Official misconduct is a criminal offense; and a public officer or employee commits misconduct, punishable by fine, imprisonment, or both, when, in his official capacity, he intentionally or recklessly fails to perform any mandatory duty as required by law; or knowingly performs an act which he knows he is forbidden by law to perform; or with intent to obtain a personal advantage for himself or another, he performs an act in excess of his lawful authority ….S.H.A. Ch 38 33-3.**

15

## False statements

Censure was recommended sanction for attorney who engaged in conduct involving dishonesty, made statement of material fact or law to tribunal which she knew or reasonably should have known to be false, and failed to disclose to tribunal a material fact known to her when disclosure was necessary to avoid assisting criminal or fraudulent at by client, given that attorney's misconduct was not result of dishonest or corrupt motive, but of misguided attempt to accommodate clients. 99 Ill.Atty.Reg. & Disc.Comm. SH11

Three-year suspension was recommended sanction for attorney who engaged in conduct involving dishonesty and fraud, made statement of material fact to tribunal which he knew or reasonably should have known was false, and offered evidence that he knew to be false and failed to take reasonable remedial measures. 96 Ill.Atty.Reg. & Disc.Comm. SH 358.

Disbarment was recommended sanction for attorney who engaged in conduct involving dishonesty, made false statements of material fact or law to tribunal which she knew were false and engaged in conduct which tended to defeat administration of justice. 95 Ill Atty.Reg. & Disc.Comm. CH 877.

Censure was recommended sanction for attorney who made statements of material fact or law known was false, and engaged in conduct which was prejudicial to the administration of justice. 95 Ill Atty.Reg. & Disc.Comm. CH 504

One-year suspension was recommended sanction for attorney who made statement of material fact which he knew was false in appearing in professional capacity before tribunal, made a statement of material fact which he knew to be false in course of representing client, and engaged in conduct involving dishonesty. 95 Ill Atty.Reg. & Disc.Comm. CH 191.

Disbarment was recommended sanction for attorney who engaged in serious misconduct by making misrepresentation during his divorce proceedings and who was a recidivist. 94 Ill.Atty.Reg. & Disc.Comm. SH469

## Fraud on court

Two-year suspension, retroactive to beginning of interim suspension, was recommended sanction for attorney who made statement of material fact or law to tribunal which lawyer knew or reasonably should have known to be false, instituted criminal charges as prosecutor when he knew or reasonably should have known that charges were not supported by probable cause, committed criminal act that reflected adversely upon lawyer 's honesty, trustworthiness, or fitness as lawyer, engaged in conduct involving dishonesty, fraud, deceit, or misrepresentation, engaged in conduct prejudicial to administration of justice, and engaged in conduct which tended to bring courts or legal profession into disrepute. 96 Ill. Atty. Reg. & Disc. Comm. CH 118.

Under penalties as provided by law pursuant to 735 1265 5\1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Respectfully submitted,

Monzella Y. Johnson, Pro Se
521 S. Ingleside Ave
Chicago, Il 60615
773 835-5849

**WHEREFORE** the aforementioned reasons Defendant respectfully Prays for the Relief

1. For an **Order Reinstating Defendant's Default and Summary judgment with Prejudice**

2. For an **Order Imposing Sanctions in accordance to Sup Ct. Rule 137 for deliberate misrepresentations to the court;**

3. For the entry of an **Order** awarding to your Defendant for such other relief and any other relief necessary as equity may require of which this court may deem overwhelmingly just;

Under penalties as provided by law pursuant to 735 1265 5\1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Respectfully Submitted,

Monzella Y. Johnson, Pro Se
5217 S. Ingleside Ave
Chicago, Il 60615
773 835-5849

17

# IN THE
## CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT--CHANCERY DIVISION

U.S. Bank National Association, As Trustee Under)
Pooling and Servicing Agreement Dated as of       )
December 1, 2006 Mastr Asset–Backed Securities )
Trust 2006-NC3 Mortgage Pass-Through          ) Case # 2008 **CH 33616**
Certificates, Series 2006-NC3                  )
                        Petitioner )
                                 )
V.                               ) JUDGE FREDRENNA LYLE
                                 )
                                 )
Monzella Y. Johnson, A/K/A Monzella        ) ROOM 2808
Johnson; Marcia E. Johnson A/K/A Marcia     )
Johnson: Mortgage Electronic Registration   )
Systems, Inc. As Nominee for New Century    )
Mortgage Corporation; Monzella Y. Johnson   )
( C ) Cestui Que Trust; Discover Bank;      )
Unknown Owners and Non-Record Claimants,    )
                                 )
                      Respondents )

## NOTICE OF
## RESPONDENT'S RESPONSE MOTION REPLY OBJECTING JUDGE LYLE'S COURT ORDER DUE TO HER & PLAINTIFFS' "TRESPASSING UPON THE LAWS" ACTING AS A PRIVATE CITIZEN ENTERING COURT ORDERS <u>VOID</u> A <u>NULLITY</u> w/AFFIDAVIT

Please be advised that on Nov. 15, **2017**, Defendant has filed before this Circuit Court, Motion Striking & Objecting Plaintiff's Motion et al; and will present said legally sufficient instrument before Judge Lyles or any Judge in her stead 12-6- 2017, **at 10:30** am in room 2808.

               U.S. Attorney
               John Lausch
               219 South Dearborn Suite 500
               Chicago, Ill 60605

**Cook County State's Attorney**
**Kim Foxx**
50 West Washington, Suite 500
Chicago, Ill. 60601

**Chief Judge Timothy C. Evans**
50 West Washington, Suite 2600
Chicago, Ill. 60601

Potestivo & Ass., PC

223 West Jackson, Blvd, Suite 610
Chicago, IL. 60606

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above notice and all attachments were caused to be personally delivered, to the above parties at the addresses provided before 5:00 pm on Nov. 15, 2017.

Respectfully Submitted, Monzella Y. Johnson

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT--CHANCERY DIVISION

U.S. Bank National Association, As Trustee Under )
Pooling and Servicing Agreement Dated as of )
December 1, 2006 Mastr Asset–Backed Securities )
Trust 2006-NC3 Mortgage Pass-Through ) Case # 2008 **CH 33616**
Certificates, Series 2006-NC3 )
                                  Petitioner )
                                        )
V. ) JUDGE FREDRENNA LYLE
                                        )
                                        ) ROOM 2808
Monzella Y. Johnson, A/K/A Monzella )
Johnson; Marcia E. Johnson A/K/A Marcia )
Johnson: Mortgage Electronic Registration )
Systems, Inc. As Nominee for New Century )
Mortgage Corporation; Monzella Y. Johnson )
( C ) Cestui Que Trust; Discover Bank; )
Unknown Owners and Non-Record Claimants, )
                                        )
                        Respondents )

## AFFIDAVIT

**STATE OF ILLINOIS** )
                      )
**COUNTY OF COOK** )

I Monzella Y. Johnson Pro Se being duly sworn on oath states the aforementioned pleadings enumerated within said motion pursuant to 735 1265 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Respectfully Submitted

Monzella Y. Johnson
5217 S. Ingleside. Ave
Chicago, Il 60615
773 835-5849

Notary

Subscribed and sworn to before me

this _____ day of _____ 20__
at Chicago, County of Cook, State of Illinois.

Notary Public

20

# AFFIDAVIT

STATE OF ILLINOIS )
                     )

COUNTY OF COOK )

I Joe Louis Lawrence, Counsel Pro Se being duly sworn on oath states.

1.) That on September 22, 2017 at 3:10pm a copy of Respondents' Re Notice Motion for Summary Judgment due to "Fraud" et al. Motion for Default and Respondents' Motion for Reconsideration Vacate (September 1st 2017) order et al. was served on Bryan a Caucasian male in mid 40's at 223 West Jackson, Blvd Suite 610, Chicago, Ill.

2.) That the surveillance cameras would verify each time and date Joe Louis acted as a Special Process Server entered and departed from the building.

3.) That in order to get close to Bryan you have to be buzzed in which is how service was effected placed in his hands.

## FURTHER AFFIANT SAYETH NOT

Respectfully Submitted

Joe Louis Lawrence
P. O. Box 490075
Chicago, Il. 60649-0075
312 965-6455
Twitter @joelouis7
Email joelouislaw@yahoo.com

Notary

Subscribed and sworn to before me
this 14th day of November 20 17
at Chicago, County of Cook, State of Illinois.

Notary Public

"OFFICIAL SEAL"
ROCHELLE CLOSURE-STANFORD
Notary Public, State of Illinois
My Commission Expires 8/23/2021

21

*Reply + Response A MSJ*

ELECTRONICALLY FILED
9/29/2017 6:29 PM
2008-CH-33616
CALENDAR: 56
PAGE 1 of 2
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

| | |
|---|---|
| U.S. Bank National Association, as Trustee under Pooling and Servicing Agreement Dated as of December 1, 2006 Mastr Asset-Backed Securities Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3, | ) ) ) ) |
| Plaintiff | ) Case No 08 CH 33616 |
| v | ) |
| Monzella Yohanus Johnson a/k/a Monzella Johnson; Marcia Essie Johnson a/k/a Marcia Johnson; Mortgage Electronic Registration Systems, Inc, as Nominee for New Century Mortgage Corporation; Monzella Yohanus, Johnson (C) Cestui Que Trust; Discover Bank; HSBC Bank U.S.A., N.A.; Unknown Owners and Non-Record Claimants, | ) Property Address: ) 5217 S. Ingleside Ave ) Chicago, IL 60615 ) ) ) |
| Defendants | ) |

## NOTICE OF FILING

TO: See Attached Service List

PLEASE TAKE NOTICE that on September 29, 2017, I filed the enclosed Plaintiff's Reply in Support of its Motion for Summary Judgment with the Circuit Court of Cook County, Illinois, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Artapong Sriratana, an attorney, certify I served this notice, together with the enclosed Motion, by mailing a copy to the above-named at their respective addresses and depositing the same in the U.S. mail at 223 W. Jackson Street, Chicago, Illinois 60606 before the hour of 5:00 p.m. on October 2, 2017 with proper postage prepaid.

