**RECEIVED**

DEC 11 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Carlen Colbert

Civil Action # 17 CV 8467

Hon:

Charles R. Norgle

Plaintiff

V

Pamela E. Loza, Michael I. Bender, Timothy C. Evans, Grace Dickler, Anton Colbert

**Jury Demand:** $6.9 Million Dollars

Defendants

## Amended
## Complaint of Civil Rights Violations
## Trespassing of the Laws
## Treason
## Jim Crow Violations
## Judicial Corruption Conspiracy
## Unequal Protection of the Laws

To the Honorable Judges of the United States District Court for the Northern District:

Complainant a United States Citizen, Carlen Colbert, hereby respectfully represents as Pro Se shows this court with corroboration/admissions and affidavit the noted reasons why this matter should be within this court's Jurisdiction; {Pursuant to **(A) Color (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981) (B) Race (Title V11 of the Civil Rights Act of 1964 and 42 U.S.C. 1981)** Racial Discrimination, Racial Retaliation, Racial Hatred, Racial Oppression, Civil Rights Violations, Unequal Applications of the Laws, and Disparate Treatment on the basis of race, color or national origin (42 U.S.C. 1981).**

This court has Jurisdiction over the statutory violation alleged as conferred as follows: over **Title V11 claims by U.S.C. {1331, 28 U.S.C. {1343 (a) (3), and 42 U.S.C. {2000e-5 (F) (3); over 42 U.S.C. {1981 and {1983 by 42 U.S.C. {1988; over the A.D.E.A. by 42 U.S.C. {12117}.**

*1.)* In addition, alleged violations of the noted Sections the **7th Cir**. Held that the Cook County Courts were a Criminal enterprise. _U.S. v. Murphy, 768 F. 2d 1518, 1531 where precedent was enacted by Judges Frank H. Easterbrook, Richard D. Cudahy and former Chief judge Luther Merritt Swygert;_

# TRESPASSERS OF THE LAW

The Illinois Supreme Court has held that "if the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." Von Kettler et.al. v. Johnson, 57 Ill. 109 (1870) Under Federal law which is applicable to all states, the U.S. Supreme Court stated that if a court is "without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - it had no authority to make that finding." The People v. Brewer, 128 Ill. 472, 483 (1928).

In addition, when judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason (see below).

The Court in Yates v. Village of Hoffman Estates, Illinois, 209 F. Supp. 757 (N.D. Ill. 1962) held that "not every action by a judge is in exercise of his judicial function. ... It is not a judicial function for a judge to commit an intentional tort even though the tort occurs in the courthouse." When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judge's orders are void, of no legal force or effect.

The U.S. Supreme Court, in Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he "comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." [Emphasis supplied

in original]. By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person).

To: Pamela E. Loza 50 West Washington, Chicago, IL 60601 Room 3009;

Michael I. Bender, 70 West Madison, Suite 2222 Chg. IL 60602,

Timothy C. Evans 50 West Washington, Chg. IL. 60601 Room 2600;

Anton Colbert, 140 Percy Julian Sq., Oak Park, IL. 60302-2619

Grace Dickler 50 West Washington, Chg, IL 60601 Room 1905;

Debra B. Walker, 50 West Washington, Chg. Il 60601 Room 2108

**PLEASE BE ADVISED** that on November 21, **2017,** A Civil Rights Complaint has been filed before the United States District Court.

Respectfully Submitted

*Carlen Colbert*

Carlen Colbert
1805 Jamestown Cir.
Hoffman Estates, IL. 60169

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I  Carlen Colbert, certify that I have on this day filed said Notice of Civil
Complaint and Jurisdictional Statement before the Northern District Court of
Illinois.

Dated November 21, 2017

**Carlen Colbert**
**Pro Se**

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Carlen Colbert

Plaintiff

V

Pamela E. Loza, Michael I. Bender, Timothy C.
Evans, Grace Dickler, Anton Colbert

Defendants

Civil Action #

Hon:

CIVIL RIGHTS COMPLAINT ET AL

**Jurisdictional Statement**

**Order entered:  Nov. 8, 2017**
**Notice of Civil Rights Complaint: Nov. 21, 2017**

**Statute: Treason, Trespassing upon the Laws, Unequal Protection of the
Laws Violations, Disparate Unequal Protection of the Laws, Civil Rights
Violations, Jim Crow Violations,  Judicial Abuse of  Discretion, Racial
Terrorism Conspiracy, Perjury, Admission of all facts by all Defendants, No
Objections by any Defendants, Public, Political, Fraternal Corruption
Conspiracies, Fraud on the Courts and other Un-Constitutional Lawless
Violations.**

   Plaintiff is appealing to the **United States District Court**, for a reversal and
remand with instructions based on the foregoing stated above:

   The **United States District Court**  has the Jurisdiction, to correct any error, and
establish any precedent in the law where deemed necessary, without fear of
reprisals from any political organization, terrorist fraternal orders, elected or
otherwise, for the mandate of their decision;

The **United States District Court** has the Jurisdiction and Wisdom to recognize when an individual has not been afforded sapiency in accordance to the United States Constitution

Plaintiff is before the **United States District Court** because as a"*Pro Se*" "*Informa Pauper's*" the admissions recorded in this instrument demonstrates under the Illinois Legal system Black and Brown lives don't matter and the Jim Crow methods still being exercised criminalizing persons of color for attempting to rise above racial injustice perpetrated on innocent persons.

Plaintiff is before the **United States District Court** because of the color of her skin all defendants have admitted to all criminal acts and civil rights violations but the judges have ignored all admissions affidavits, the Laws and laws the United States Constitution and Plaintiffs Civil Liberties, validating the veracity Plaintiff is a nobody merely because of her skin color, every ruling has been dispensated according to racial political guidelines;

For all of the aforementioned reasons is why Plaintiff is before the **United States District Court for Jurisdiction and Enforcement.**

I affirm the above as being true.

