# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

CARLEN COLBERT,

Plaintiff(s),

v.

PAMELA E. LOZA, et al.,

Defendant(s).

Case No. 17 C 8467
Judge CHARLES R. NORGLE

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: the case is dismissed.

---

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☒ decided by Judge Charles Norgle on a motion upon initial review of the complaint.

Date: 2/28/2018

Thomas G. Bruton, Clerk of Court

Eric Fulbright, Deputy Clerk