_/s/Artapong Sriratana_
Artapong Sriratana (ARDC#6298717)

Potestivo & Associates, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
Our File No.: C14-96172

## SERVICE LIST

Monzella Yohanus Johnson a/k/a Monzella Johnson
5217 S. Ingleside Avenue
Chicago, IL 60615

Marcia Essie Johnson a/k/a Marcia Johnson
5217 S. Ingleside Avenue
Chicago, IL 60615

MERS, Inc, as Nominee for New Century Mortgage Corporation
1901 E. Voorhees Street, Suite C
Danville, IL 61834

Monzella Yohanus, Johnson (C) Cestui Que Trust
5217 S. Ingleside Avenue
Chicago, IL 60615

Discover Bank
502 E. Market Street
Greenwood, DE 19950

HSBC Bank U.S.A., N.A
1800 Tysons Boulevard
McLean, VA 22102

Unknown Owners and Non-Record Claimants
5217 S. Ingleside Avenue
Chicago, IL 60615

ELECTRONICALLY FILED
9/29/2017 6:29 PM
2008-CH-33616
PAGE 2 of 2

ELECTRONICALLY FILED
9/29/2017 6:22 PM
2008-CH-33616
CALENDAR: 56
PAGE 1 of 44
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

U.S. Bank National Association, as Trustee under Pooling and
Servicing Agreement Dated as of December 1, 2006 Mastr
Asset-Backed Securities Trust 2006-NC3 Mortgage
Pass-Through Certificates, Series 2006-NC3,

                                                    Plaintiff

    *v*

Monzella Yohanus Johnson a/k/a Monzella Johnson; Marcia Essie
Johnson a/k/a Marcia Johnson; Mortgage Electronic Registration
Systems, Inc, as Nominee for New Century Mortgage Corporation;
Monzella Yohanus, Johnson (C) Cestui Que Trust;
Discover Bank; HSBC Bank U.S.A., N.A.; Unknown
Owners and Non-Record Claimants,

                                         Defendants

) ) ) ) ) ) ) ) ) ) ) ) ) )

) Case No 08 CH 33616
)
) Property Address:
) 5217 S. Ingleside Ave
) Chicago, IL 60615

## NOTICE OF FILING

TO: **See Attached Service List**

    PLEASE TAKE NOTICE that on September 29, 2017, I filed the enclosed Plaintiff's Reply in Support of its Motion for Summary Judgment with the Circuit Court of Cook County, Illinois, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

    I, Artapong Sriratana, an attorney, certify I served this notice, together with the enclosed Motion, by mailing a copy to the above-named at their respective addresses and depositing the same in the U.S. mail at 223 W. Jackson Street, Chicago, Illinois 60606 before the hour of 5:00 p.m. on February 5, 2015 with proper postage prepaid.

                                           */s/Artapong Sriratana*
                                    Artapong Sriratana (ARDC#6298717)

Potestivo & Associates, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Plaintiff
Our File No.: C14-96172

## SERVICE LIST

Monzella Yohanus Johnson a/k/a Monzella Johnson
5217 S. Ingleside Avenue
Chicago, IL 60615

Marcia Essie Johnson a/k/a Marcia Johnson
5217 S. Ingleside Avenue
Chicago, IL 60615

MERS, Inc, as Nominee for New Century Mortgage Corporation
1901 E. Voorhees Street, Suite C
Danville, IL 61834

Monzella Yohanus, Johnson (C).Cestui Que Trust
5217 S. Ingleside Avenue
Chicago, IL 60615

Discover Bank
502 E. Market Street
Greenwood, DE 19950

HSBC Bank U.S.A., N.A
1800 Tysons Boulevard
McLean, VA 22102

Unknown Owners and Non-Record Claimants
5217 S. Ingleside Avenue
Chicago, IL 60615

ELECTRONICALLY FILED
9/29/2017 6:22 PM
2008-CH-33616
PAGE 2 of 44

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION
GENERAL CHANCERY SECTION

---

JOE LOUIS LAWRENCE,

              Plaintiff,

v.

420 E. OHIO, ET AL.

              Defendants.

Case No. 2015 CH 1670

Calendar 03
Honorable Franklin U. Valderrama

---

## ORDER

    This matter comes to be heard on Plaintiff, Joe Louis Lawrence's motion to reinstate, Plaintiff having appeared *pro se*, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. First, the Court finds that Plaintiff's motion was improperly noticed, as Plaintiff's notice of motion reflects the incorrect courtroom, 2305, instead of the Court's current courtroom, 2402.

2. Second, the Court finds that Plaintiff's motion is untimely as it was filed on October 30, 2017, more than one year after the Court's October 20, 2016 Order dismissing the case for want of prosecution.

3. For the foregoing reasons, the Court denies Plaintiff's motion.

    SO ORDERED.

ENTERED:

        ENTERED
    JUDGE FRANKLIN U. VALDERRAMA-1968

        NOV 13 2017

    CLERK OF THE CIRCUIT COURT
      OF COOK COUNTY, IL
    DEPUTY CLERK

Franklin U. Valderrama
Judge Presiding

DATED: November 13, 2017

Group Exhibit

B

# IN THE CIRCUIT COURT
## OF
# COOK COUNTY, ILLNOIS
## CHANCERY DIVISION

|  |  |  |
|---|---|---|
| In Re Racial Discrimination | ) | 2015 CH 01670 |
| /Source Income Violations | ) |  |
| Housing Matters: | ) | **Hon. F. U. Valderrama** |
| **Joe Louis Lawrence** | ) | Room 2305 |
| Petitioner | ) |  |
|  | ) |  |
| **V** | ) |  |
| 420 East Ohio, Chicago Housing Authority | ) |  |
| 345 East Ohio, City of Chicago,Commission | ) |  |
| On Human Relations | ) |  |
| Respondents | ) |  |

## MOTION TO REINSTATE DEFAULT & SUMMARY JUDGMENT DUE TO JUDGE VALDERRAMA TRESPASSING UPON THE LAWS COMMITTING TREASON MAKING THE ORDER "VOID" A "NULLITY" w/AFFIDAVIT

Now comes Petitioner, Joe Louis Lawrence, Counsel Pro Se in this cause respectfully represents to this court the reasons and files herewith his Affidavit in support of Motion for Reinstate Default judgment et al;

Respectfully Submitted,

By: _____

**Joe Louis Lawrence**
Counsel Pro Se
P. O. Box 490075
**312 965-6455**
joelouislaw@yahoo.com
@joelouis7

~~Volume 2~~ Group Exhibit

D

1

STATE OF ILLINOIS )
                   )
COUNTY OF COOK    )

## AFFIDAVIT

## IN SUPPORT OF MOTION TO REINSTATE DEFAULT & SUMMARY JUDGMENT DUE TO JUDGE VALDERRAMA TRESPASSING UPON THE LAWS COMMITTING TREASON MAKING THE ORDER "VOID" A "NULLITY"

1. I am Joe Louis Lawrence, Counsel Pro Se, Petitioner in this cause, being first duly sworn on oath deposes and states, as follows;

2. That Defendants having admitted to all facts recorded in said Complaint et al. via affidavit and Court Transcripts;

   A- Court having no jurisdiction to Dismiss valid Prove up Default & Summary Judgment March 30, 2015, due to Judge Valderrama corroborating his role engaging in "Treason" "Trespassing upon the Laws" hereto attached, <u>March 30, 2015 Court Order.</u>

   B- To show fraud upon the court, the complaining party must establish that the alleged misconduct affected the integrity of the judicial process, either because the court itself was defrauded or because the misconduct was perpetrated by officers of the court. <u>Alexander v. Robertson, 882, F. 2d 421,424 (9th Cir. 1989);</u>

   C- A void judgment does not create any binding obligation. <u>Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L, Ed 370.</u>

   1. That judge Valderrama has demonstrated an unknown interest in this matter which encouraged unlawful motives and opportunity in adjudicating the merits of this matter, due to the aforementioned; **Sup Ct. Rule 63 (c) (1) (d) mandates disqualification where the judge has an interest in the proceeding. (eff. April 16, 2007).**

A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored

2

mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

A- Fraud upon the court is a basis for equitable relief. Luttrell v. United States, 644 F. 2d 1274, 1276 (9th Cir. 1980); see Abatti v. C.I.R. , 859 F 2d 115, 118 (9th Cir. 1988) "it is beyond question that a court may investigate a question as to whether there was fraud in the procurement of a judgment" Universal Oil Products Co. v. Root Refining Co., 328 U.S. 575, 66 S. Ct. 1176, 90 L. Ed. 1447. The power of the court to unearth such a fraud is the power to unearth it effectively. See Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238, 64 S. Ct. 997, 88 L. Ed. 1250; Sprague v. Ticonic National Bank, 1184 and United States v. Throckmorton, 98 U.S. (8 Otto) 61, 25 L. Ed. 93.

B- *"A judge is an officer of the court, as are all members of the Bar. A judge is a judicial officer, paid by the Government to act impartially and lawfully".* People v. Zajic, 88 Ill. App 3d 477, 410 N.E. 2d 626. **"A void judgment is regarded as a nullity, and the situation is the same as it would be if there were no judgment. It has no legal or binding force or efficacy for any purpose or at any place....It is not entitled to enforcement.** 30A Am Judgments 43, 44, 45. Henderson v Henderson 59 S.E. 2d 227-232

C- *"A Void Judgment from its inception is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind parties or support a right, of no legal force and effect whatever, and incapable of confirmation, ratification, or enforcement in any manner or to any degree. "A void judgment, order or decree may be attacked at any time or in any court, either directly or collaterally"* Oak Park Nat Bank v. Peoples Gas Light & Coke Col, 46 Ill. App. 2d 385, 197 N.E. 3d 73, 77, (1st Dist. 1964)

2. That under 18 U.S.C. 242 and 42 U.S.C. 1985 (3) (b). A judge does not have the discretion on whether or not to follow Supreme Ct. Rules, but a duty to follow. People v. Gersh, 135 Ill. 2d 384 (1990).