Respectfully Submitted, Pro Se

*Carlen Colbert*

Carlen Colbert
1805 Jamestown Cir.
Hoffman Estates, IL. 60169

IN THE
UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**AFFIDAVIT**

**In support of Civil Rights Complaint et al.**

{Pursuant to 28 U.S.C.A. 1446 (a)}

I  Carlen Colbert., Pro Se, being duly sworn on oath states: That all Defendant's acted knowingly, intentionally, committed **"Treason" "Trespassed upon the Laws"** willfully and maliciously, due to her skin color and because they were within the Democratic Political Machine and deemed themselves untouchable
:

A- Pursuant to **Sup Ct. Rule 272** *"if at the time of announcing final judgment the judge requires the submission of a form of written judgment to be signed by the judge et al" the judgment becomes final only when the signed judgment is filed*— Judges are bound by this rule before their court orders are valid;

1.) That on Oct. 10, 2017,  Plaintiff filed **Motion for Disqualification of Judge for Cause Due to "Fraud"   (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2 ---1001 (a) (2, 3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had Jurisdiction Orders are "Void" a "Nullity"**

2.) That pursuant to **Page 4, 5 Par. 1,** That because it is an norm for judges to violate their oath and commit **"Treason"** "Trespass upon the Laws willfully acting as Terrorist , judge Loza allowed

fabricated admissions full of inconsistencies from Respondents brother and colleague judge/attorney(Michael I Bender) she appointed as child rep which corroborates these very criminal acts as active collusion, and demonstrates Bias and Prejudiced conduct surpassing the Preponderance of Evidence legal standard required in this matter where "Fraud" is concerned;

   A- Hereto attached, Ex **A,** <u>DCFS (June 20, 2012) Investigation of Suspected</u>
     <u>Child Abuse or Neglect-No Action;</u>

   B- That said DCFS Administrator (Rosa Friaz) informed the Respondent, *"she informed her brother if he report any more allegations of abuse against his sister, she was going to bring him up on charges";*

3.) That Petitioner (Robert Stafford) appeared before judge Loza June 15, 2015, hereto attached, **Ex B**, said court order was not only false but it was in violation **Sup Ct Rule 272** it was not signed;

**4.)** That former judge (Michael I Bender) filed a **"Fraudulent Emergency Ex Parte Motion** et al., hereto attached;
   A- That **Par 4** states *"In May of 2012 DCFS opened an investigation et a!".,* this is an egregious falsehood, in that there was never an investigation opened against the Respondent for any reason;

5.) That the aforementioned parties colluded in an **"Organized Conspiracy"** and abducted Plaintiffs child and giving him to her brother in an unlawful bizarre manner!

6.) That **Gr Ex 1**, hereto attached, <u>Motion to Return Minor back into Custody of Mother (Defendant) Instanter Due to "Fraud" "Kidnapping" et al.</u> That no one DENIED or objected to any of the pleadings properly asserted thereby admitting to the veracity of every pleading.

7.) Hereto attached as **Gr Ex B, In Re The Parentage of Clarence Parker v. April Redeaux, Motion for Disqualification of judge for "Cause" Due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2--- 1001 (a) (2,3) and to Vacate all Orders due to "Trespassing upon the Laws" Court never had jurisdiction et al. Page 10, Par 10**, states *"That judge Karen J. Bowes satisfied the Preponderance of Evidence Standard by taking part in an **"Organized Conspiracy"** by interfering and unlawfully obstructing with Respondents parental responsibility keeping her from having custody per judge Walker's order, in an attempt to keep black families stressed oppressed exercising terrorist tactics thereby, validating the veracity of colluding with said parties in said conspiracy where "Fraud" and "Perjury" was apparent in reference to all attachments; "*

**8.)** That in addition to the aforementioned acts of **"Treason Offenses"** former judge now Child Rep (Michael I. Bender) attorney is now trying to <u>EXTORT</u> money from the Plaintiff hereto attached, **Gr Ex C** **Petition for Rule to Show Cause for Indirect Civil Contempt** (Filed September 14 and Motioned for September 15, 2017)

    A- Plaintiff had her fees waived but Michael Bender being a former judge knew how to **"Trespass upon the Laws"** by colluding with Judge Loza, she became a law unto herself by acting as a Private citizen and not as a Judicial Officer of the State of Illinois violating her oath in every way.

**9.)** That **Par A** of **Page 10**, states *"Democratic judges in Illinois are still enforcing Jim Crow laws outlawed by the United States Supreme Court";*

**10.)** Pursuant to **Gr Ex , B** <u>In Re The Parentage of Clarence Parker v. April Redeaux, 12 D 8436,</u> (Judge Karen Bowes) <u>Motion for Disqualification of Judge for Cause due to "Fraud" (Civil Rights Violations) and or Prejudice pursuant to S.H.A. 735 ILCS 5/2—1001 (a) (2,3) and to Vacate all Orders due to "Trespassing upon the Laws"</u> Court never had Jurisdiction Orders are **"Void"** Judge Gregory Emmitt Ahern, Jr. ignored the Defendants unchallenged Affidavits stated, *"Judge Bowes did not do anything wrong" and that the laws indicated were generalizations".* Denied the Motion.

**11.)** Pursuant to the <u>Notice of Service</u> hereto attached, are the court orders of Oct. 17, 2017 Associate Judge Karen J. Bowes did not sign the court order transferring the matter to the presiding judge in violation of **Sup Ct Rule 272**, Directed Evidence of Trespassing upon the Laws;

**12.)** Pursuant to the Presiding Judge transferring the matter to judge Ahern it was not signed in violation to **Sup Ct. Rule 272**, Directed Evidence of Trespassing upon the Laws;

**13.)** That Associate Judge Gregory Emmett Ahern, Jr. became complicit in an **"Organized Conspiracy"** Denied the Motion with his certified signature corroborating his role **"Trespassing upon the Laws"** enforcing a void order deemed a nullity;

**14.)** That said judges engaged in an illegal **"Organized Conspiracy"** **"trespassed upon the laws".**

Section 1983 of U.S.C.S. contemplates the depravation of Civil Rights through the Unconstitutional Application of a Law by conspiracy or otherwise. <u>Mansell v. Saunders</u> (CA 5 F 1A) 372 F 573, especially if the conspiracy was actually carried into effect, where an action is for a conspiracy to interfere with Civil Rights under 42 U.S.C.S. 1985 (3), or for the depravation of such rights under 42 U.S.C.S. 1983, if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights, privileges, or immunities secured by the United States Constitution and Laws, the gist of the action

may be treated as one for the depravation of rights under 42 U.S.C.S. 1983, <u>Lewis v. Brautigam</u> (CA 5 F 1a) 227 F 2d 124, 55 Alr 2d 505, John W. Strong, 185, 777-78 (4 the ed. 1992).