3. **Judge Valderrama acted as a Private Citizen and not as a State Officer** as he colluded with the Defendants in using his robe and unlawful authority violating Plaintiffs' Civil rights.

3

**Chronology of Facts:** Plaintiff with due-diligence filed Motions to Disqualify Judge Valderrama for "Cause" due to "Fraud" et al. Judge Neil Cohen and Judge Mary Lane Mikva Denied Plaintiffs' Motion; Deeming said <u>Orders a Nullity Void.</u>

Plaintiff appealed to the Appellate Court where Judges James F. Smith, Cynthia Y. Cobb, David Ellis and Nathaniel J. Howse, Jr. Denied Plaintiffs Motion corroborating "Fraud" and Domestic Terrorism in the courts. Deeming said <u>Order a Nullity Void.</u>

Plaintiff appealed the **Sup. Ct. of Ill.** For **A Writ of Madamus/Supervisory Order** someone corrupt as hell mailed to Plaintiff a blank court Order Denying said Motion. Deeming said <u>Order a Nullity Void.</u>

Plaintiff Appealed to the Appellate Court where Honorable Rodolfo Garcia, Thomas Hoffman, John Owen Steele, Patrick J. Quinn former Governor Pat Quinn's brother, Themesis Karnezis, Mary K. Rochford, Warren D. Wolfson who is related to Loretta Higgins- Wolfson, Mathias W. Delort, Bertina Lampkin, Sebastian Patti, Shelvin Louise Marie Hall, Joy Cunningham, Mary Jane Theis, who had a father convicted in the Greylord sting as a judge, Michael Murphy all were complicit in covering-up criminal Civil Rights violations of a "Bogus" paternity case 88 D 079012, said judges ignored every unchallenged affidavit issued orders outside of their provisions of judicial immunity, <u>Deeming all Orders a Nullity Void;</u>

Plaintiff received specific instructions from the FBI to ascertain corroboration how the CTA, Paternity and IBC cases were connected they did not want one or two judges but all of them, Plaintiff had to demonstrate how all judges were involved without wearing a wire they were providing him full protection.

The FBI asked the Plaintiff how did he plan on going forward? The reply simply take the law to them.

Plaintiff having full cognizance that Alderman Edward Burke controlled many judges so the objective was to get before those judges with valid claims and get them to Deny them so as to demonstrate how Democratic judges are **"Trespassing upon the Laws" engaging in "Treason"**

> The Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." ***Von Kettler et.al. v. Johnson***, 57 Ill. 109 (1870)

Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and

4

all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." **_Elliot v. Piersol_**, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - it, had no authority to make that finding." **_The People v. Brewer_**, 128 Ill. 472, 483 (1928). The judges listed below had no legal authority (jurisdiction) to hear or rule on certain matters before them. They acted without any jurisdiction.

4. When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason.

A- "The Seventh Circuit Court of Appeals held that the Circuit Court of Cook County is a criminal enterprise. **_U.S. v. Murphy_**, 768 F.2d 1518, 1531 (7th Cir. 1985)".

5. The United States Supreme Court recently acknowledged the judicial corruption in Cook County, when it stated that Judge "Maloney was one of many dishonest judges exposed and convicted through 'Operation Greylord', a labyrinthine federal investigation of judicial corruption in Chicago". **_Bracey v. Gramley_**, case No. 96-6133 (June 9, 1997).

Since judges who do not report the criminal activities of other judges they become principals in the criminal

5

activity, 18 U.S.C. Section 2, 3 & 4, and since no judges have reported the criminal activity of the judges who have been convicted, the other judges are The criminal activities that the Federal Courts found in the Circuit Court of Cook County still exist, and are today under the care, custody and control of Judge Timothy C. Evans (**Chief Judge**). The Circuit Court of Cook County remains a criminal enterprise.

## JUDICIAL IMMUNITY

Judges have given themselves judicial immunity for their judicial functions. Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act, or for their administrative/ ministerial duties. When a judge has a duty to act, he does not have discretion - he is then not performing a judicial act, he is performing a ministerial act.

Judicial immunity does not exist for judges who engage in criminal activity, for judges who connive with, aid and abet the criminal activity of another judge, or to a judge for damages sustained by a person who has been harmed by the judge's connivance with, aiding and abetting, another judge's criminal activity.

## TRESPASSERS OF THE LAW

The Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." **Von Kettler et.al. v. Johnson**, 57 Ill. 109 (1870)

Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." **Elliot v. Piersol**, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - it, had no authority to make that

6

finding." ***The People v. Brewer***, 128 Ill. 472, 483 (1928). The judges listed below had no legal authority (jurisdiction) to hear or rule on certain matters before them. They acted without any jurisdiction.

When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason (see below).

The Court in ***Yates v. Village of Hoffman Estates, Illinois***, 209 F. Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in exercise of his judicial function. ... It is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse."

When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judge's orders are **void**, of no legal force or effect.

The U.S. Supreme Court, in ***Scheuer v. Rhodes***, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original].

By law, a judge is a state officer.

The judge then acts not as a judge, but as a private individual (in his person).

6. Plaintiff never complained about the number of attorneys levied at him **Christian Novay former District Attorney from New York, Thomas B. King, Maria Sewell Joseph, General Counsel, CHA, , Stephan R. Patton, Mary E. Reuther, Rey Phillips Santos** has worked for the

City of Chicago's Department of Law since 2006. He earned a juris doctor from Chicago-Kent College of Law with a Certificate in Energy and Environmental Law and a Master of Science in Environmental Management from the Stuart Graduate School of Business. Rey has also been a member of the Chicago Bar Association's Environmental Law committee for ten years. **SeyFarth & Shaw** Anne D. Harris, Jeffrey K. Ross, Kyle A Petersen Sara Eber Fowler and Meredith Oliver, **Gordon & Rees** Goli Rahimi, Christian Novay; Cary G. Schiff Mr. Schiff is not only a landlord attorney but also a regular speaker and author on the subject of Property Management Law and those issues that are ancillary to property management practice. **Cary G. Schiff & Associates** is one of the largest firms in Illinois as measured by volume of Forcible Entry and Detainer Actions filed. Over the last twenty years, the firm has initiated and prosecuted with some of the Chicagoland area's most publicized and controversial eviction battles.

Mr. Schiff is regularly called upon by industry leaders in Chicago and Nationwide to extrapolate economic data relative to the Chicagoland area apartment and commercial markets and sub-markets based upon volume of eviction cases filed. Mr. Schiffs attorney associates Christopher R. Johnson, Yuleida Joy

7. Plaintiff never complained about the number of attorneys levied at him **Christian Novay former District Attorney from New York**, Thomas B. King, Maria Sewell Joseph, General Counsel, CHA, , Stephan R. Patton, Mary E. Reuther, Rey Phillips Santos has worked for the City of Chicago's Department of Law since 2006. He earned a juris doctor from Chicago-Kent College of Law with a Certificate in Energy and

8

Environmental Law and a Master of Science in Environmental Management from the Stuart Graduate School of Business. Rey has also been a member of the Chicago Bar Association's Environmental Law committee for ten years. **SeyFarth & Shaw** Anne D. Harris, Jeffrey K. Ross, Kyle A Petersen Sara Eber Fowler and Meredith Oliver, **Gordon & Rees** Goli Rahimi, Christian Novay; Cary G. Schiff Mr. Schiff is not only a landlord attorney but also a regular speaker and author on the subject of Property Management Law and those issues that are ancillary to property management practice. **Cary G. Schiff & Associates is one of the largest firms in Illinois** as measured by volume of Forcible Entry and Detainer Actions filed. Over the last twenty years, the firm has initiated and prosecuted with some of the Chicagoland area's most publicized and controversial eviction battles.

Mr. Schiff is regularly called upon by industry leaders in Chicago and Nationwide to extrapolate economic data relative to the Chicagoland area apartment and commercial markets and sub-markets based upon volume of eviction cases filed. Mr. Schiffs attorney associates Christopher R. Johnson, Yuleida Joy

8. **CERTIFIED MAIL ISSUED** by the Clerk of Cook County, **January 30th 2015;**

9. SUMMONS ISSUED AND RETURNED SERVED ON ALL PARTIES;

10. **NO DEFENDANT ANSWERED OR FILED AN APPEARANCE ON OR BEFORE MARCH 9TH, 2015;**

11. That pursuant to **735 ILCS 5/3-101,** et seq. <u>420 East Ohio, ZRS</u>

9

Management, Tracking Numbers **7014-0150-0001-5043-5130** was served via certified mail **Feb 6, 2015, 10:57 am,** <u>Attorney Anne D. Harris admitted in open court Feb. 27, 2015, "They were in fact served"</u>

12. Law firm **Seyfarth & Shaw** filed an appearance timely never answered, or responded pursuant to 735 5/2 1301 (**d**) *"if he or she fails to appear after being properly served or, having once appeared, fails to file a timely answer, S.H.A. 735 ILCS 5/2-1301 (d) "{j}udgment by default may be entered for want of an appearance or for failure to plead, but the court may, in either case, require proof of the allegations of the pleadings upon which relief is sought."* **In Ameritech Pub of Illinois, Inc. v. Hadyeh, 362 Ill. App. 3d 56, 298 Ill. Dec. 302, 839 N. E. 2d 625 (1st Dist. 2005),** a default was filed for failure to answer although an appearance had been filed;

13. That pursuant to **735 ILCS 5/3-101, et seq.** <u>345 East Ohio</u> Tracking Numbers **7014-0150-0001-5043-5154** was served <u>via certified mail Feb. 6, 2015, 1:18 pm Frank Fiorentino signed.</u>

14. Law firm **Gordon & Rees** <u>never filed an appearance timely never answered, or responded pursuant to 735 5/2 1301 (d)</u> *"if he or she fails to appear after being properly served or, having once appeared, fails to file a timely answer, S.H.A. 735 ILCS 5/2-1301 (d) "{j}udgment by default may be entered for want of an appearance or for failure to plead, but the court may, in either case, require proof of the allegations of the pleadings upon*