15.) That said mother another Plaintiff had to file a Complaint in Federal Court **17 cv- 08060** Judge Virginia M. Kendall, Magistrate Susan E. Cox filed Nov. 7, 2017, she too had her son taken from her unlawfully.

16.) That the Chief Judge Judge being an African American Negroe or Black Man has received **Notice** and **Knowledge** of the aforementioned violations of the judges engaging in a plethora of criminal violations **"Trespassing upon the laws engaging in Treason"** has closed his eyes and ears to the injustices perpetrated on innocent persons of color so as to keep collecting a paycheck.

　　A- The Illinois Supreme Court held that if a court "could not hear the matter upon the jurisdictional paper presented, its finding that it had the power can add nothing to its authority, - and it had no authority to make that finding." The People v. Brewer, 128 Ill. 472, 483 (1928).

　　When judges act when they do not have jurisdiction to act, or they enforce a void order (an order issued by a judge without jurisdiction), they become trespassers of the law, and are engaged in treason.

**17.)** That Plaintiff did not have to file a Post-Trial Motion for Reconsideration because pursuant to **Gr Ex D Page 4** the Plaintiff in that matter, due-diligently filed a motion to Disqualify Judge Valderrama for "Cause" et al. the Democratic judges closed their eyes to said judges unlawful acts as they became **"trespassers making their orders void a nullity"**

18.) That Plaintiff did not need to file an Appeal because this was not a matter involving a legal issue but a criminal and Federal issue, in that, said Plaintiff due-diligently filed an Appeal a Motion Corroborating "Fraud" and Domestic Terrorism in the Courts et al. Pursuant to **Gr Ex B**, The Appellate Court Judges closed their eyes to the Civil Rights violations and other judges trespassing upon the laws became **"trespassers" themselves making their orders void a nullity;**

**19.)** That Plaintiff did not need to file a <u>Writ of Mandamus/Supervisory Order to the Illinois Supreme Court</u> compelling the lower courts to comply to the rules of law because someone form the Illinois Supreme Court mailed to the Plaintiff a <u>blank court order denying the Mandamus/Supervisory Order</u> further validating the verity of the County Courts being a Criminal enterprise and further validating said order was the act of judges in the Supreme Court part of **an "Organized**

**Conspiracy" engaging in "Treason" "Trespassing upon the laws" making their order void a nullity.**

20.)     That two elderly retired public servants had to litigiously fight and defend themselves in court as Judge Lyle is **"trespassing upon the laws"** engaging in **"Treason"** helping bank attorneys hereto attached **Gr Ex C** <u>Respondents Response Motion Reply Objecting Judge Lyle's Court Order due to her and & Plaintiffs' Attorneys "Trespassing upon the Laws" Judge Acting as a Private Citizen entering Court Orders Void a Nullity w/Affidavit.</u>

**21.)** That another Plaintiff filed a Complaint in the District Court **Lee Oties Love, Jr.** v. **Supreme Court of Illinois, Pamela Loza, Luciano Panici, James P. Murphy, Joshua P. Haid** <u>**Case 17-cv- 05482**</u>  **Complaint of Civil Rights Violations**

> **Trespassing of the Laws**
> **Treason**
> **Jim Crow Violations**
> **Judicial Corruption Conspiracy**
> **Unequal Protection of the Laws**

22.)     That due to the aforementioned it was imperative that the Federal jurisdiction be ascertained promptly because all other venues are deemed moot.

> A-  That said Directed Evidence of Democratic judges described in said Exhibits demonstrates how judges not having jurisdiction on the Plaintiff or any other Plaintiffs 'are willing to engage in **"Treason"** and **"Trespass upon the Laws"** violate their oaths in office so as to Induce others to become complicit in an **<u>"Organized Conspiracy"</u>** Inducing Reliance on other agencies and offices because of their criminal Civil rights actions.
>
> **Section 1983 of USCS contemplates the depravation of Civil Rights through the unconstitutional application of a law by conspiracy or otherwise. Mansell V. Saunders (CA 5 FLa) 372 F 2d 573, especially if the conspiracy was actually carried into effect and plaintiff was thereby deprived of any rights privileges, or immunities secured by the Constitution and laws, the gist of the action may be treated as one for the depravation of rights under 42 USCS 1983 Lewis V. Brautigam (CA 5 Fla) 227 F 2d 124, 55 Alr 2d 505.**

# DEMOCRATIC PARTY HAS ROOTS IN VIOLENCE, RACISM AND BIGOTRY

DECEMBER 18, 2013| **BY** ROBERT GEHL

History can be an annoying, pernicious thing. Especially for those who try to hide it.
When I read this morning that a high school in the South was going to drop its racist, confederate name, I immediately thought of Democrats Strom Thurmond or Robert Byrd, who were Klan members and staunch segregationists.
But no … the school is Nathan B. Forrest High School in Jacksonville, Fla.
Forrest was a Confederate General and a leader of the Ku Klux Klan.

I decided to research a little bit into General Forrest and it turns out he was honored at the 1868 Democratic National Convention. In fact, the KKK was founded by Democrats to terrorize blacks and white Republicans.