10

*which relief is sought."* **In Ameritech Pub of Illinois, Inc. v. Hadyeh, 362 Ill. App. 3d 56, 298 Ill. Dec. 302, 839 N. E. 2d 625 (1st Dist. 2005)**, a default was filed for failure to answer or file an appearance;

15. That pursuant to **735 ILCS 5/3-101, et seq.** <u>City of Chicago, Commission on Human Relations</u> **7014-0150-0001-5043-5147** was <u>served via certified mail Feb 5th 2015, 2:12 pm Jeffrey Wilson signed.</u>

16. <u>Law firm City of Chicago, Corporation Counsels never filed an appearance timely never answered, or responded pursuant to 735 5/2 1301</u> **(d)** *"if he or she fails to appear after being properly served or, having once appeared, fails to file a timely answer, S.H.A. 735 ILCS 5/2-1301* **(d)** *"{j}udgment by default may be entered for want of an appearance or for failure to plead, but the court may, in either case, require proof of the allegations of the pleadings upon which relief is sought."* **In Ameritech Pub of Illinois, Inc. v. Hadyeh, 362 Ill. App. 3d 56, 298 Ill. Dec. 302, 839 N. E. 2d 625 (1st Dist. 2005)**, a default was filed for failure to answer or file an appearance;

A- That because Judge Franklin U. Valderrama **"Trespassed upon the Laws"** engaging in an **"Organized Conspiracy"** committing **"Treason"** unlawfully Denied Plaintiff's valid <u>Motion for Default & Summary Judgment March 30, 2015 **validating the verity said judge was acting as a PRIVATE CITIZEN AND NOT A STATE OFFICER**;</u>

B- That Judge Valderrama **<u>acting as a PRIVATE CITIZEN</u>** for the Defendants **"Trespassed upon the Law"** signed an order for the City of Chicago after the fact allowing the Defendant City of Chicago to Vacate the Technical Default (April 3, 2015, hereto attached) making the order a **"NULLITY" VOID IN IT'S ENTIRETY**;

11

C- That Judge Valderrama **acting as a PRIVATE CITIZEN** for the Defendants **"Trespassed upon the Laws"** signed an Order for K2 Apartments Dismissing Plaintiffs Motion (October 20, 2016, hereto attached,) making the order a **"NULLITY VOID IN IT'S ENTIRETY;**

17. That pursuant to **735 ILCS 5/3-101, et seq.** Chicago Housing Authority General Counsels **7014-0150-0001-5043-5123** was served via certified mail Feb 6th 2015, 12:35 pm Armstrong C signed.

18. Law firm Chicago Housing Authority General Counsels never filed an appearance timely never answered, or responded pursuant to **735 5/2 1301** (d) *"if he or she fails to appear after being properly served or, having once appeared, fails to file a timely answer,* S.H.A. **735 ILCS 5/2-1301** (d) *"{j}udgment by default may be entered for want of an appearance or for failure to plead, but the court may, in either case, require proof of the allegations of the pleadings upon which relief is sought."* **In Ameritech Pub of Illinois, Inc. v. Hadyeh, 362 Ill. App. 3d 56, 298 Ill. Dec. 302, 839 N. E. 2d 625 (1st Dist. 2005)**, a default was filed for failure to answer or file an appearance;

19. That pursuant to **K2 Management** being represented by **Cary G. Schiff,** attorneys Yuleida Joy, Christopher R. Johnson received Notice and knowledge of said matter being before the court where Cook County Sheriff served the Law firm via Christopher R. Johnson personally.

20. Law firm Cary G. Schiff never filed an appearance timely never answered, or responded pursuant to **735 5/2 1301 (d)** *"if he or she fails to appear*

12

*after being properly served or, having once appeared, fails to file a timely answer,* **S.H.A. 735 ILCS 5/2-1301 (d)** *"{j}udgment by default may be entered for want of an appearance or for failure to plead, but the court may, in either case, require proof of the allegations of the pleadings upon which relief is sought."* **In Ameritech Pub of Illinois, Inc. v. Hadyeh, 362 Ill. App. 3d 56, 298 Ill. Dec. 302, 839 N. E. 2d 625 (1st Dist. 2005)**, a default was filed for failure to answer or file an appearance;

21. Sheriff **#01712556** Served CHA via corporation 3-11-2015, 10:17 am they served them copies of the Amended Request for Review et al. Counsel never Objected or Responded to the $25 Million Dollar Demand;

22. Sheriff **#01712558** Served Christian Novay 3-9-2015, 11:21 am they served him copies of the Amended Request for Review et al. Counsel never Objected or Responded to the $25 Million Dollar Demand;

23. Sheriff **#01712557** Served Rahm Emanuel via corporation 3-12-2015, 10:00 am they served him copies of the Amended Request for Review et al. Counsel never Objected or Responded to the $25 Million Dollar Demand;

24. Sheriff **#01712560** Served Christopher R. Johnson personal service 3-12-2015, 10:20 am they served him copies of the Amended Request for Review et al. Counsel never Objected or Responded to the $25 Million Dollar Demand, and they Defaulted on a $3 Million Dollar

13

Default before the Human Relations
Commission;

25. Sheriff #01722070 Served Seyfarth &
Shaw via corporation 3-16-2015,
12:30 am they served them copies of
the Amended Request for Review et
al. Counsel never Objected or
Responded to the $25 Million Dollar
Demand;

26. From the March 17th, 2016 Court
Transcript, **Lines 19-21 Page 14**, <u>Ms.</u>
<u>Joa</u> representing K2 states, *"One*
*more question, no one from my firm*
*has filed an appearance on behalf of*
*K2 Apartments."*

A- <u>Mr. Novay</u> representing **345 East Ohio Village Green** states, **Lines 22-24**
**Page 15** and **Line 1 Page 16,** *"If the court pleases, in that case then, we*
*are in a different situation and we are in the situation where we likewise*
*never filed an appearance nor have we had any intention."*

27. Pursuant to Illinois Civil Procedure
Rules, failure to file an answer, where
an answer is required, results in the
admission of the allegations of the
complaint, **Ill. S. Ct. R. 286 (a)**
**Pinnacle Corp. v. Village of Lake in**
**the Hills, 258 Ill. App. 3d 205, 196**
**Ill. Dec 567, 630 N.E. 2d 502 (2d**
**Dist. 1994).**

28. Pursuant to the <u>Nov. 13, 2015 Court</u>
<u>Order</u> deemed **VOID a NULLITY**
**signed by Judge Valderram**a as he
**"Trespassed upon the Laws"**
**engaging in "Treason"** stated, *A-*
*Plaintiff also alleges that Defendants'*
*attorneys have committed fraud on*
*the court, specifically when they*
*informed the Court on February 27,*
*2015 that their clients had not*
*received proper service of process;* B-
*The Court finds that Plaintiff has*
*failed to establish that Defendants'*
*attorneys committed fraud on the*

14

*court when they informed the Court on February 27, 2015 that their clients had not received proper service of process. Specifically, the Court finds that Plaintiff has failed to establish that Defendants had in fact received proper service of process prior to February 27, 2015. Additionally, the Court notes that the Court's Order dated February 27, 2015 reflects that the Court found that Defendants' had not received proper service of process as of that date.*

29. Pursuant to the Court Transcript of Feb. 27, 2015, **Lines 23-24 Page 4** and **Lines 1-6 Page 5,** Judge Valderrama stated, *"No. The clerk's office doesn't serve anybody certified mail. Let me back up".* *When I say service, I don't mean mailing anything. When I say service I mean providing a copy of the complaint and summons on the entity that you have named in your complaint, 420 East Ohio, the housing authority, 345 East Ohio and it looks like the City of Chicago and Commission on Human Relations"*

30. Pursuant to 735 ILCS 5/3-105 quote *"service of summons, summons issued in any action to review the final administrative decision of any administrative agency shall be served by registered or certified mail on the administrative agency and on each of the other defendants except in the case of a review of a final administrative decision of the regional board of school trustees, regional superintendent of schools,*

15

*or state superintendent of education et al".*

31. _Service on the administrative agency shall be made by the clerk of the court by sending a copy of the summons addressed to the agency at its main office in the state._ The clerk of the court shall also mail a copy of the summons to each of the other defendants, addressed to the last known place of residence or principal place of business of each defendant.

32. That a decision is considered served which requires that every action to review a final administrative decision shall be commenced by defiling of a complaint and the issuance of summons within 35 days from the date that a copy of the decision sought to be reviewed was served upon the party affected by the decision when it is deposited in the U.S. mail. *Nudell vs. Forest Preserve dist. Of Cook County, App. 1 Dist. 2002, 267 Ill. Dec. 343, 333 Ill. App. 3d 518, 776 N.E. 2d 715, appeal allowed 272 Ill. Dec. 343, 202 Ill. 2d 614, 787 N.E. 2d 158.*

33. For purposes of statute provided that action to review final administrative decision shall be commenced by filing of complaint within 35 days from date copy of decision was served upon party, decision is considered served when it is deposited in the U.S.

16

mail. *Lutheran General healthcare system vs. Department of Revenue, App. 1 Dist. 1992, 172 Ill. Dec. 544, 231 Ill. App. 3d 652, 595 N.E. 1214, appealed denied 176 Ill. Dec. 802, 146 Ill. 2d 631, 602 N.E. 2d 456.*

34. That because of the above; **Fraud admissibility** great latitude is permitted in proving fraud C.J.S. Fraud 104 ET Seg. Fraud 51-57. where a question of fraud and deceit is the issue involved in a case, great latitude is ordinarily permitted in the introduction of evidence, and courts allow the greatest liberality in the method of examination and in the scope of inquiry *Vigus V. O'Bannon, 1886 8 N.E 788, 118 ILL 334. Hazelton V. Carolus, 1907 132 ILL. App. 512.*

A- Hereto attached **Gr Ex A**, In the matter of <u>Lee Oties Love, Jr. v. Sup. Ct. of Ill. et al.</u> **Page 6, Par.4** Judge Thomas Panici had charged Plaintiff with a DUI case et al... ....Plaintiff never appeared before this judge and he does not drink.