The history of the Democratic Party is rooted in racism, violence, lynchings and bigotry. The National Review published an article detailing the racist history of the Democratic Party:
*May 22, 1856: Two years after the Grand Old party's birth, U.S. Senator Charles Sumner (R., Mass.) rose to decry pro-slavery Democrats. Congressman Preston Brooks (D., S.C.) responded by grabbing a stick and beating Sumner unconscious in the Senate chamber. Disabled, Sumner could not resume his duties for three years.*

*July 30, 1866: New Orleans's Democratic government ordered police to raid an integrated GOP meeting, killing 40 people and injuring 150.*

*September 28, 1868: Democrats in Opelousas, Louisiana killed nearly 300 blacks who tried to foil an assault on a Republican newspaper editor.*

*October 7, 1868: Republicans criticized Democrats' national slogan: "This is a white man's country: Let white men rule."*

*April 20, 1871: The GOP Congress adopted the Ku Klux Klan Act, banning the pro-Democrat domestic terrorist group.*

*October 18, 1871: GOP President Ulysses S. Grant dispatched federal troops to quell Klan violence in South Carolina.*

*September 14, 1874: Racist white Democrats stormed Louisiana's statehouse to oust GOP Governor William Kellogg's racially integrated administration; 27 are killed.*

*August 17, 1937: Republicans opposed Democratic President Franklin Delano Roosevelt's Supreme Court nominee, U.S. Senator Hugo Black (D., Al.), a former Klansman who defended Klansmen against race-murder charges.*

*February 2005: The Democrats' Klan-coddling today is embodied by KKK alumnus Robert Byrd, West Virginia's logorrhea U.S. senator and, having served since January 3, 1959, that body's dean. Thirteen years earlier, Byrd wrote this to the KKK's Imperial Wizard: "The Klan is needed today as never before and I am anxious to see its rebirth here in West Virginia." Byrd led Senate Democrats as late as December 1988. On March 4, 2001, Byrd told Fox News's Tony Snow:*

*"There are white niggers. I've seen a lot of white niggers in my time; I'm going to use that word." National Democrats never have arranged a primary challenge against or otherwise pressed this one-time cross-burner to get lost.*
*Contrast the KKKozy Democrats with the GOP. When former Klansman David Duke ran for Louisiana governor in 1991 as a Republican, national GOP officials scorned him. Local Republicans endorsed incumbent Democrat Edwin Edwards, despite his ethical baggage. As one Republican-created bumper sticker pleaded: "Vote for the crook: It's important!"*

*Republicans also have supported legislation favorable to blacks, often against intense Democratic headwinds:*

*In 1865, Congressional Republicans unanimously backed the 13th Amendment, which made slavery unconstitutional. Among Democrats, 63 percent of senators and 78 percent of House members voted: "No."*

*In 1866, 94 percent of GOP senators and 96 percent of GOP House members approved the 14th Amendment, guaranteeing all Americans equal protection of the law. Every congressional Democrat voted: "No."*

*February 28, 1871: The GOP Congress passed the Enforcement Act, giving black voters federal protection.*

*February 8, 1894: Democratic President Grover Cleveland and a Democratic Congress repealed the GOP's Enforcement Act, denying black voters federal protection.*

*January 26, 1922: The U.S. House adopted Rep. Leonidas Dyer's (R., Mo.) bill making lynching a federal crime. Filibustering Senate Democrats killed the measure.*

*May 17, 1954: As chief justice, former three-term governor Earl Warren (R., Calif.) led the U.S. Supreme Court's desegregation of government schools via the landmark Brown v. Board of Education decision. GOP President Dwight Eisenhower's Justice Department argued for Topeka, Kansas's black school children. Democrat John W. Davis, who lost a presidential bid to incumbent Republican Calvin Coolidge in 1924, defended "separate but equal" classrooms.*

*September 24, 1957: Eisenhower deployed the 82nd Airborne Division to desegregate Little Rock's government schools over the strenuous resistance of Governor Orval Faubus (D., Ark.).*

*May 6, 1960: Eisenhower signs the GOP's 1960 Civil Rights Act after it survived a five-day, five-hour filibuster by 18 Senate Democrats.*

*July 2, 1964: Democratic President Johnson signed the 1964 Civil Rights Act after former Klansman Robert Byrd's 14-hour filibuster and the votes of 22 other Senate Democrats (including Tennessee's Al Gore, Sr.) failed to scuttle the measure. Illinois Republican Everett Dirksen rallied 26 GOP senators and 44 Democrats to invoke cloture and allow the bill's passage. According to John Fonte in the January 9, 2003, National Review, 82 percent of Republicans so voted, versus only 66 percent of Democrats.*

*True, Senator Barry Goldwater (R., Ariz.) opposed this bill the very year he became the GOP's presidential standard-bearer. However, Goldwater supported the 1957 and 1960 Civil Rights Acts and called for integrating Arizona's National Guard two years before Truman desegregated the military. Goldwater feared the 1964 Act would limit freedom of association in the private sector, a controversial but principled libertarian objection rooted in the First Amendment rather than racial hatred.*

*June 29, 1982: President Ronald Reagan signed a 25-year extension of the Voting Rights Act of 1965.*

*The Republican Party also is the home of numerous "firsts." Among them: Until 1935, every black federal legislator was Republican. America's first black U.S. Representative, South Carolina's Joseph Rainey, and our first black senator, Mississippi's Hiram Revels, both reached Capitol Hill in 1870. On December 9, 1872, Louisiana Republican Pinckney Benton Stewart "P.B.S." Pinchback became America's first black governor.*

*August 8, 1878: GOP supply-siders may hate to admit it, but America's first black Collector of Internal Revenue was former U.S. Rep. James Rapier (R., Ala.).*

*October 16, 1901: GOP President Theodore Roosevelt invited to the White House as its first black dinner guest Republican educator Booker T. Washington. The pro-Democrat Richmond Times newspaper warned that consequently, "White women may receive attentions from Negro men." As Toni Marshall wrote in the November 9, 1995, Washington Times, when Roosevelt sought reelection in 1904, Democrats produced a button that showed their presidential nominee, Alton Parker, beside a white couple while Roosevelt posed with a white bride and black groom. The button read: "The Choice Is Yours."*