B- Page 7 Par. D **"That because many are aware Chief judge being a Negroe** realized he had no real authority caused many ethnic groups to come along and **"Trespass upon the Laws"** destroy black and brown families, use the laws as <u>Ropes</u> and <u>Water hoses</u> as they <u>"Lynched"</u> innocent men or women who stood up to their Terrorist Acts of injustices in the courts;"

C- That Pages 11, 12 demonstrates how Judge Lyle taking part in helping a bank steal the home of a retired Chicago Board of Education teacher and Retired Police Officer and other judges in the Domestic Relations Division unlawfully taking children from mothers helping child rep attorneys accrue fees in this extortion operation.

All Illinois lawyers must be familiar with the **Illinois Rules of Professional Conduct**, and trail lawyers must be particularly familiar with the rules that apply specially to them.

17

RPC 3.3, entitled "Conduct Before a Tribunal," sets forth the standards to be followed by the trial lawyer during "battle." Section (a) of that rule states:

(a) In appearing in a professional capacity before a tribunal, a lawyer shall not:

(1) make a statement of material fact or law to a tribunal which the lawyer knows or reasonably should know is false;

(2) fail to disclose to a tribunal a material fact known to the lawyer when disclosure is necessary to avoid assisting a criminal or fraudulent act by the client;

(3) fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not disclosed by opposing counsel;

(4) Offer evidence that the lawyer knows to be false. If a lawyer has offered material evidence and comes to know of its falsity, the lawyer shall take reasonable remedial measures;

(5) participate in the creation or preservation of evidence when the lawyer knows or reasonably should know the evidence is false ;

(6) counsel or assist the client in conduct the lawyer knows to be illegal of fraudulent;

(7) engage in other illegal conduct or conduct in violation of these Rules;

(8) fail to disclose the identities of the clients represented and of the persons who employed the lawyer unless such information is privileged or irrelevant;

(9) intentionally degrade a witness or other person by stating or alluding to personal facts concerning that person which are not relevant to the case;

(10) in trial, allude to any matter that the lawyer does not reasonably believe is relevant or that will not be supported by admissible evidence, assert personal knowledge of facts in issue except when testifying as a witness, or state a personal opinion as to the justness of a cause, the credibility of a witness, the culpability of a civil litigant or the guilt or innocence of and accused, but a lawyer may argue, on analysis of evidence, for any position or conclusion with respect to the matter stated herein;

18

## Acts constituting direct, criminal contempt

A wide variety of acts may constitute a direct, criminal contempt. And act may be criminal contempt even though it is also an indictable crime. *Beattie v. People*, 33 Ill. App 651, 1889 WL 2373 (1st Dist. 1889). As is making false representations to the court. *People v. Katelhut*, 322 Ill. App. 693, 54 N.E.2d 590 (1st Dist. 1944). Misconduct of an officer of the court is punishable as contempt. *People ex rel. Rusch v. Levin*, 305 Ill. App. 142, 26 N.E. 2d 895 (1st Dist. 1939).

**Official misconduct is a criminal offense; and a public officer or employee commits misconduct, punishable by fine, imprisonment, or both, when, in his official capacity, he intentionally or recklessly fails to perform any mandatory duty as required by law; or knowingly performs an act which he knows he is forbidden by law to perform; or with intent to obtain a personal advantage for himself or another, he performs an act in excess of his lawful authority ....S.H.A. Ch 38 33-3.**

FURTHER AFFIANT SAYETH NOT

Joe Louis Lawrence

Counsel Pro Se
P. O. Box 490075
**312 965-6455**
joelouislaw@yahoo.com
@joelouis7

Under penalties as provided by law pursuant to 735 1265 5\1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Joe Louis Lawrence

Counsel Pro Se
P. O. Box 490075
**312 965-6455**
joelouislaw@yahoo.com
@joelouis7

19

WHEREFORE the aforementioned reasons Plaintiff respectfully Prays for the Relief

1. For an **Order Reinstating the Default Prove-up and Summary Judgment due to all court orders entered after that date deemed a Nullity void;**

2. For an **Order Reinstating Voucher #9727767 that was unlawfully taken from the Plaintiff;**

3. For the entry of an **Order** awarding to your Petitioner for such other relief and any other relief necessary as equity may require of which this court may deem overwhelmingly just;

# IN THE CIRCUIT COURT
## OF
## COOK COUNTY, ILLNOIS
## CHANCERY DIVISION

In Re Racial Discrimination     )
/Source Income Violations     )
Housing Matters:     )
**Joe Louis Lawrence**     )
      Petitioner     )
    )
      V     )
420 East Ohio, Chicago Housing Authority )
345 East Ohio, City of Chicago,Commission)
On Human Relations     )
      Respondents     )

2015 **CH** 01670

**Hon. F. U. Valderrama**
Room   2305

## NOTICE OF
## MOTION TO REINSTATE DEFAULT & SUMMARY JUDGMENT DUE TO JUDGE VALDERRAMA TRESPASSING UPON THE LAWS COMMITTING TREASON MAKING THE ORDER <u>"VOID" A "NULLITY"</u> w/AFFIDAVIT

Please be advised that on, **October 30, 2017** Plaintiff has filed before this Circuit Court, Motion for Reinstatement et al; and will present said legally sufficient instrument before Judge Valderrama or any Judge in his stead **November 16, 2017, at** _13_    am in room 2305.   _9:15_

**Commander & Chief
President Donald Trump
The White House**
1600 Pennsylvania Avenue NW
Washington, DC 20500

**Attorney General of United States
Jeff Sessions**
**U.S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Chicago Housing Authority**
Office of the General Counsel
**Asst Gen Counsel**
Maria Sewell Joseph
60 East Van Buren
Chicago, Ill 60605

**Wilson Elser Moskowitz Edelman & Dicker LLP**
Christian T. Novay
**55 West Monroe, Street, Suite 3800**
Chicago, Il 60603

21

**Seyfarth & Shaw**
Jeffrey K. Ross, Kyle A. Petersen & Anne Harris
131 S. Dearborn Street, Suite 2400
Chicago, Ill. 60603

**TO AAG** Tyler Roland          **Chief Judge** Timothy Evans, Daley Center, Chg., Ill. 60601
    General Law Bureau        **Presiding Judge** Jacobius, Daley Center, Chg. Ill. 60601
    100 West Randolph Street Suite 1300
    Chicago, Ill. 60601   · **Clerk of Circuit Court Dorothy Brown**, Suite 1001, Chg. Ill.

**Judge M. L. Mikva** Daley Center, Chg. Il 60601
**States Attorney**, Anita Alvarez, Daley Center, Chg. Ill. 60601
**Atty Gen Lisa Madigan**, 100 West Randolph, Suite 1300 Chg. Ill. 60601

**Sec of State**                              **Asst Deputy Dir Candace Cheffin**
**Asst Gen Counsel Terrence McConville**     60 East Van Buren, 8th floor
100 West Randolph, Suite 500                 Chicago, Ill. 60601
Chicago, Ill. 60601

**CHA Mobility**                             **CHA Mobility, HCP Counselors**
**Chris Klepper, Executive Dir**            **Tracey Robinson/Joann Harris**
28 East Jackson Blvd.                        4859 S. Wabash, Suite 2nd Floor
Chicago, Ill 60604                           Chicago, Ill. 60615

**CHA Mobility, Real Estate Specialist**
**Jessie McDaniel**
4859 S. Wabash
Chicago, Ill. 60615

**City of Chicago, Department of Buildings**
**Christopher Lynch**
121 North LaSalle, Room 900
Chicago, Ill. 60601

**Cary G. Schiff & Associates**             **Gordon & Rees LLP**
**Christopher R. Johnson**                   **Lindsay Watson, Christian T. Novay**
**Yuleida Joy**                              1 North Franklin, Suite 800
134 N. LaSalle Street, Suite 1720            Chicago, Illinois 60606
Chicago, Ill. 60602

**Courtesy Copies:**
**US Attorney**                              **FBI Dir.**
**Joel R. Levin**                            2111 West Roosevelt Road
219 S. Dearborn, 5th floor                   Chicago, Ill. 60612
Chicago, Ill. 60604

22

**Governor**
**Bruce Rauner**
100 West Randolph, Suite
Chicago, Ill. 60601

**Hon Mark Kirk**
607 East Adams, Suite 1520
Springfield, Ill. 62701

**Mayor**
Rahm Emanuel
City Hall
Chicago, Ill. 60601

**Deputy Regional Adm., Field Office Dir.**
Beverly E. Bishop
77 West Jackson Boulevard
Chicago, Ill. 60604

**Hon Dick Durbin**
525 South 8ᵗʰ St.
Springfield, Ill. 62703

**Judge**
**Frederick Bates**
50 West Washington
Chicago, Ill. 60601

**Cook County President**
Toni Preckwinkle
118 N. Clark, Room 517
Chicago, Ill. 60602

**Cook County Sheriff**
Thomas J. Dart
Richard J. Daley Center, Room 701
Chicago, Ill. 60602

**PLEASE BE ADVISED** that on Oct 30**, 2017,** A Motion for Reinstatement of Default & Summary judgment et al, has been filed with the Chancery Circuit Court of Cook County and said copies being served on said applicable parties via hand delivery or regular mail;

Respectfully, Submitted,

Joe Louis Lawrence
**Counsel Pro Se**
Chicago, Ill 60649
312 927-4210
joelouislaw@yahoo.com
@joelouis

23

Order

(2/24/05) CCG N002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JOE LOUIS LAWRENCE

v.

No. 15 CH 01670

420 E. OHIO, ET AL

### ORDER

This matter coming on to be heard on Plaintiff's Motion Moving For Default & Summary Judgment W/Affidavit and Exhibits, and the Court having heard argument from Counsel for CHA, 420 and unserved defendant R2, it is hereby ordered. Plaintiff's Motion is DENIED

Atty. No.: 50100

Name: T. B. KING

Atty. for: CHA

Address: 60 E. VAN BUREN 12th FL

City/State/Zip: CHICAGO, IL. 60605

Telephone: (312) 913-7108.