14

*GOP presidents Gerald Ford in 1975 and Ronald Reagan in 1982 promoted Daniel James and Roscoe Robinson to become, respectively, the Air Force's and Army's first black four-star generals.*

*November 2, 1983: President Reagan established Dr. Martin Luther King Jr.'s birthday as a national holiday, the first such honor for a black American. President Reagan named Colin Powell America's first black national-security adviser while GOP President George W. Bush appointed him our first black secretary of state.*

*President G.W. Bush named Condoleezza Rice America's first black female NSC chief, then our second (consecutive) black secretary of State. Just last month, one-time Klansman Robert Byrd and other Senate Democrats stalled Rice's confirmation for a week. Amid unanimous GOP support, 12 Democrats and Vermont Independent James Jeffords opposed Rice — the most "No" votes for a State designee since 14 senators frowned on Henry Clay in 1825.*

*By the way, if we're going to strip schools of the names of racists, Strom Thurmond High School in South Carolina and Robert C Byrd high school in West Virginia should be at the top of the list.*

<u>Civil Rights Act of 1866- first section, enacted by the Senate and House of Representatives of the United States of America in Congress assembled</u>. That all persons born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby declared to be citizens of the United States; and such citizens of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold and convey real and personal property, and to full and equal benefit of the laws and proceedings for the security of person and property, as is enjoyed by white citizens, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinances, regulation, or custom, to the contrary notwithstanding, Act of April 9, 1866, Ch. 31, 1, 14 Stat. 27, 42 U.S.C.A. 1981 (a).

In the 20th century, the Supreme Court began to overturn Jim Crow laws on constitutional grounds. In *Buchanan v. Warley* 245 US 60 (1917), the court held that a <u>Kentucky</u> law could not require <u>residential segregation</u>. The Supreme Court in 1946, in *Irene Morgan v. Virginia* ruled segregation in interstate transportation to be unconstitutional, in an application of the <u>commerce clause</u> of the Constitution. It was not until 1954 in *Brown v. Board of Education of Topeka* 347 US 483 that the court held that separate facilities were inherently unequal in the area of public schools, effectively overturning *Plessy v. Ferguson*, and outlawing Jim Crow in other areas of society as well. This landmark case consisted of complaints filed in the states of Delaware (*Gebhart v. Belton*); South Carolina (*Briggs v. Elliott*); Virginia (*Davis v.*

15

*County School Board of Prince Edward County*); and Washington, D.C. (*Spottswode Bolling v. C. Melvin Sharpe*). These decisions, along with other cases such as *McLaurin v. Oklahoma State Board of Regents* 339 US 637 (1950), *NAACP v. Alabama* 357 US 449 (1958), and *Boynton v. Virginia* 364 US 454 (1960), slowly dismantled the state-sponsored segregation imposed by Jim Crow laws.

As the color line itself solidified at the turn of the nineteenth century, Jim Crow imposed on black people clear tactical disadvantages: restricted economic possibilities, narrow educational opportunities, inadequate housing options, high rates of death and disablement, persistent unemployment, and unrelenting poverty. Inasmuch as Jim Crow represented the race problem described by Gunnar Myrdal (1898–1987) in his 1944 treatise *The American Dilemma*, it was Jim Crow that created the race quandary; whites constructed the obstacles African Americans confronted, while also blaming them for their conditions, denying them access to the resources of problem solving, and daring them—under threat of violence—to complain, protest, or advance.

Finally, protests or challenges to Jim Crow often proved futile, given law enforcement's complicity in the structure. From emancipation to the turn of the century, the Ku Klux Klan operated as a paramilitary arm of the Democratic Party in the South. The Klan, nightriders, red shirts, and other white terrorists intimidated African Americans with personal attacks, school burnings, and lynching's. African Americans rarely served as policemen, sheriffs, or deputies before the late 1940s. During the 1950s and 1960s, the connections between municipal and state governments, law enforcement, and racial violence were well known by officials and citizens alike. White officers were known to harass black people, disrupt black neighborhoods, and assault black women. Arrested for inflated charges, denied satisfactory counsel, and serving harsh sentences, African Americans were further disadvantaged in the courtroom. Rarely did they receive good counsel, nor could they serve on juries. When black lawyers could appear in the courtroom to argue cases, white judges and juries rarely listened. All-white juries decided against black defendants, even in the most obvious cases of innocence, but rarely convicted white defendants, despite evidence of guilt. African Americans—including the innocent—suffered the harsher punishments of extended jail time, forced farm labor, and peonage. Even women could be placed on the chain gangs working the roads and tracks across the South.

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground"*.

That *Chicago is the most Corrupt City in America*, Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, *"The two worst crime zones in Illinois are the governor's mansion.....and the City Council Chambers in*

*Chicago." Simpson a former Chicago Alderman told the AP "no other State can match us."*

Turner 24 F. Cas. 337 (No. 14247) C.C.D. Md. 1867) The "equal benefit" clause is cited in what would appear to be the earliest reported case enforcing the section. The plaintiff was an emancipated slave who was indentured as an apprentice to her former master. Although both whites and blacks could be indentured as an apprentice, under the law of Maryland, indentured blacks were not accorded the same educational benefits as whites and, unlike whites, were subject to being transferred to any other person in the same county. Circuit Judge Chase granted a writ of habeas corpus upon finding that the purported apprenticeship was in fact involuntary servitude and a denial under the Civil Rights Act of 1866 of the "full and equal benefit of all laws.