ENTERED:
ENTERED
JUDGE FRANKLIN ULYSSES VALDERRAMA-1868

Dated: MAR 30 2015

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL.
DEPUTY CLERK

Judge

Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

JOE LOUIS LAWRENCE,                    )
                                       )
        Plaintiff,                     )
                                       )
            v.                         )        Case No. 15 CH 1670
                                       )
420 EAST OHIO, CHICAGO HOUSING )
AUTHORITY, 345 EAST OHIO, CITY         )
OF CHICAGO, COMMISSION ON              )
HUMAN RELATIONS, and                   )
K2 APARTMENTS,                         )
        Defendants.                    )

## MOTION TO VACATE TECHNICAL DEFAULT

The Defendant, City of Chicago, Commission on Human Relations, by its attorney,

STEPHEN R. PATTON, Corporation Counsel, moves this Honorable Court to vacate any and all

defaults against it, and requests leave to file its **APPEARANCE and MOTION TO DISMISS.**

April 3, 2015                    **CITY OF CHICAGO, a municipal corporation**

                          By:    _____

                                 Rey A. Phillips Santos
                                 **Assistant Corporation Counsel**

STEPHEN R. PATTON, Corporation Counsel
MARY ELISABETH RUETHER, Deputy Corporation Counsel
REY A. PHILLIPS SANTOS, Asst. Corp. Counsel
30 N. LaSalle Street, Suite 800
Chicago, Illinois 60602
312-744-9683
Atty. No. 90909



OCT 25 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Lee Oties Love, Jr.

Civil Action #17-CV-05482

**Judge Sharon J. Coleman
Mag. M. David Weisman**

Plaintiff

V

Supreme Court of Illinois, Pamela E. Loza,
Luciano Panici, James P. Murphy, Joshua P. Haid

Group Exhibit

$A$

Defendants

## MOTION FOR RECONSIDERATION VACATE (AUGUST 8, 2017) ORDER DUE TO ERROR TRESPASSING UPON THE LAWS MAKING THE ORDER VOID A NULLITY w/AFFIDAVIT & REINSTATE COMPLAINTS

The Seventh Circuit Court of Appeals held that the Circuit Court of Cook County is a criminal enterprise. _U.S. v. Murphy_, 768 F.2d 1518, 1531 (7th Cir. 1985).

The United States Supreme Court recently acknowledged the judicial corruption in Cook County, when it stated that Judge "Maloney was one of many dishonest judges exposed and convicted through 'Operation Greylord', a labyrinthine federal investigation of judicial corruption in Chicago". _Bracey v. Gramley_, case No. 96-6133 (June 9, 1997).

Since judges who do not report the criminal activities of other judges become principals in the criminal activity, 18 U.S.C. Section 2, 3 & 4, and since no judges have reported the criminal activity of the judges who have been convicted, the other judges are as guilty as the convicted judges.

A court exercises its law-declaring power when a ruling has an effect on "primary conduct". See id. (Citing Hanna

1

v. Plumer, 380 U.S. 460, 475 (1965) (Harlan, J., concurring) (classifying rules affecting "primary decisions respecting human conduct") as substantive for purposes of Erie R.R. Co. v. Tompkins, 304 U.S. 64 (1938).

The criminal activities that the Federal Courts found in the Circuit Court of Cook County still exist, and are today under the care, custody and control of Judge Timothy C. Evans (**Chief Judge**). The Circuit Court of Cook County remains a criminal enterprise.

## JUDICIAL IMMUNITY

Judges have given themselves judicial immunity for their judicial functions. Judges have no judicial immunity for criminal acts, aiding, assisting, or conniving with others who perform a criminal act, or for their administrative/ministerial duties. When a judge has a duty to act, he does not have discretion - he is then not performing a judicial act, he is performing a ministerial act.

Judicial immunity does not exist for judges who engage in criminal activity, for judges who connive with, aid and abet the criminal activity of another judge, or to a judge for damages sustained by a person who has been harmed by the judge's connivance with, aiding and abetting, another judge's criminal activity.

## TRESPASSERS OF THE LAW

The Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." *Von Kettler et.al. v. Johnson*, 57 Ill. 109 (1870)

Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." *Elliot v. Piersol*, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

2

The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - it, had no authority to make that finding." ***The People v. Brewer***, 128 Ill. 472, 483 (1928). The judges listed below had no legal authority (jurisdiction) to hear or rule on certain matters before them. They acted without any jurisdiction.

When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason (see below).

The Court in ***Yates v. Village of Hoffman Estates, Illinois***, 209 F.Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in exercise of his judicial function. ... It is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse."

When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judge's orders are **void**, of no legal force or effect.

The U.S. Supreme Court, in ***Scheuer v. Rhodes***, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original].

By law, a judge is a state officer.

The judge then acts not as a judge, but as a private individual (in his person).

1.) That said judge erred and violated the oath of her duties not recognizing she had jurisdiction as she "Trespassed upon the Laws" denying said Motion in spite of the foregoing statements validating the verity of judges engaging in "Treason" Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied in original]. By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person).

2.) Plaintiff stated, **Page 3, Par 14-18** from the transcript, *"And the reason why I'm here is that me, the defendant is petitioning rule to show cause remanding Circuit Court judge Pamela Elizabeth Loza and attorneys are trespassing upon the law, corroboration in an organized chain conspiracy of treason, fraud of all sorts.."* **Line 19** Judge Coleman stated, *"I need to stop you right there"*, **Line 23-24**, She stated, *"Okay, I have read, read some of it. I read you even though it looked like a filing"* **Page 4, Par 11-12**, Judge Coleman stated, *"when you dealt with them, were they – they were judges and it was in court, is that correct?"* Plaintiff's reply **Line 13**, *"Yes Ma'am"* **Lines 14-16**, Judge Coleman stated, *"All right. Well, they have immunity. You cannot sue them for anything that happened in the case. You can't sue them personally"* **Line 18-19** she further stated, *"So they cannot---I have dismiss to them out. I have no jurisdiction over them. Do you understand?"*

Judge Coleman stated, **Page 6, Par** 2 *"You understand I answer to the U.S. Supreme Court."*

The District court closed her eyes to the "VOID ORDERS" entered against the Plaintiff and entered an order described as a nullity, and because of the court's

4

disposition in this matter has caused judges to engage in Acts of **"Treason"**, **"Trespassing upon the Laws"** as if this was a Ebola virus.

3.) In addition, when judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason.

A- Pursuant to {**28 USCA 144, 455 (B) (1)**} Sufficient for Removal, conduct which does not constitute a criminal offense may be sufficiently violative of the Judicial Canons to warrant removal for cause. **Napolitano v Ward**, 457 F 2d 279 (7ᵗʰ Cir.), **cert denied, 409 U.S. 1037, 93 S. Ct. 512, 34 Iₑ. Ed. 2d 486 (1972)**, that said District Court judge either erred by misinterpreting the laws or methodically violated her oath by stating said Plaintiff dismissed his own case when in fact **Page 4, Lines 18, 19,** Judge Coleman stated, *"I have dismiss to them out. I have no jurisdiction over them. Do you understand?"*

B- That this ambiguity, pursuant to **Page 2** of the order from the 7ᵗʰ Cir states, *"A dismissal of a case without prejudice, however, normally does not qualify as an appealable final judgment because the plaintiff is free to re-file the case. Larken v. Galloway, 266 F. 3d 718, 721 (7ᵗʰ Cir. 2001). That appears to be what the district court intended, and what the plaintiff understood the case to be here."*

C- That **Page 6, Lines 12-17,** Judge stated, *"You have crossed over into the Federal court, and I deal with national issues. I don't deal with domestic relations and child support unless it's a usually international case or maybe even people in maybe different states, but usually not someone coming to me directly from the Circuit Court of Cook County".*

D- That **Page 7, Lines 3-6,** Plaintiff stated, *"Which I don't understand according to law that they denied my written mandamus. But the thing about that is it was, it was not signed by a judge".*

E- That **Page 7, Lines 7-8, 10-14** Judge stated, *"I'm not the Illinois Supreme Court." "And I don't tell them how ----and usually if they don't sign something, and I don't know if they had a signature on that, sometimes they issue orders that are not opinions that they can sign. I don't know. I've never been on the Illinois Supreme Court, and I don't work for them".*

F- That from the Complaint captioned Complaint of Civil Rights Violations, Trespassing of the Laws, Treason et al. said June 6, 2017, **Ex's 1-3** orders from the **Sup. Ct.** attached as exhibits corroborating said assertions not signed by any judge but cc'd to all parties.

5

Pursuant to **Sup Ct. Rule 272** _"if at the time of announcing final judgment the judge requires the submission of a form of written judgment to be signed by the judge et al" the judgment becomes final only when the signed judgment is filed_— Judges are bound by this rule before their court orders are valid;

4.) In furtherance to the aforementioned, Plaintiff had to appear before a probationary officer August 30, 2017 where his prior caseworker Claudia Swan had taken a medical leave and Robert Eizenga was the new case worker and discovered **Judge Thomas Panici** had charged Plaintiff with a DUI case # **15 C 660004301** 12-18-14 and 12-17-15 District 6 room 103, Plaintiff not only never appeared before this judge but he does not drink alcohol;

> A- That a relative of Judge Panici **"Trespassed upon the Laws"** corroborating his role engaging in "Treason" falsifying documents as a true Hateful Democrat;

> B- That Judge Loza whom many attorneys seems to fear informed the Plaintiff if he was not in court Nov. 3, 2017 at 9:30 am, she was going to have him remanded into custody for failing to report to report to court;

> C- That Plaintiff has been threatened by another judge if he did not report to criminal court Nov. 3, 2017, at 9:30 am, he was going to jail.