23.)     Despite the United States Constitution and Civil Rights Act Plaintiff has not been treated as a citizen of the United States in that whites under this Political System has been able to circumvent the laws and commit Terrorist Acts of Treason Trespassing upon the laws at will because they are the majority in control of Chicago, Ill. Political system;

A-  That because Plaintiff complained and fought back the terrorists in the legal system abducting her child now he is trying to extort money from her so as to pay Michael I. Bender;

That said judges are now validating the verity of many of them committing "**Treason Trespassing upon the laws**" of the United States Constitution engaging in **"WAR"** against the United States Constitution making every order rendered against the Petitioner. *If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he or she is without jurisdiction, and he/she has engaged in an act or acts of treason;*

24.)     That said case demonstrates multiple acts of systemic applications of constitutional violations, in that judges and State Agencies acted as decision makers possessing final authority, Brown v. Bryan County, OKL., 67 F. 3d 1174 (1995), Stokes v. Bullins, 844 F. 2d 269, 275 (5th Cir. 1988), Wassum v. City of Bellaire, Texas, 861 F. 2d 453, 456 (5th Cir. 1988), Benavides v. County of Wilson, 955 F. 2d 968, 972 (5th Cir.) cert. denied,__ U.S.__, 113 S.Ct. 79, 121 L. Ed. 2d 43 (1992), "Liability will accrue for the acts of a municipal official when the official possess "final policymaking authority" to establish municipal policy with respect to the conduct that resulted in a violation of constitutional rights. Pembaur v. City of Cincinnati, 475 U.S. 469, 483, 106 S. Ct. 1292, 1300, 89 L.Ed. 2d 452

A-  That  their appears to be a systemic pattern of racial retaliation upon black women fighting back racial injustice in the courts hereto attached, **Gr Ex C** elderly retired female senior citizens fighting to

keep their home as crooked a judge **"trespassing upon the laws"** helping the bank try to still their home disguised as a "Foreclosure"

25.)      Lynching has taken on a different identity as demonstrated in this case while groups of whites stand by frolicking at a Black man hanging from a tree from a rope, racial injustice where several judges are trying to Bully and intimidate the Plaintiff because she is fighting to get her child back without using violence.

26.)      The same level of Democratic Racial Hatred is still being spewed in a Terrorist manner as many are still ignoring the plights of innocent persons of color victimized by these same acts.

In the wake of extensive investigations by Federal Law enforcement authorities revealing widespread corruption in the Illinois court system ("Operation Greylord") and elsewhere, indicating not only that significant professional misconduct was occurring but also that the requirement to report misconduct was frequently ignored, particularly in the cases of judges with regard to the conduct of other judges.

27.)      That by virtue of the legal standard Preponderance of the Evidence the Law is clear judges have committed fraud on all legal entities and has done so with Contempt for the laws of the United States Constitution, in that due to their ethnicity and political affiliation to the _"Democratic Political Machine"_ makes them invincible and untouchable by any court on the state side.

28.)      That Pursuant to **Sup Ct. Rule 272** _"if at the time of announcing final judgment the judge requires the submission of a form of written judgment to be signed by the judge et al" the judgment becomes final only when the signed judgment is filed_— Judges are bound by this rule before their court orders are valid;

Where the trial court requests that a written judgment be prepared, and where the attorney who obtains the judgment prepares it and submits it to the judge for approval and entry, the judge's oral announcement of his decision and the reasons thereof have no effect; the judgment is not the act of the court until it is signed or approved and entered of record. _In re Marriage of Dwan, App 1ˢᵗ Dist. 1982, 64 Ill. Dec 340, 108 Ill. App 3d 808, 439 N. E. 2d 1005._

29.)      That said Defendants and all parties associated in these matters unanimously with Contempt for the United States Constitution and this Federal Court without legal constitutional authority has demonstrated their resolve and necessary methodologies of what they are willing to do and have done upholding Terrorism and all related acts ignored and disregarded the facts affidavits s;

a.  That said Judges of the Illinois Supreme Court and Circuit Court, Appellate Courts violated all <u>Rules of law Canon Ethics, Code of Judicial Conduct Rule 62  Scott,</u> 377 Mass. 364, 386 N.E. 2d 218, 220 (1979) See Lopez-Alexander, Unreported Order No. 85-279 (Colo. May 3, 1985) (Judge removed for, inter alia, a persistent pattern of abuse of the contempt power. The Mayor of Denver accepted the findings of the Denver County Court Judicial Qualification Commission that the judge's conduct could not be characterized as mere mistakes or errors of law and that the conduct constituted willful misconduct in office and conduct prejudicial to the administration of justice that brings the judicial office into disrepute). Canon Ethics where there is a pattern of disregard or indifference, which warrant discipline.

b.  The Supreme Court of Georgia removed a judge from office for disregarding defendant's Constitutional rights, including refusing to set appeal bonds for two defendant's in timely fashion, issuing bench warrants without probable cause, and forcing a defendant to enter a guilty plea in the absence of Counsel. The Court stated, that the judge's "cavalier disregard of these defendants' basic and fundamental constitutional rights exhibits an intolerable degree of judicial incompetence, and a failure to comprehend and safeguard the very basis of our constitutional structure Id at 735 See also In re <u>Hammel,</u> 668 N.E. 2d 390 (N.Y. 1996). (Judge removed for improperly jailing defendants for their alleged failure to pay fines and make restitution which the judge had imposed, disregarding the defendant's basic constitutional rights).

30.)  A judge's disrespect for the rules of court demonstrates disrespect for the law. Judges are disciplined under Canon 2A for violating court rules and procedures. Judge ignored mandated witness order in attempt to accommodate witnesses' schedules; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government can not demand respect of the laws by its citizens when its tribunals ignore those very same laws")

### U. S Sup Court Digest 24(1) General Conspiracy

**U.S. 2003**. Essence of a conspiracy is an agreement to commit an unlawful act.—U.S. v. Jimenez Recio, 123 S. Ct. 819, 537 U.S. 270, 154 L.Ed.2d 744, on remand 371F.3d 1093

*Agreement to commit an unlawful act, which constitutes the essence of a conspiracy, is a distinct evil that exist and be punished whether or not the substantive crime* ensues.-Id.
*<u>Conspiracy poses a threat to the public over and above the threat of the commission of the relevant substantive crime, both because the combination in crime makes more likely the commission of other crimes and because it decreases the part from their path of criminality.-Id.</u>*

## CONSPIRACY

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy, and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy *Illinois Rockford Corp. V. Kulp, 1968, 242 N.E. 2d 228, 41 ILL. 2d 215.*

## CANON 1

A judge should uphold the integrity and independence of the judiciary. The integrity and independence of judges depend in turn upon their acting without fear or favor. Although judges should be independent, they should comply with the law, as well as provisions of this code. Public confidence in the impartiality of the judiciary is maintained by the adherence of each judge to this responsibility. Conversely, violation of this code diminishes public confidence in the judiciary and thereby does injury to the system of government under law.