5.) That on the same related case number SS16600043-00 there was a fine charge of $1200.00 Seq# 001 24 months a clerk by the name of Thomas entered this information;

> a. That as a result to the terrorist acts perpetrated at the Plaintiff by Democrats organized by powerful men and women racist in nature and spirit, hereto attached **Gr Ex B** Motion for Supervisory Order by Patricia Mysza, Deputy Defender, for the Office of the State Appellate Defender;

> b. Said Deputy Defender stated, **Par 6, Page 3** _"He should not be denied his right to an appeal due to a series of bureaucratic errors that were not his fault"_

>> Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

6.) The District Court's actions can be gleaned as acts of Improprieties in an attempt to aid and assist said Defendant's named in Suit, In Re Judge

No. 93-154, 440 S.E.2d 169 (Ga. 1994), And Deception by falsifying reasons for preventing a legally sufficient Complaint and Motion from being served on Appellee's, In re Ferrara, 582 N.W. 2d 817 (Mich. 1998),In re Renfer, 493 S.E. 2d 434 (N.C. 1997), In re Kroger, 702 A. 2d 64 (Vt. 1997), Gonzalez v. Commission on Judicial Performance, 33 Cal. 3d 359, 657 P. 2d 372, 377, 188 Cal. Rptr. 880 (1983).

a. Pursuant to **VOL 1, Gr Ex B** Letters the Barclay Group, Judge Loza without jurisdiction and "Cause" appointed Lester Barclay as minors child rep only because Plaintiff is having successful visitations with his minor daughter; .

b. That because Judge Loza having no fear of District Court's judge Sharon Johnson Coleman's jurisdiction is continuously. **"Trespassing upon the Laws"** by appointing Lester Barclay to further fabricate any admissions of Plaintiff's character so as to keep him from his child;

c. Said judge never appointed a child rep to investigate the allegations of sexual abuse when Plaintiff reported it to the judge as noted in the complaint;

d. That because many are aware Chief Judge being a Negroe realized he had no real authority caused many ethnic groups to come along and **"Trespass upon the Laws"** destroy black and brown families, use the laws as Ropes and Water hoses as they "Lynched" innocent men or women who stood up to their Terrorist Acts of injustices in the courts;

e. Pursuant to **VOL 2, Gr Ex C** In Re The Parentage of Robert Stafford v Carlen Colbert, **2008 D 80400**, (Judge Pamela E. Loza) Motion for Disqualification of Judge for Cause due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2—1001 (a) (2, 3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void" a "Nullity" Motion Pending.

f. That **Page 5, Par. 3** of the aforementioned Motion Judge Loza unlawfully removed a minor granting the child to the Defendant's biological brother; That former judge (Michael I Bender) filed a "Fraudulent Emergency Ex Parte Motion et al., hereto attached as **Gr Ex C; A-** That **Par 4** states "In May of 2012 DCFS opened an investigation et al"., this is an egregious falsehood, in that there was never an investigation opened against the Respondent for any reason;

g. Pursuant to **VOL 3, Gr Ex D, ,** In Re The Parentage of Clarence Parker v. April Redeaux, 12 D 8436, (Judge Karen Bowes) Motion for Disqualification of Judge for Cause due to "Fraud" (Civil Rights

<u>Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2—1001 (a)</u> <u>(2,3) and to Vacate all Orders due to "Trespassing upon the Laws"</u> Court never had Jurisdiction Orders are "Void" Judge Gregory Emmitt Ahern, Jr. ignored the Defendants unchallenged Affidavits stated, "Judge Bowes did not do anything wrong" and that the laws indicated were generalizations". Denied the Motion.

h. Pursuant to the <u>Notice of Service</u> hereto attached, are the court orders of Oct. 17, 2017 Associate Judge Karen J. Bowes did not sign the court order transferring the matter to the presiding judge in violation of **Sup Ct Rule 272**, Directed Evidence of Trespassing upon the Laws;

i. Pursuant to the Presiding Judge transferring the matter to judge Ahern it was not signed in violation to **Sup Ct. Rule 272**, Directed Evidence of Trespassing upon the Laws;

j. That Associate Judge Gregory Emmett Ahern, Jr. became complicit in an **"Organized Conspiracy"** Denied the Motion with his certified signature corroborating his role **"Trespassing upon the Laws"** enforcing a void order deemed a nullity;

k. Section 1983 of U.S.C.S. contemplates the depravation of Civil Rights through the Unconstitutional Application of a Law by conspiracy or otherwise. <u>Mansell v. Saunders</u> (CA 5 F 1A) 372 F 573, especially if the conspiracy was actually carried into effect, where an action is for a conspiracy to interfere with Civil Rights under 42 U.S.C.S. 1985 (3), or for the depravation of such rights under 42 U.S.C.S. 1983, if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights, privileges, or immunities secured by the United States Constitution and Laws, the gist of the action may be treated as one for the depravation of rights under 42 U.S.C.S. 1983, <u>Lewis v. Brautigam</u> (CA 5 F 1a) 227 F 2d 124, 55 Alr 2d 505, John W. Strong, 185, 777-78 (4 th ed. 1992)

l. That the Judge erred considerably when it received notice and knowledge of other Judges complicit in a Criminal Conspiracy failed to follow Canon Ethics <u>Leslie W. Abramson</u>, 25 Hofstra L. Rev. 751 (1997). The Judges Ethical Duty to Report Misconduct by Other Judges and Lawyers and its effect on Judicial Independence.

m. That because many white nationalist have infiltrated the Democratic party and has methodically overturned the legal tribunal recruiting the necessary persons who will keep their mouths shut and continue the terrorist mayhem on innocent citizens fighting injustice in the courts;

7.) Pursuant to **VOL 4, Gr Ex E** <u>Sun Times Article</u>, 10-25-2016, Mark Brown, "Judge thought law clerk who wore robe was a judge documents say".

8

A- Chief Judge Timothy C. Evans, seems to only allegedly support the removal of persons of color and not any others, it states, "Crawford who'd been a law clerk since 2011, was fired by Judge, Tim Evans after he learned of her alleged conduct et al.

B- Former President Obama and his Administration have made historic strides to expand opportunities and advance equality and justice for all Americans, including Lesbian, Gay, Bisexual, and Transgender (LGBT) Americans;

C- The reality is that there are many Black Negroe/African Americans don't see themselves as being free in accordance to the United States Constitution but has elected to accept their roles as inferior humans to the White Democrats, in that a vicious guard dog protecting a home is ineffective if he is caged up, like an enslaved man's mind his authority or will is contained to the perils of his bondage;

> "If you can control a man's thinking you do not have to worry about his action. When you determine what a man shall think you do not have to concern yourself about what he will do. If you make a man feel that he is inferior, you do not have to compel him to accept an inferior status, for he will seek it himself. If you make a man think that he is justly an outcast, you do not have to order him to the back door. He will go without being told; and if there is no back door, his very nature will demand one."
> — Carter G. Woodson, The Mis-Education of the Negro 1933

D- That in spite of a man can donned the wearing of pink panties and coming out of the closet or a woman wearing a jockstrap donning a man's organs simulating being hung not one person in the Democratic party exemplified any integrity or human decency towards humanity of every individual named in each case recorded within the aforementioned, to aid or assist in any capacity; due to Domestic Democratic Terrorist having taken seize of the courts controlling how every verdict is rendered in the courts;

E- That every Negroe, Black or African American, Hispanic and Latino judges have been able to assume the positions of judges in a racist climate that opposed persons of color via the violent demonstrations that was led by Dr. Martin Luther King, Jr through the Civil Rights Act of 1964;

F- That the very judges that has benefitted from the aforementioned never believed in themselves, never believed in the United States Constitution allowed themselves to be prostituted protecting the authors of mayhem (Democratic Party) acting as Uncle Tom's,

Aunt Jane's, in the book Alex Haley Roots these Negroes were best termed as "House Niggers";

G- That in spite of everybody wanting to be what they are not and everyone in competent authority is expected to do what is morally correct, but because so many were incompetent or unqualified to assume positions of authority further amplifies the Democratic philosophy culminated into acts of Terrorism;

H- That it is apparent blacks within the Democratic Party have limited jurisdiction over Caucasians' in that, because Jim Crow policies are still being enforced, the **Illinois Sup Ct.** has closed its' eyes to Judges and **"Trespassing upon the Laws"** committing **"Treason offenses"** on the bench;

I- Pursuant to **VOL 5, Gr Ex F**, Chicago Daily Law Bulletin, December 12, 2016, Lauraan Wood, Court OK's judge race for Ahmad, last Par. "Crawford – who was running unopposed for the vacancy until Ahmad threw her hat in the ring—got fired from her position in August after she donned Circuit Judge Valerie E. Turner's robe et al.

J- The Attorney Registration & Disciplinarian Commission suspended Crawford's law license prohibiting her from being sworn in as a judge, in spite of defeating the incumbent Ahmad;

K- That Cynthia Brim alleged relative to a prominent south side activist another African American judge lost her job;

The Illinois Courts Commission has done what Cook County voters did not: It removed Circuit Judge Cynthia Brim from the bench, saying she's unfit to preside over a courtroom.

Charged with misdemeanor battery on a sheriff's deputy, Brim was found not guilty by reason of insanity last year. She'd been arrested for shoving the officer outside the Daley Center in March 2012, a day after she interrupted her call in traffic court with a disturbing 45-minute rant about race, justice and "kahoonas." Ushered from her courtroom by a supervising judge, she was prohibited from returning without a police escort.

8.) That **VOL 6, Gr Ex G**, America's Black Holocaust Museum, Voting Rights for Blacks and Poor Whites in the Jim Crow South;

A- **Page 1** of **VOL 6**, Eight ways People were kept from Voting under Jim Crow Laws and doctrines;

B- This case demonstrates how persons of color are collectively denied Equal Protection of the Laws;

10

C- This case further amplifies how so many judges regardless to skin color lack the academia necessary to ascertain simple aspects of the jurisprudence even when the laws and references are put before them;

D- In Chicago Black Negroe judges especially are appointed whom are subservient, inferior and submissive to "Organized White Nationalist" of the Democratic Party to do what they are told, and not what the laws of the United States constitution afford to all persons of color; many has **"Trespassed upon the Laws"** engaged in "Treason" so as to protect and uphold Jim Crow doctrines in Illinois;

E- "African Americans were not allowed to vote in the Democratic primary elections. White Democrats said the Democratic Party was a "club" and did not allow black members."