Adoption of E.L.. "A VOID JUDGEMENT OR ORDER" is one that is entered by a court lacking jurisdiction over the parties or the subject matter, or lacking the inherent power to enter the particular order of judgment or where the ORDER was procured by "FRAUD". That no judge ever had proper jurisdiction on the Plaintiff.

Mississippi Comm'n on Judicial Performance v. Fletcher, *686 So. 2d 1075 (Miss. 1996)*; Mississippi Comm'n on Judicial Performance v. Byers, *757 So. 2d 961 (Miss. 2000) inquiry concerning a judge, 462 S.E. 2d 728 (GA 1995) Dash, 564 S.E. 2d 672 S.C.2002).*

That certain Judges of the Illinois Democratic Machine party have satisfied by the preponderance of evidence and met the full criteria's of Biasness, Prejudice and Civil Rights Violations, Terrorists acts at Plaintiff, by "Trespassing upon the Laws" corroborating their roles engaging in "Treason" 794 S.W. 2d 692 (Mo. App. 1990) "No system of justice can function at its best or maintain broad public confidence if a litigant can be compelled to submit his case in a court where the litigant sincerely believes the judge is incompetent or prejudicial _____(T)hat is the price to be paid for a judicial system that seeks to free a litigant from a feeling of oppression". State ex Rel. McNary V. Jones, 472 S. W. 2d 637, 639–640 (Mo. App. 1971) Indeed, the right to disqualify a judge is "one of the keystones of our legal administration edifice" State ex Rel. Campbell V. Cohn, 606 S.W. 2d 399–401 (Mo. App. 1980). It is vital to public confidence in the legal system that the decisions of the court are not only fair, but also appear fair. Thus whether the

disqualification of a judge hinges on a statute or rule in favor of the right to disqualify. A liberal construction is necessary if we wish to promote and maintain public confidence in the judicial system. Kohn, 606 S.W. at 401; State ex Rel. Ford Motor Co. V. Hess S.W. 2d 147, 148 (Mo. App1987).

**See that is why, the Ku Klux Klan Act of 1871 (was enacted) - Section 1 (42 U.S.C.) 1983.**

"Of all the Civil Rights legislation enacted in the aftermath of the Civil War, none has had a greater contemporary impact than the Ku Klux Klan Act of 1871. The Act grew out of a special one-paragraph message sent to the 42d Congress on March 23, 1871, by President Ulysses S. Grant, urgently requesting the enactment of legislation".

**Section 2 (42 U.S.C.) In the House of Representatives.**

"Congressional Debate of the second section of the **Ku Klux Klan Act** was more extensive and enduring than that of <u>Section 1; As originally presented, Sec. 2 made it a felony for any "two or more persons" to conspire to commit certain enumerated crimes "in violation of the rights and privileges, or immunities of any person, to which he is entitled under the Constitution and laws of the United States.</u>

"Throughout the debates, supporters of the Act made repeated references to the depredations of the Ku Klux Klan; Victims of these atrocities included not only blacks but white Republicans as well. The crimes that were perpetrated, therefore, were not viewed as isolated occurrences, but as part of an "Organized Conspiracy....Political in its origin and aims", "crimes perpetrated by concert and agreement, by men in large numbers acting with a common purpose for the injury of a certain class of citizens entertaining certain political principles, id, at 457 *(remarks of Rep. Coburn). See also e.g., id. At 437 (remarks of Rep. Cobb) ("None but Democrats belong or can belong to these societies") et al.,*

"Where these gangs of Assassins show themselves the rest of the people look on, if not with sympathy, at least with forbearance. The boasted courage of the South is not courage in their presence. Sheriffs, having eyes to see, see not; judges, having ears to hear, hear not; witnesses conceal the truth or falsify it; grand or petit juries act as if they might be accomplices. In the presence of these gangs all the apparatus and machinery of civil government, all the processes of justice, skulk away as if government and justice were crimes and feared detection. Among the most dangerous things an injured party can do is to appeal to justice. Of the uncounted scores and hundreds of atrocious mutilations and murders it is credibly stated that not one has been punished. Cong. Globe, supra note 2, app. At 78 *(remarks of Rep. Perry). ("While murder is stalking abroad in disguise, while whippings and lynching's and banishment have been visited upon unoffending American citizens, the local administrations have been found inadequate or unwilling to apply the proper corrective") et al., .... And the State made no successful effort to bring the guilty to punishment or afford protection or redress to the outraged and innocent.")*

<u>**REPORTING JUDICIAL MISCONDUCT**</u>
<u>**CANON 3D (1)**</u>

Under Section **3D (1),** a judge who receives information that indicates "a substantial likelihood that another judge *"has violated the Code of Judicial "should take appropriate action"*. The Canon does not require the judge to

hold a hearing and make a definitive decision that a violation has occurred
before the reporting requirement is triggered and at least one state's judicial
ethics committee has advised that the reporting requirement is triggered when
the judge has "sufficient information" to conclude that a "substantial issue" has
been raised that a violation has occurred, Mass. Comm. On Judicial Ethics, Op.
2002-04 (2002)

**"Appropriate action"** may include direct communication with the judge who has
committed the violation and reporting the violation to the appropriate or other agency or
body. See Commentary to Canon 3D (1). "Appropriate authority" is the authority with
responsibility for initiation of disciplinary proceedings with respect to the violation
reported. Some jurisdictions' rules specify to whom a judge must report misconduct. For
instance, Massachusetts Rule 3D (1) provides that if a judge becomes aware of another
judge's unprofessional conduct he must report his knowledge to the Chief Justice of the
Massachusetts Supreme Court and the court of which the judge in question is a member.