F- White Nationalists controlling the Democratic Party have been able to recruit and appoint any Negroe or Hispanic willing to sell out their ethnic group to violate their Civil Rights (engaging in reverse Discrimination) by circumventing the United States Constitution Civil Rights Act;

G-

9.) That **VOL 7, Gr Ex H**, Respondent's Response Motion Striking & Objecting Plaintiff's Motion for Entry of Default, Order Granting Summary Judgment, Judgment of Foreclosure, & Order Appointing Selling Officer Due to "Fraud" and Barred by 5 Year Statute of Limitation 735 ILCS 5/13-2015 w/Affidavit;.

10.) That **VOL 8, Gr Ex I** Respondent's Motion for Reconsideration Vacate (September 1, 2017) Order due to Error "Fraud" Trespassing upon the Laws Making the Order a Nullity w/Affidavit; Motion Denied

A- African American former Alderwoman Judge ignored the merits in Respondent's Affidavit Plaintiff never objected to any of the assertions; but corroborated her role in an "Organized Conspiracy" demonstrating Black inferior or subservient Negroe judges do not rule against whites as demonstrated in this case

B- **VOL 9, Gr Ex J** Respondent's Response Motion Striking & Objecting Plaintiff's Motion for Entry of Default, Order Granting summary Judgment, Judgment of Foreclosure, & Order Appointing Selling Officer Due to "Fraud" and Barred by 5 Year Statute of Limitation 735 ILCS 5/13-205 w/Affidavit. Motion Denied

11

C- Judge Lyle is on record where a court reporter transcribed all of the events, **"Trespassed upon the Laws"** with great determination to grant the Caucasian bank attorneys whatever they were requesting, hereto attached, **VOL 10, Gr Ex K** Oct. 23, 2017 Court Order signed whereby; Judge Lyle corroborating her role engaging in **"Treason"** indicated in the order, *"No additional Motions can be filed without leave of the Court before Dec. 6, 2017"*.

11.)    That Judges in the **Sup Ct** and Judge Loza et al. have corroborated/admitted beyond all legal standards of the law engaging in a criminal conspiracy and implicating numerous "powerful corrupt white men" in office covering up for the Political machine operatives; and how they use inferior ethnic groups outside their ethnicity to enforce their doctrines on innocent non-white men like the Plaintiff as noted throughout all documents;

A- That a Federal Court is supposed to view a complaint's allegations in a light most favorable to the plaintiff, draws all reasonable inferences in favor of the plaintiff, and takes as true all well-pleaded facts and allegations in the complaint. *Reger Dev., LLC v. Nat'l City Bank, 592 F. 3d 759, 764 (7ᵗʰ Cir. 2010)*. Federal Rule of Civil Procedure 8(a) (2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief" in order to provide the defendant with fair notice of the plaintiff's claims and the grounds upon which they rest. *Bell Atl. V. Twombly, 550 U.S. 544, 555 (2007) (Twombly)*. To survive a motion to dismiss, the plaintiff's claim must be plausible and the factual allegations of the complaint must be "enough to raise a right to relief above the speculative level." *Brooks v. Ross, 578 F. 3d 574, 581 (7ᵗʰ Cir. 2009) (quoting Twombly, 550 U.S. at 555)*.

B- That the defendants have met and fulfilled the requirements of the aforementioned for the relief being sought;

## VIOLATION OF OATH OF OFFICE

In Illinois, 705 ILCS 205/4 states "Every person admitted to practice as an attorney and counselor at law shall, before his name is entered upon the roll to be kept as hereinafter provided, take and subscribe an oath, substantially in the following form:

'I do solemnly swear (or affirm, as the case may be), that I will support the constitution of the United States and the constitution of the state of Illinois, and that I will faithfully discharge the duties of the office of attorney and counselor at law to the best of my ability.'"

12

In Illinois, a judge must take a second oath of office. Under 705 ILCS 35/2 states, in part, that "The several judges of the circuit courts of this State, before entering upon the duties of their office, shall take and subscribe the following oath or affirmation, which shall be filed in the office of the Secretary of State:

'I do solemnly swear (or affirm, as the case may be) that I will support the constitution of the United States, and the constitution of the State of Illinois, and that I will faithfully discharge the duties of judge of _____ court, according to the best of my ability.'"

Further, if the judge had enlisted in the U.S. military, then he has taken a third oath. Under Title 10 U.S.C. Section 502 the judge had subscribed to a lifetime oath, in pertinent part, as follows: "I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign or domestic; that I will bear true faith and allegiance to the same; ...".

The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958).

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason.

Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Illinois, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below).

If a judge does not fully comply with the Constitution, then his orders are void, *In re Sawyer*, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

**TREASON**

13

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. *U.S. v. Will*, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

What is the penalty for treason?

# 18 U.S. Code § 2381 – Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.
(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016 (2) (J), Sept. 13, 1994, 108 Stat. 2148.)

**Attorney General Sessions:** Actions *"from racial bigotry and hatred....cannot be tolerated* an innocent 32 year old Caucasian woman was killed as white nationalist banded together seeking white supremacy in Charlottesville Virginia. In Chicago any nonwhite person who closes their eyes and jurisdiction to a person of color seeking jurisdiction and protection to the very mayhem of racial hatred is a colored version of the very hate groups that is being denounced in that city is all the reasons why "Jim Crow laws" are still being enforced in the courts of Chicago, Illinois Negroe blacks and certain Hispanic judges as Democrats keep their mouths shut and go along with racial injustice.

**FEDERAL JUDGE GETTLEMAN:** stated, Tuesday March 10, 2009, where he found Superintendent of police Jody Weiss in Contempt of Court and Ordered the City to Pay $100,000.00, *"No one is above the Law"*, he cited a 1928 decision by Supreme Court Justice Louis Brandeis, that said, "If the Government becomes the law breaker, it breeds Contempt for the Law, It invites everyman to become a law unto himself. It invites Anarchy."

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground".*

That *Chicago is the most Corrupt City in America,* Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion.....and the City Council Chambers in Chicago."* Simpson a former Chicago Alderman told the AP *"no other State can match us."*

**Wherefore the foregoing stated within Defendant Respectfully Prays for the Relief:**

1.) That this Most Honorable Court Remand Judge Pamela E. Loza et al, attorneys and all conspirators into custody Instanter for "Trespassing upon the Laws";

2.) Order the Grand Jury to investigate and Indict all other parties associated in said Conspiracy and the persons responsible for mailing out unsigned court orders;

3.) Order the Removal of every Public Official named and ignored the Oath and Constitution of their duties as an elected/appointed official;

4.) Order the Removal of any and all judges receiving Notice and Knowledge of judges "Trespassing upon the Laws" remaining silent'

5.) Order the Appointment of a Federal Judge in those courts applicable where judges have engaged in "Treason" "Trespassing upon the Laws"

6.) Issue an Injunction Prohibiting the County judges, City or State Officials from issuing any judgments against the Plaintiff;

7.) Order Sanctions against all parties and have them to absorb all legal expenses and costs for the enforcement of this matter;

8.) Order a Moratorium on all Child Support' Custody matters ascertaining other men victimized by the same unjust matters, Order a Moratorium on all Foreclosures, due to the admissions of judge Lyle on record handling over 3000 cases acting as a Private Citizen enforcing Void Orders;

9.) Let the Gavel and Jurisdiction of this Honorable Court Invoke any other remedy this courts deems just;

I affirm the above as being true.

Respectfully Submitted

*Lee Oties Love Jr.*

Lee Oties Love, Jr.

Plaintiff-Counsel Pro Se

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS 60604

Lee Oties Love, Jr.                              Civil Action #17-CV-05482

                                                 **Judge Sharon J. Coleman**
  Plaintiff                                      **Mag. M. David Weisman**

     V

Supreme Court of Illinois, Pamela E. Loza,
Luciano Panici, James P. Murphy, Joshua P. Haid

  Defendants

**NOTICE OF**
**MOTION FOR RECONSIDERATION VACATE (AUGUST 8, 2017) ORDER DUE
TO ERROR TRESPASSING UPON THE LAWS MAKING THE ORDER VOID A
NULLITY w/AFFIDAVIT & REINSTATE COMPLAINTS**

To the most Honorable Judge of the United States District Court for the Northern
District:

Moving Party, Lee Oties Love, Jr., hereby respectfully represents as Pro Se shows this
court with an affidavit the noted reasons why this matter should be entertained within this
court's jurisdiction; {Pursuant to the provisions of the United States Constitution}

That on November 1, 2017, Plaintiff shall present this Motion at 8:45 am before
Honorable Sharon Johnson-Coleman or any judge sitting in her stead in room 1425, 219
South Dearborn Street, Chicago, IL. 60604;

18

U.S. Attorney
Joel R. Levin
219 South Dearborn Suite 500
Chicago, Ill 60605

Cook County State's Attorney
Kim Foxx
50 West Washington, Suite 500
Chicago, Ill. 60601

Chief Judge Timothy C. Evans
50 West Washington, Suite 2600
Chicago, Ill. 60601

Supreme Court of Illinois, 200 East Capital Ave. Springfield IL.
62701-1721;

Pamela Elizabeth Loza 50 West Washington, Chicago, IL 60601,
Room 3009;

James P. Murphy 555 West Harrison, Chicago, IL. 60607, Room
402;

Luciano Panici 16501 South Kedzie Parkway, Markham IL.
60428, Room 105;

Joshua P. Haid Sears/Willis Tower 233 South Wacker, Chicago
IL. 60606 84th floor;

**PLEASE BE ADVISED** that on October 25, 2017, a Motion for
Reconsideration et al. been filed before the United States District Court.

Respectfully Submitted

Lee Oties Love, Jr.
8435 S. Peoria
Chicago, IL. 60620
773 783-5691

Dated October 25, 2017