Note that the term "knowledge", as defined in the Terminology Section,
denotes actual knowledge of the fact in question and as such, a person's
knowledge may be inferred from circumstances. In drafting Section 3D (1), the
Committee rejected the suggestion that the criteria of raising substantial
question as to honesty or trustworthiness be applied in the context of reporting
judicial misconduct as well, on the grounds that those criteria are implicit in
the present criterion of raising a substantial question as to a judge's fitness for
office.

**Under Section 4 of the Ku Klux Klan Act of 1871:**
The President had additional power in case of rebellion within a state to suspend
the writ of habeas corpus and to declare and enforce marital law. *Cong. Globe,
supra note 1, at 317.* With respect to a definition of rebellion, Section 4 provided;

"Whenever in any State or part of a State......unlawful combinations.........shall be
organized and armed, and so numerous and powerful as to be able, by violence,
to either overthrow or set at defiance the constituted authorities of such State, or
when the constituted authorities are in complicity with or shall connive at the
unlawful purposes of such powerful and armed combinations; and whenever, by
reason of either or all of the causes aforesaid, the conviction of such offenders
and the preservation of the public safety shall become.... Impracticable, in every
such case such combinations shall be deemed a rebellion against the
Government of the United States...."

Wherefore the Foregoing Reasons, Plaintiff prays for the following relief:

1.) Plaintiff requests that this Honorable Court accept Jurisdiction or alternatively
transfer this matter to a Circuit outside of Illinois and Invoke authority
Instanter;

2.) Impose Sanctions/Remands against and all parties for Contempt of the United States Constitution for their crimes against the Plaintiff/Government;

3.) Punitive Damages, due to Fraud Criminal Conspiracies Civil Rights Violations by all applicable parties associated in said matter;

4.) Have this case tried by a Jury and not ruled by any bench trial;

5.) Order the United States Marshall's to effect service on all named parties.

6.) Order all Defendants to absorb the costs of the enforcement of this matter;

7.) Order a Hearing to ascertain all Defendants responsible for Perjury and others for their roles in said Treason offenses perpetrated in State and County Courts for Remands Instanter;

8.) Order that all orders entered against the Plaintiff entered by all judges for the foregoing acts within without jurisdiction be Void Instanter;

9.) That all parties be charged with Terrorism Treason and other related crimes for ignoring acts recorded within;

10.)    Alternatively, allow Plaintiff to amend said Complaint to satisfy this Honorable Court's requirement for jurisdiction;

11.)    Order that said parties be tried as Domestic Terrorists;

That because of the heinous acts Plaintiff have been harmed by said Civil Rights Violations and no one objected to said assertions put before any tribunal, Plaintiff is seeking  $6.9 Million Dollars as punitive damages; Smith v. Wade, 461 U.S. 30, 35, 103 S. Ct. 1625, 1629, 75 L Ed 2d 632 (1983)  Justice Brennen "The threshold standard for allowing punitive damages for reckless or callous indifference applies even in a case, such as here, where the underlying standard of liability for compensatory damages is also one of recklessness. There is no merit to petitioner's contention that actual malicious intent should be the standard for punitive damages because the deterrent purposes of such damages would be served only if the threshold for those damages is higher in every case than the underlying standard for liability in the first instance. The common-law rule is otherwise, and there is no reason to depart from the common-law rule in the context of {1983}"

Finally, this Affidavit is best closed by a jurist who has stated"; Citing Canon 2A the court noted, "[a] court's indifference to clearly stated rules breeds disrespect for and discontent with our justice system. Government cannot demand respect of the laws by its citizens when its tribunals ignore those very same laws")

Federal Court **FEDERAL JUDGE GETTLEMAN**: stated, Tuesday March 10, 2009, where he found Superintendent of police Jody Weiss in Contempt of Court and Ordered the City to Pay $100,000.00, ***"No one is***

*above the Law"*, he cited a 1928 decision by Supreme Court Justice Louis Brandeis, that said, "If the Government becomes the law breaker, it breeds Contempt for the Law, It invites everyman to become a law unto himself. It invites Anarchy."

The Chicago Daily Law Bulletin, Wednesday April 26, 2006, **Page 1**, Illinois Political Machines help breed corruption, Associated Press writer Deanna Bellandi states, *"Illinois is apparently a Petri dish for corruption. It is a real breeding ground".*

That *Chicago is the most Corrupt City in America,* Huffington Post, Internet Newspaper, February 23, 2012; University of Illinois Professor Dick Simpson, "*The two worst crime zones in Illinois are the governor's mansion.....and the City Council Chambers in Chicago." Simpson a former Chicago Alderman told the AP "no other State can match us."*

# Corruption

Chicago has a long history of political corruption,[11] dating to the incorporation of the city in 1833.[12] It has been a de facto monolithic entity of the Democratic Party from the mid 20th century onward.[13][14] Research released by the University of Illinois at Chicago reports that Chicago and Cook County's judicial district recorded 45 public corruption convictions for 2013, and 1642 convictions since 1976, when the Department of Justice began compiling statistics. This prompted many media outlets to declare Chicago the "corruption capital of America".[15] Gradel and Simpson's *Corrupt Illinois* (2015) provides the data behind Chicago's corrupt political culture.[16][17] They found that a tabulation of federal public corruption convictions make Chicago "undoubtedly the most corrupt city in our nation",[18] with the cost of corruption "at least" $500 million per year.[19]

## FURTHER AFFIANTH SAYETH NOT

Respectfully Submitted

_____

Carlen Colbert
1805 Jamestown Cir.
Hoffman Estates, IL. 60169